Fill in this information to identify the case:

Debtor Name **Slate River Systems, Inc.**

United States Bankruptcy Court for the: **Northern** District of **Texas**
(State)

Case number (If known): **25-41807-mxm7**

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. **Wells Fargo** | **Checking account** | **5  3  9  8** | $931.63 |

4. **Other cash equivalents** *(Identify all)*

   4.1 _____
   4.2 _____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    **$931.63**

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| 7.1 **114 Industrial Park II, LLC Lease Deposit 138 Leopard Rd Ste 200 & 220 Rhome, TX 76078** | $20,687.51 |
| --- | --- |
| 7.2 **Treasury Center Lease Deposit** | $11,133.88 |

Debtor    **Slate River Systems, Inc.**

Name

Case number *(if known)* **25-41807-mxm7**

| | | |
|---|---|---|
| 7.3 | **Office Lease Deposit 7301 Hwy 161 Ste 160** | $10,143.44 |
| 7.4 | **Office Lease Deposit 7301 Hwy 161Ste 140** | $0.00 |
| 7.5 | **Office Lease Deposit 6301 Gaston Ave Ste 560, Dallas TX 75214** | $3,937.50 |
| 7.6 | **901 Big Sky Lease** | $9,500.00 |
| 7.7 | **Office Lease Deposit 3390 Broadmoor, Grand Rapids** | $8,101.19 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1 | **Project Deposit - TrueLine Wire** | $35,000.00 |
| 8.2 | **Project Deposit - Quicktron** | $390,200.00 |

9. **Total of Part 2**

   Add lines 7 through 8. Copy the total to line 81.

   $488,703.52

---

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

| 11a. 90 days old or less: | **$312,501.28** | - | **$312,501.28** | =....➔ | $0.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |
| 11b. Over 90 days old: | **$878,544.63** | - | **$878,544.63** | =....➔ | $0.00 |
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

    $0.00

---

**Part 4:    Investments**

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

| 14.1 | | |
|---|---|---|
| 14.2 | | |

Debtor    **Slate River Systems, Inc.**                             Case number *(if known)* **25-41807-mxm7**
_____    _____
Name

---

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses,**
**including any interest in an LLC, partnership, or joint venture**

Name of entity:                                        % of
ownership:

15.1. _____    _____    _____    _____

15.2. _____    _____    _____    _____

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable**
**instruments not included in Part 1**

Describe:

16.1 _____    _____    _____    _____

16.2 _____    _____    _____    _____

**17.** **Total of Part 4**    _____
Add lines 14 through 16. Copy the total to line 83.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18.** **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw materials** | | | | |
| _____ | MM / DD / YYYY | | | |
| **20.** **Work in progress** | | | | |
| **Misc WIP - RAFT Robots, Misc rail** | MM / DD / YYYY | **unknown** | **Estimated** | **$20,000.00** |
| **21.** **Finished goods, including goods held for resale** | | | | |
| **Finished Goods - 1 RAFT robot in Rhome, TX; 1 RAFT in Malaysia; Rack Inventory** | MM / DD / YYYY | **unknown** | **Estimated** | **$75,000.00** |
| **22.** **Other inventory or supplies** | | | | |
| **Raft Demo Rack** | MM / DD / YYYY | **unknown** | **Estimated** | **$10,000.00** |

**23.** **Total of Part 5**    **$105,000.00**
Add lines 19 through 22. Copy the total to line 84.

**24.** **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

---

Debtor    **Slate River Systems, Inc.**
_____
Name

Case number *(if known)* **25-41807-mxm7**
_____

---

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | _____ | _____ | _____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | _____ | _____ | _____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | _____ | _____ | _____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | _____ | _____ | _____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | _____ | _____ | _____ |

33. **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.
_____

34. **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

---

Debtor    **Slate River Systems, Inc.**
_____
Name

Case number *(if known)* **25-41807-mxm7**

---

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No
☐ Yes

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| Miscellaneous Office Furniture | unknown | Estimated | $20,000.00 |
| 40. **Office fixtures** | | | |
| Miscellaneous Office Fixtures | unknown | Estimated | $2,000.00 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Laptops and telecom/networking equipment | unknown | Estimated | $20,000.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 Painting | unknown | Estimated | $1,500.00 |

43. **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

| $43,500.00 |
|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

| **Part 8:** | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |

Debtor    **Slate River Systems, Inc.**
Name

Case number *(if known)* **25-41807-mxm7**

| | | | |
|---|---|---|---|
| 47.1 **2024 GMC Sierra** / VIN: 1GT49REY1RF341315 | unknown | Estimated | $75,000.00 |
| 47.2 **2024 BMW M2** / VIN: 3MF13DM06R8E43296 | unknown | Estimated | $75,000.00 |
| 47.3 **2023 BMW 760** / VIN: WBA33EJ06PCM66828 | unknown | | unknown |
| 47.4 **2021 Ford F150** / VIN: 1FTFW1EDXMFC03622 | unknown | | unknown |
| 47.5 **2023 Ford F150** / VIN: 1FTFW1EDXPFA1519 | unknown | | unknown |

48.    **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 **2022 Lamar Trailer** / VIN: 5RVFD4023NO113291 | unknown | Estimated | $15,000.00 |
| 48.2 **2024 ATC Trailer** / VIN: 5JX1A2435RD232591 | unknown | Estimated | $60,000.00 |

49.    **Aircraft and accessories**

49.1

49.2

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.    **Total of Part 8**
Add lines 47 through 50. Copy the total to line 87.

$225,000.00

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No
☑ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 9: | **Real property** |
|---|---|

54.    **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 **Office** / 7301 Hwy 161 Ste 160 Irving, TX 75039 | Lease | unknown | | unknown |
| 55.2 **Office** / 7301 Hwy 161 Ste 140 Irving, TX 75039 | Lease | unknown | | unknown |

Debtor   **Slate River Systems, Inc.**
_____
Name

Case number *(if known)* **25-41807-mxm7**
_____

| | | | |
|---|---|---|---|
| 55.3 **Office** / 6301 Gaston Ave Ste 560 Dallas, TX 75214 | **Lease** | **unknown** | **unknown** |
| 55.4 **Office/Warehouse** / 3390 Broadmoor Ave Grand Rapids, MI 49512-8181 | **Lease** | **unknown** | **unknown** |
| 55.5 **Townhome** / 901 Big Sky MT Crested Butte, CO 81225 | **Lease** | **unknown** | **unknown** |
| 55.6 **Office** / 10 Mount Crested Butte Way Ste L-3 Crested Butte, CO 81224 | **Lease** | **unknown** | **unknown** |

56. **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

[                    ]

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| **RAFT & SRSI Trademark** | **unknown** | | **unknown** |
| 61. **Internet domain names and websites** | | | |
| **srsi.com, asrs.com, gosrsi.com** | **unknown** | | **unknown** |
| 62. **Licenses, franchises, and royalties** | | | |
| | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| **RAFT IP - PLC Code, RCS Code.. WCS/WES Code** | **unknown** | | **unknown** |
| 65. **Goodwill** | | | |
| | | | |

Debtor   **Slate River Systems, Inc.**
_____
Name

Case number *(if known)* **25-41807-mxm7**
_____

66. **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**

Description (include name of obligor)

| **Tim O'Brien** | **$350,000.00** – | **$350,000.00** | =➔ | **unknown** |
| --- | --- | --- | --- | --- |
| | Total face amount | doubtful or uncollectible amount | | |
| **Albert Ferguson** | **$134,000.00** – | **$134,000.00** | =➔ | **unknown** |
| | Total face amount | doubtful or uncollectible amount | | |
| **SRSI Manejos De Materials** | **$1,100,000.00** – | **$1,100,000.00** | =➔ | **unknown** |
| | Total face amount | doubtful or uncollectible amount | | |

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**Federal - ERC Refund**  Tax year _____   **$389,577.13**

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

**Microvast**   **$1,050,000.00**

Nature of claim   **Unpaid invoice**

Amount requested   **unknown**

Debtor    **Slate River Systems, Inc.**

Name

Case number *(if known)* **25-41807-mxm7**

---

| **Norwex** | **$532,000.00** |
| --- | --- |

Nature of claim    **Mechanics Lien**

Amount requested    **unknown**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

Nature of claim

Amount requested

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.

$1,971,577.13

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    **Slate River Systems, Inc.**
_____
Name

Case number *(if known)* **25-41807-mxm7**
_____

| **Part 12:** | **Summary** |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $931.63 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $488,703.52 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $105,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $43,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $225,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ...................................................➔ | | **unknown** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **unknown** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,971,577.13 | |
| 91. **Total.** *Add lines 80 through 90 for each column* ...........................91a. | $2,834,712.28 | + 91b. |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .................................................... $2,834,712.28

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Slate River Systems, Inc.** |
| United States Bankruptcy Court for the: | **Northern** District of **Texas** |
| | (State) |
| Case number (if known): | **25-41807-mxm7** |

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1.  Do any creditors have claims secured by debtor's property?
    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
    ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2.  List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|

**2.1** Creditor's name

**Ally Financial**

Creditor's mailing address

**2911 Lake Vista Drive**

**Lewisville, TX 75067**

Creditor's email address, if known

_____

Date debt was incurred

_____

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

_____

Describe debtor's property that is subject to a lien

**Vehicle - GMC Purchase**

_____

Describe the lien

_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

|  |  |
|---|---|
| $116,195.40 | unknown |

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$6,306,531.73

Debtor  **Slate River Systems, Inc.**
_____
Name

Case number (if known)  25-41807-mxm7
_____

| | | Column A | Column B |
|---|---|---|---|
| **Part 1:** Additional Page | | *Amount of claim*<br>Do not deduct the value<br>of collateral. | *Value of collateral*<br>*that supports this*<br>*claim* |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.2** Creditor's name

**Ally Financial**

Creditor's mailing address

**2911 Lake Vista Drive**

**Lewisville, TX 75067**

Creditor's email address, if known

_____

Date debt was incurred    _____

Last 4 digits of account    __ __ __ __
number

Do multiple creditors have an interest in
the same property?

☑ No

☐ Yes. Have you already specified the
relative priority?

   ☐ No.  Specify each creditor, including
this creditor, and its relative
priority.

     _____

   _____

   ☐ Yes. The relative priority of creditors
is specified on lines _____

Describe debtor's property that is subject to a lien

**Vehicle - 23 F150 Lease**

_____

_____

Describe the lien

_____

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$118,758.60          unknown

Debtor **Slate River Systems, Inc.** _____        Case number (if known) **25-41807-mxm7** _____
   Name

---

| **Part 1:** | **Additional Page** | | Column A | Column B |
|---|---|---|---|---|
| | | | Amount of claim | Value of collateral that supports this claim |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.3** Creditor's name

**Ally Financial**

Creditor's mailing address

**2911 Lake Vista Drive**

**Lewisville, TX 75067**

Creditor's email address, if known

_____

Date debt was incurred    _____

Last 4 digits of account    __ __  __ __  __ __  __ __
number

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

**Vehicle - 21 F150 Lease**

_____

Describe the lien

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$88,468.11**        **unknown**

Debtor    **Slate River Systems, Inc.**
_____
Name

Case number (if known) **25-41807-mxm7**
_____

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.4**  **Creditor's name**

**BMW Financial Services NA, LLC**
_____

**Creditor's mailing address**

**1400 City View Dr.**
_____

**Columbus, OH 43215**
_____

**Creditor's email address, if known**

_____

**Date debt was incurred**    _____

**Last 4 digits of account**    ___ ___ ___ ___
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Vehicle - 760 Lease**
_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$106,887.96    unknown

Debtor   **Slate River Systems, Inc.**
_____
Name                                                                Case number (if known)  **25-41807-mxm7**

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | *Column A* | *Column B* |
| | | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.5** Creditor's name

**BMW Financial Services NA, LLC**
_____

Creditor's mailing address

**1400 City View Dr.**
_____

**Columbus, OH 43215**
_____

Creditor's email address, if known

_____

Date debt was incurred      _____

Last 4 digits of account      ___  ___  ___  ___
number

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

**Vehicle - M2 Purchase**
_____

Describe the lien

_____

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: **$148,239.36**

Column B: **unknown**

Debtor    **Slate River Systems, Inc.**

Name

Case number (if known)    25-41807-mxm7

| **Part 1:** | **Additional Page** | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.6** **Creditor's name**

**BMW Financial Services NA, LLC**

**Describe debtor's property that is subject to a lien**

**Vehicle - X7 Lease**

$92,022.30    unknown

**Creditor's mailing address**

**1400 City View Dr.**

**Columbus, OH 43215**

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**    __ __ __ __

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

Debtor   **Slate River Systems, Inc.**
_____    Case number (if known) __25-41807-mxm7__
Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.7** **Creditor's name**

**Dynasty Capital 26, LLC**

**Creditor's mailing address**

**700 Canal Street 1st Floor**

**Stamford, CT 06902**

**Creditor's email address, if known**

_____

**Date debt was incurred**    _____

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**A/R**

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: **$979,300.00**

Column B: **unknown**

Debtor    **Slate River Systems, Inc.**

Name

Case number (if known)  **25-41807-mxm7**

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.8** Creditor's name

**EBF Holdings, LLC**

Creditor's mailing address

**102 W 38th Street 6th Floor**

**New York, NY 10018**

Creditor's email address, if known

_____

Date debt was incurred    _____

Last 4 digits of account    __ __ __ __
number

**Do multiple creditors have an interest in
the same property?**

☑ No

☐ Yes. Have you already specified the
relative priority?

☐ No.  Specify each creditor, including
this creditor, and its relative
priority.

_____

☐ Yes. The relative priority of creditors
is specified on lines _____

Describe debtor's property that is subject to a lien

**A/R**

_____

Describe the lien

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$332,500.00    unknown

Debtor  **Slate River Systems, Inc.**
Name

Case number (if known)  **25-41807-mxm7**

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.9**

**Creditor's name**

I Got Funded LLC

**Describe debtor's property that is subject to a lien**

$500,150.00         unknown

A/R

**Creditor's mailing address**

Address not publicly available

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**   __ __ __ __

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| | |
|---|---|
| Debtor    **Slate River Systems, Inc.** | Case number (if known) **25-41807-mxm7** |
| Name | |

| | | Column A | Column B |
|---|---|---|---|
| **Part 1:** | **Additional Page** | *Column A*<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | *Column B*<br>**Value of collateral**<br>**that supports this**<br>**claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | | | |
|---|---|---|---|
| **2.10** **Creditor's name** | Describe debtor's property that is subject to a lien | | |
| **Mechore** | | **unknown** | **unknown** |
| **Creditor's mailing address** | | | |
| **c/o Hatch Law Group, PC** | | | |
| **22 East 100 South Suite 400** | **Describe the lien** | | |
| **Salt Lake City, UT 84111** | | | |
| **Creditor's email address, if known** | **Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes | | |
| **Date debt was incurred** | **Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H). | | |
| **Last 4 digits of account number** __ __ __ __ | | | |
| **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Have you already specified the relative priority? | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| ☐ No.  Specify each creditor, including this creditor, and its relative priority. | | | |
| ☐ Yes. The relative priority of creditors is specified on lines _____ | | | |

Debtor **Slate River Systems, Inc.**
Name
                                                        Case number (if known) __25-41807-mxm7__

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.11** Creditor's name

**Oakmont Capital Holdings LLC**

Creditor's mailing address

**600 Willowbrook Lane Ste 601**

**West Chester, PA 19382**

Creditor's email address, if known

_____

Date debt was incurred  _____

Last 4 digits of account  __ __ __ __
number

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

**ATC Trailer**

Describe the lien

_____

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$112,560.00          unknown

Debtor  **Slate River Systems, Inc.**
_____        Case number (if known) **25-41807-mxm7**
    Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

_Column A_
**Amount of claim**
Do not deduct the value of collateral.

_Column B_
**Value of collateral that supports this claim**

**2.12** **Creditor's name**

**Overnight Capital**
_____

**Creditor's mailing address**

**124-17 Metropolitan Ave**
_____

**Kew Gardens, NY 11415**
_____

**Creditor's email address, if known**

_____

**Date debt was incurred**    _____

**Last 4 digits of account number**    ___  ___  ___  ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
_____

**A/R**
_____

_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$490,000.00    unknown

Debtor **Slate River Systems, Inc.**

Name

Case number (if known) **25-41807-mxm7**

| | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|

**Part 1:** | **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.13** **Creditor's name**

**RDM Capital Funding, LLC dba FinTap**

**Creditor's mailing address**

**777 Passaic Ave Ste 375**

**Clifton, NJ 07012**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account** __ __ __ __
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

**A/R**

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,042,500.00 | unknown

Debtor    **Slate River Systems, Inc.**
_____    Case number (if known) **25-41807-mxm7**
Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.14** **Creditor's name**

Westwood Funding Solutions, LLC

$699,500.00    unknown

**Creditor's mailing address**

4601 Sheridan St Ste 501

Hialeah, FL 33014

**Creditor's email address, if known**

_____

**Date debt was incurred**    _____

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

A/R
_____
_____

**Describe the lien**

_____
_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor     **Slate River Systems, Inc.**

Name                                                    Case number (if known)  **25-41807-mxm7**

---

| **Part 1:** | **Additional Page** | *Column A*<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | *Column B*<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.15** Creditor's name

**Westwood Funding Solutions, LLC**

Creditor's mailing address

**4601 Sheridan St Ste 501**

**Hialeah, FL 33014**

Creditor's email address, if known

_____

Date debt was incurred     _____

Last 4 digits of account     __ __ __ __
number

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the
relative priority?

    ☐ No.  Specify each creditor, including
this creditor, and its relative
priority.

    _____

    _____

    ☐ Yes. The relative priority of creditors
is specified on lines _____

Describe debtor's property that is subject to a lien

**A/R**                              **$979,300.00**          **unknown**

_____

Describe the lien

_____

_____

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

Debtor    **Slate River Systems, Inc.**
_____

Case number (if known) **25-41807-mxm7**
_____

Name

| Part 1: | Additional Page | Column A | Column B |
|---------|-----------------|----------|----------|
| | | **Amount of claim**<br>Do not deduct the value<br>of collateral. | **Value of collateral<br>that supports this<br>claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.16** **Creditor's name**

**Wynwood Capital Group, LLC**
_____

**Creditor's mailing address**
_____

**Miami, FL 33180**
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account** ___ ___ ___ ___
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.
_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
_____

**A/R**
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$500,150.00**          **unknown**

Debtor   **Slate River Systems, Inc.**
_____
Name

Case number (if known) **25-41807-mxm7**
_____

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Neubert, Pepe & Monteith, P.C.**<br>**Attn: John Szalan**<br>**195 Church Street, 13th Floor**<br>**New Haven, CT 06510** | Line 2. __7__ | __ __ __ __ |
| **AWN&R Commercial Law Group, PLLC**<br>**Attn: Jeffery Parrella, Esq.**<br>**14 Wall Street 20th Floor**<br>**New York, NY 10005** | Line 2. __13__ | __ __ __ __ |
|  | Line 2. ____ | __ __ __ __ |
|  | Line 2. ____ | __ __ __ __ |
|  | Line 2. ____ | __ __ __ __ |
|  | Line 2. ____ | __ __ __ __ |
|  | Line 2. ____ | __ __ __ __ |
|  | Line 2. ____ | __ __ __ __ |
|  | Line 2. ____ | __ __ __ __ |

Debtor  **Slate River Systems, Inc.**
Name

Case number (if known) **25-41807-mxm7**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. ___ | __ __ __ __ |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Slate River Systems, Inc.** |
| United States Bankruptcy Court for the: | **Northern District of Texas** |
| Case number (if known): | **25-41807-mxm7** |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
    ☐ No. Go to Part 2.
    ☑ Yes. Go to line 2.

2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1**  Priority creditor's name and mailing address
**A. Beasley**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **unknown**     Priority amount: **unknown**

Date or dates debt was incurred

Basis for the Claim:

Last 4 digits of account
number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

**2.2**  Priority creditor's name and mailing address
**A. Hernandez**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **unknown**     Priority amount: **unknown**

Date or dates debt was incurred

Basis for the Claim:

Last 4 digits of account
number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

---

**Part 1:**  Additional Page

---

**2.3**

Priority creditor's name and mailing address

**A. Simpson**

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

<u>unknown</u>                    <u>unknown</u>

---

**2.4**

Priority creditor's name and mailing address

**B. Leonard**

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

<u>unknown</u>                    <u>unknown</u>

---

**2.5**

Priority creditor's name and mailing address

**B. Phelan**

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

<u>unknown</u>                    <u>unknown</u>

---

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

## Part 1: Additional Page

**2.6** Priority creditor's name and mailing address

**B. Vawter**

_____

_____

Date or dates debt was incurred

_____

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

unknown          unknown

---

**2.7** Priority creditor's name and mailing address

**Benjamin York**

**PO Box 2954**

**Crested Butte, CO 81224**

Date or dates debt was incurred

_____

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

unknown          unknown

---

**2.8** Priority creditor's name and mailing address

**C. Cline**

_____

_____

Date or dates debt was incurred

_____

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

unknown          unknown

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

---

**Part 1:**  Additional Page

---

**2.9** | Priority creditor's name and mailing address
C. Kirnie

As of the petition filing date, the claim is:     unknown     unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the Claim:

Last 4 digits of account
number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)  **(4)**

---

**2.10** | Priority creditor's name and mailing address
C. Lamb

As of the petition filing date, the claim is:     unknown     unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the Claim:

Last 4 digits of account
number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)  **(4)**

---

**2.11** | Priority creditor's name and mailing address
C. Vargas

As of the petition filing date, the claim is:     unknown     unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the Claim:

Last 4 digits of account
number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)  **(4)**

---

| Debtor | Slate River Systems, Inc. | Case number *(if known)* | 25-41807-mxm7 |
|---|---|---|---|
| | Name | | |

## Part 1: Additional Page

**2.12**

**Priority creditor's name and mailing address**

**Christopher York**

**581 Waketon Rd**

**Double Oak, TX 75077**

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown          unknown

---

**2.13**

**Priority creditor's name and mailing address**

**D. Contreras**

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown          unknown

---

**2.14**

**Priority creditor's name and mailing address**

**D. Davis**

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown          unknown

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

---

**Part 1:**    Additional Page

---

**2.15**   Priority creditor's name and mailing address

    D. Johnson

Date or dates debt was incurred

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the Claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown      unknown

---

**2.16**   Priority creditor's name and mailing address

    D. Kent

Date or dates debt was incurred

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the Claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown      unknown

---

**2.17**   Priority creditor's name and mailing address

    D. Shandley

Date or dates debt was incurred

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the Claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown      unknown

---

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
| --- | --- | --- | --- |
| | Name | | |

## Part 1: Additional Page

**2.18**

**Priority creditor's name and mailing address**

J. Bivens

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

unknown          unknown

**Date or dates debt was incurred**

**Basis for the Claim:**

**Last 4 digits of account number __ __ __ __**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

---

**2.19**

**Priority creditor's name and mailing address**

J. Bjelobrk

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

unknown          unknown

**Date or dates debt was incurred**

**Basis for the Claim:**

**Last 4 digits of account number __ __ __ __**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

---

**2.20**

**Priority creditor's name and mailing address**

J. Ferguson

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

unknown          unknown

**Date or dates debt was incurred**

**Basis for the Claim:**

**Last 4 digits of account number __ __ __ __**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

| Debtor | **Slate River Systems, Inc.** | | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|---|
| | Name | | | |

---

| **Part 1:** | **Additional Page** |
|---|---|

---

**2.21** Priority creditor's name and mailing address

J. Harjo

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

unknown          unknown

---

**2.22** Priority creditor's name and mailing address

J. Moak

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

unknown          unknown

---

**2.23** Priority creditor's name and mailing address

J. Nylaan

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

unknown          unknown

---

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

## Part 1: Additional Page

**2.24**

**Priority creditor's name and mailing address**

J. Young

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

unknown    unknown

---

**2.25**

**Priority creditor's name and mailing address**

K. Ludwig

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

unknown    unknown

---

**2.26**

**Priority creditor's name and mailing address**

K. Pham

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

unknown    unknown

---

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|--------|-------------------------------|--------------------------|-------------------|
| | Name | | |

## Part 1: Additional Page

**2.27** Priority creditor's name and mailing address

L. Charles

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown          unknown

---

**2.28** Priority creditor's name and mailing address

L. Frank

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown          unknown

---

**2.29** Priority creditor's name and mailing address

L. Hill

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown          unknown

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

---

## Part 1: Additional Page

**2.30** Priority creditor's name and mailing address

**L. Scott**

_____

_____

_____

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

unknown            unknown

---

**2.31** Priority creditor's name and mailing address

**L. York**

_____

_____

_____

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

unknown            unknown

---

**2.32** Priority creditor's name and mailing address

**M. Acre**

_____

_____

_____

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

unknown            unknown

---

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

## Part 1: Additional Page

### 2.33

**Priority creditor's name and mailing address**

M. Landis

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

| unknown | unknown |
|---|---|

### 2.34

**Priority creditor's name and mailing address**

M. Shannon

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

| unknown | unknown |
|---|---|

### 2.35

**Priority creditor's name and mailing address**

N. Viera Martinez

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

| unknown | unknown |
|---|---|

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

## Part 1: Additional Page

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown | unknown |
|---|---|---|---|---|

**P. Atta-Baah**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the Claim:

Last 4 digits of account

number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown | unknown |
|---|---|---|---|---|

**P. Olaru**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the Claim:

Last 4 digits of account

number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown | unknown |
|---|---|---|---|---|

**R. Behee**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the Claim:

Last 4 digits of account

number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

---

**Part 1:** Additional Page

---

**2.39**

**Priority creditor's name and mailing address**
R. Boyd

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown    unknown

---

**2.40**

**Priority creditor's name and mailing address**
R. Irving

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown    unknown

---

**2.41**

**Priority creditor's name and mailing address**
R. Martinez

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown    unknown

---

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

---

### Part 1: Additional Page

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown | unknown |
|---|---|---|---|---|

**2.42** Priority creditor's name and mailing address
R. Mefford
_____
_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account**
**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown      unknown

---

**2.43** Priority creditor's name and mailing address
R. Miller
_____
_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account**
**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown      unknown

---

**2.44** Priority creditor's name and mailing address
R. Munguia
_____
_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account**
**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown      unknown

---

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

---

**Part 1:** Additional Page

---

**2.45**

| | | |
|---|---|---|
| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown          unknown |
| R. Wilson | ☐ Contingent | |
| | ☐ Unliquidated | |
| | ☐ Disputed | |
| Date or dates debt was incurred | **Basis for the Claim:** | |
| Last 4 digits of account number ___ ___ ___ ___ | **Is the claim subject to offset?** ☑ No ☐ Yes | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)** | | |

**2.46**

| | | |
|---|---|---|
| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown          unknown |
| S. Barnett | ☐ Contingent | |
| | ☐ Unliquidated | |
| | ☐ Disputed | |
| Date or dates debt was incurred | **Basis for the Claim:** | |
| Last 4 digits of account number ___ ___ ___ ___ | **Is the claim subject to offset?** ☑ No ☐ Yes | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)** | | |

**2.47**

| | | |
|---|---|---|
| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown          unknown |
| S. Wilson | ☐ Contingent | |
| | ☐ Unliquidated | |
| | ☐ Disputed | |
| Date or dates debt was incurred | **Basis for the Claim:** | |
| Last 4 digits of account number ___ ___ ___ ___ | **Is the claim subject to offset?** ☑ No ☐ Yes | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)** | | |

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|--------|------------------------------|--------------------------|-------------------|
| | Name | | |

---

## Part 1: Additional Page

| **2.48** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown | unknown |
|---|---|---|---|---|

**2.48**

Priority creditor's name and mailing address

**T. Barnes**

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown     unknown

---

**2.49**

Priority creditor's name and mailing address

**T. Mitchell**

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown     unknown

---

**2.50**

Priority creditor's name and mailing address

**T. O'Brien**

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown     unknown

---

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

---

| **Part 1:** | **Additional Page** |
|---|---|

---

**2.51**

Priority creditor's name and mailing address

**T. Seiwert**

_____

_____

_____

Date or dates debt was incurred

_____

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?

☑ No
☐ Yes

unknown          unknown

---

**2.52**

Priority creditor's name and mailing address

**U. Chakravartula**

_____

_____

_____

Date or dates debt was incurred

_____

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?

☑ No
☐ Yes

unknown          unknown

---

**2.53**

Priority creditor's name and mailing address

**W. Escobar**

_____

_____

_____

Date or dates debt was incurred

_____

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?

☑ No
☐ Yes

unknown          unknown

---

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | **Amount of claim** |
|---|---|

**3.1**   Nonpriority creditor's name and mailing address

**114 Industrial Park, LLC**

**240 Tiger Drive**

**Rhome, TX 76078**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Lease (guarantor)**

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: **unknown**

---

**3.2**   Nonpriority creditor's name and mailing address

**2005 Treasury Center, LLC**

**PO Box 1820**

**Cretsed Butte, CO 81224**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: **$10,149.99**

---

**3.3**   Nonpriority creditor's name and mailing address

**3 Phase Conveyor**

**900 Katy Rd Suite 500**

**Keller, TX 76244**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: **$7,500.00**

---

**3.4**   Nonpriority creditor's name and mailing address

**A&S Installation Services, LLC**

**830 W. Main Street**

**Lebanon, KY 40033**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: **$70,185.60**

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

---

**3.5** | Nonpriority creditor's name and mailing address

**Advance Storage Products**

**15302 Pipeline Lane**

**Huntington Beach, CA 92649**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$89,103.77

---

**3.6** | Nonpriority creditor's name and mailing address

**AES - Advanced Equipment Sales**

**535 Hagey Road**

**Souderton, PA 18964**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$6,687.50

---

**3.7** | Nonpriority creditor's name and mailing address

**Aldinger Co.**

**1440 Prudential Dr.**

**Dallas, TX 75235**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$10,186.50

---

**3.8** | Nonpriority creditor's name and mailing address

**Ally Financial, Inc.**

**2911 Lake Vista Dr**

**Lewisville, TX 75067-3801**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vehicle Leases/Purchase**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

### 3.9

**Nonpriority creditor's name and mailing address**

**American Express**

**200 Vesey Street**

**New York, NY 10285-3106**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**  Credit card

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

unknown

---

### 3.10

**Nonpriority creditor's name and mailing address**

**Amteck, LLC**

**1387 East New Circle Road Suite 130**

**Lexington, KY 40505**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$665,299.31

---

### 3.11

**Nonpriority creditor's name and mailing address**

**Ashland Conveyor Products, Inc.**

**1919 Cellar Drive**

**Ashland, OH 44805**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$6,739.67

---

### 3.12

**Nonpriority creditor's name and mailing address**

**Atron Group LLC**

**9125 Viscount Row**

**Dallas, TX 75247**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$11,967.50

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.13** Nonpriority creditor's name and mailing address

**Authentek Solutions LLC**

**2145 Chenault Dr.**

**Carrollton, TX 75006**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$5,995.00

---

**3.14** Nonpriority creditor's name and mailing address

**Automation Contractors, LLC**

**1321 Bonnie Ave.**

**Bethlehem, PA 18017**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$19,250.00

---

**3.15** Nonpriority creditor's name and mailing address

**Automationdirect.com Inc.**

**3505 Hutchinson Road**

**Cumming, GA 30040**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$2,820.40

---

**3.16** Nonpriority creditor's name and mailing address

**Avalara Inc**

**255 South King Street Suite 1200**

**Seattle, WA 98104**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

**Part 2:** | **Additional Page**

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $40,082.00 |
|---|---|---|---|
| | **BDO USA** | *Check all that apply.* | |
| | **330 North Wabash Avenue Suite 3200** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Chicago, IL 60611** | | |
| | Date or dates debt was incurred | Basis for the claim: _____ | |
| | Last 4 digits of account number ___ ___ ___ ___ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|
| | **Bellingham Cold Storage** | *Check all that apply.* | |
| | **2825 Roeder Avenue** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Bellingham, WA 98225** | | |
| | Date or dates debt was incurred | Basis for the claim: **Client** | |
| | Last 4 digits of account number ___ ___ ___ ___ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $17,376.25 |
|---|---|---|---|
| | **Bihl Wiedemann, Inc.** | *Check all that apply.* | |
| | **2141 Port Sheldon St** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Jenison, MI 49428** | | |
| | Date or dates debt was incurred | Basis for the claim: _____ | |
| | Last 4 digits of account number ___ ___ ___ ___ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|
| | **BMW Financial Services NA, LLC** | *Check all that apply.* | |
| | **1400 City View Dr** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Columbus, OH 43215** | | |
| | Date or dates debt was incurred | Basis for the claim: **Vehicle Leases** | |
| | Last 4 digits of account number ___ ___ ___ ___ | Is the claim subject to offset? ☑ No ☐ Yes | |

| Debtor | **Slate River Systems, Inc.** | | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|---|
| | Name | | | |

---

<table>
<tr><td colspan="2"><b>Part 2:</b> Additional Page</td></tr>
</table>

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,720.77 |
|---|---|---|---|

**Borroughs Corporation**

**3002 North Burdick Street**

**Kalamazoo, MI 49004**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,250.00 |
|---|---|---|---|

**Cambridge Construction Co**

**1330 Durrett Lane**

**Louisville, KY 40213**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:** **Client**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|

**Cencora - ICS**

**1 West First Avenue**

**Conshohocken, PA 19428**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|

**Citi**

**388 Greenwich Street**

**New York, NY 10013**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:** **Credit card**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

---

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

---

**3.25**    Nonpriority creditor's name and mailing address

**CNC Machining, LLC**

**636 County Road 4841 Suite 200**

**Haslet, TX 76052**

Date or dates debt was incurred     _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$6,093.98**

---

**3.26**    Nonpriority creditor's name and mailing address

**Cognex Corporation**

**One Vision Drive**

**Natick, MA 01760-2059**

Date or dates debt was incurred     _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$9,400.00**

---

**3.27**    Nonpriority creditor's name and mailing address

**Commercial Roll Formed Products Ltd**

**225 Parkhurst Square, Brampton, Ontario L6T 5H5, Canada**

Date or dates debt was incurred     _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**unknown**

---

**3.28**    Nonpriority creditor's name and mailing address

**Conductix, Inc**

**10102 F Street**

**Omaha, NE 68127**

Date or dates debt was incurred     _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$217.15**

---

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

---

<table>
<tr><td style="background:black;color:white">**Part 2:**</td><td>**Additional Page**</td></tr>
</table>

| | | |
|---|---|---|
| **3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: **$1,050.00** |
| | **Configura CET AB** | *Check all that apply.* |
| | | ☐ Contingent |
| | **35 Oakes St Ste 800** | ☐ Unliquidated |
| | **Grand Rapids, MI 49503** | ☐ Disputed |
| | | **Basis for the claim:** _____ |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | Last 4 digits of account number __ __ __ __ | ☑ No |
| | | ☐ Yes |

| | | |
|---|---|---|
| **3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: **unknown** |
| | **Conns Appliances** | *Check all that apply.* |
| | | ☐ Contingent |
| | **2445 Technology Forest Boulevard Suite 800** | ☐ Unliquidated |
| | **The Woodlands, TX 77381** | ☐ Disputed |
| | | **Basis for the claim:** **Client** |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | Last 4 digits of account number __ __ __ __ | ☑ No |
| | | ☐ Yes |

| | | |
|---|---|---|
| **3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: **unknown** |
| | **Consolidated Supply** | *Check all that apply.* |
| | | ☐ Contingent |
| | **7337 SW Kable Lane** | ☐ Unliquidated |
| | **Tigard, OR 97224** | ☐ Disputed |
| | | **Basis for the claim:** **Client** |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | Last 4 digits of account number __ __ __ __ | ☑ No |
| | | ☐ Yes |

| | | |
|---|---|---|
| **3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: **$473.80** |
| | **Controlled Hydronics** | *Check all that apply.* |
| | | ☐ Contingent |
| | **301 Rio Vista Rd Unit D** | ☐ Unliquidated |
| | **Telluride, CO 81435** | ☐ Disputed |
| | | **Basis for the claim:** _____ |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | Last 4 digits of account number __ __ __ __ | ☑ No |
| | | ☐ Yes |

Debtor **Slate River Systems, Inc.**          Case number *(if known)*    **25-41807-mxm7**

Name

---

**Part 2:**   **Additional Page**

---

**3.33**   Nonpriority creditor's name and mailing address

**Conveyx Solutions LLC**

**P.O. Box 743**

**Alpena, MI 49707**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$66,013.00

---

**3.34**   Nonpriority creditor's name and mailing address

**Cornerstone Specialty Wood Products**

**12020 Tramway Drive**

**Cincinnati, OH 45241**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$4,426.68

---

**3.35**   Nonpriority creditor's name and mailing address

**Crested Butte News, Inc.**

**301 Belleview Ave. Unit 6A**

**Crested Butte, CO 81224**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$4,843.25

---

**3.36**   Nonpriority creditor's name and mailing address

**Custer Inc**

**217 Cesar E. Chavez Ave SW Suite 200**

**Grand Rapids, MI 49503**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$5,958.75

---

Official Form 206E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**     

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|

**CVS Pharmacy**

**One CVS Drive**

**Woonsocket, RI 02895**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Client**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|

**Daifuku Intralogistics America Corporation**

**6300 Northwind Parkway**

**Hobart, IN 46342**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Vendor**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,600.00 |
|---|---|---|---|

**Dallas Roboter, Inc.**

**2451 West Grapevine Mills Cir Box 572**

**Grapevine, TX 76051**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|

**Dallas Technology LLC**

**6136 Frisco Square Blvd Suite 400**

**Frisco, TX 75034**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $125,394.45 |
|---|---|---|---|

**Dambach Lagersysteme, Inc.**

**34505 W12 Mile Road Suite 175**

**Farmington Hills, MI 48331**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $49,414.42 |
|---|---|---|---|

**Datalogic USA, Inc.**

**959 Terry Street**

**Eugene, OR 97402**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|

**Dawson Logistics**

**122 Eastgate Drive**

**Danville, IL 61834**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: **Client**

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $205,692.98 |
|---|---|---|---|

**Dematic Corp**

**756 W Peachtree St NW**

**Atlanta, GA 30308**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.45** Nonpriority creditor's name and mailing address

**DH Griffin Contracting, Inc.**

**974 Berry Shoals Road**

**Duncan, SC 29334**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$26,400.00

---

**3.46** Nonpriority creditor's name and mailing address

**Dynasty Capital 26, LLC**

**700 Canal St 1st Floor**

**Stamford, CT 06902-5921**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **MCA**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.47** Nonpriority creditor's name and mailing address

**EBF Holdings, LLC (Everest Business Funding)**

**102 W 38th Street, 6th - Floor**

**New York, NY 10018**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **MCA**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.48** Nonpriority creditor's name and mailing address

**Eli Benefits LLC**

**400 Morris Avenue Suite 274**

**Denville, NJ 07834**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$7,854.45

---

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.49**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,405.54 |
|---|---|---|

**Elmo Motion Control, Inc.**

**42 Technology Way**

**Nashua, NH 03060**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**3.50**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|

**Endeavour Solutions Inc**

**2233 Argentia Road, Suite 300 East Tower,
Mississauga, Ontario L5N 2X7, Canada**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**3.51**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $613,792.25 |
|---|---|---|

**Engineered Products, LLC**

**204 Old Piedmont Hwy**

**Greenville, SC 29605**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**3.52**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $18,442.05 |
|---|---|---|

**EPLAN Software and Services LLC**

**425 N Martingale Road Suite 470**

**Schaumburg, IL 60173**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

---

## Part 2: Additional Page

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,732.50 |
|---|---|---|---|

**Exhibit Marketing Partners, Inc.**

**6317 Snead Court**

**Woodridge, IL 60517**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,090.00 |
|---|---|---|---|

**Fletchline, Inc**

**5480 Lakeview Rd**

**Springfield, TN 37172**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|

**Footlocker**

**330 West 34th Street**

**New York, NY 10001**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Client**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,921,169.22 |
|---|---|---|---|

**Frazier Industrial Company**

**91 Fairview Avenue**

**Long Valley, NJ 07853**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.57**

**Nonpriority creditor's name and mailing address**

**Fresh Innovations**

**3810 TX-114**

**Rhome, TX 76078**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Client

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

unknown

---

**3.58**

**Nonpriority creditor's name and mailing address**

**Gary K. Munkelt & Associates, LLC**

**121 East Chestnut Street**

**Souderton, PA 18964**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$12,500.00

---

**3.59**

**Nonpriority creditor's name and mailing address**

**Global Industrial**

**11 Harbor Park Drive**

**Port Washington, NY 11050**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$1,024.20

---

**3.60**

**Nonpriority creditor's name and mailing address**

**Graybar Electric**

**34 N Meramec Ave**

**Clayton, MO 63105**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$62.82

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

**Part 2:** Additional Page

---

**3.61** Nonpriority creditor's name and mailing address

**Greater Omaha Packhouse**

**3001 L Street**

**Omaha, NE 68107**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Client**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.62** Nonpriority creditor's name and mailing address

**H & J Products, LLC**

**445 Ocean Forest Drive**

**Saint Augustine, FL 32080**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$9,568.10

---

**3.63** Nonpriority creditor's name and mailing address

**Hilti, Inc.**

**7250 Dallas Parkway Suite 1000**

**Plano, TX 75024**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$669.51

---

**3.64** Nonpriority creditor's name and mailing address

**Hobby Lobby**

**7707 SW 44th Street**

**Oklahoma City, OK 73179**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Client**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | **Additional Page** |
|---|---|

**3.65** Nonpriority creditor's name and mailing address

**Hubbell**

**40 Waterview Drive**

**Shelton, CT 06484**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Client**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown

---

**3.66** Nonpriority creditor's name and mailing address

**I Got Funded LLC**

**Address not publicly available**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown

---

**3.67** Nonpriority creditor's name and mailing address

**ICAM**

**Via Madonna di Loreto, 3, 70010 Putignano BA, Italy**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown

---

**3.68** Nonpriority creditor's name and mailing address

**ID Technology LLC**

**2051 Franklin Drive**

**Fort Worth, TX 76106**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$2,601.52

---

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

---

**Part 2:**  Additional Page

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $956.30 |
|---|---|---|---|

**InCord**

**226 Upton Road**

**Colchester, CT 06415**

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,375.00 |
|---|---|---|---|

**Industrial Quick Search, Inc.**

**150 Motor Parkway Suite 401**

**Hauppauge, NY 11788**

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,000.00 |
|---|---|---|---|

**Infor (US), LLC**

**641 Avenue of the Americas**

**New York, NY 10011**

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|

**InstallCo, LLC**

**4324 Poppy Valley Ln**

**Denton, TX 76210**

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  **Vendor**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="3"><strong>Part 2:</strong>  <strong>Additional Page</strong></td></tr>
</table>

---

**3.73** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown
*Check all that apply.*

**Integrated Warehouse Solutions, Inc - Bluff**

**651 North Burleson Boulevard**

**Burleson, TX 76028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:  **Vendor**

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.74** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,001.38
*Check all that apply.*

**Intelligent Package Systems**

**2122 113th Street**

**Grand Prairie, TX 75050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.75** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $626,894.68
*Check all that apply.*

**Interlake Mecalux, Inc.**

**1600 N 25th Avenue**

**Melrose Park, IL 60160**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.76** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown
*Check all that apply.*

**Interroll USA, LLC**

**3000 Corporate Drive**

**Wilmington, NC 28405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:  **Vendor**

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **Slate River Systems, Inc.** | | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|---|
| | Name | | | |

---

| **Part 2:** | **Additional Page** |
|---|---|

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,360.20 |
|---|---|---|---|

**ITC Manufacturing**

**110 South 41st Avenue**

**Phoenix, AZ 85009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $382,903.34 |
|---|---|---|---|

**J & L Wire Cloth LLC**

**268 Water Street W**

**St. Paul, MN 55107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $115,000.00 |
|---|---|---|---|

**Jason Pharmaceuticals, Inc.**

**11445 Cronhill Drive**

**Owings Mills, MD 21117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,640.00 |
|---|---|---|---|

**JB Conveyors, Inc.**

**12655 Imperial Hwy**

**Santa Fe Springs, CA 90670**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | **Additional Page** |
|---|---|

---

**3.81** Nonpriority creditor's name and mailing address

**JEM Tech Group**

**23537 Lakepointe Drive**

**Clinton Township, MI 48036**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

$31,793.00

---

**3.82** Nonpriority creditor's name and mailing address

**Johnstone Supply**

**11632 NE Ainsworth Circle**

**Portland, OR 97220**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **Client**

Is the claim subject to offset?
- [x] No
- [ ] Yes

unknown

---

**3.83** Nonpriority creditor's name and mailing address

**Kaeser Compressors, Inc.**

**511 Sigma Drive**

**Fredericksburg, VA 22408**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

$8,935.00

---

**3.84** Nonpriority creditor's name and mailing address

**Kannon Manufacturing, Inc.**

**5129 Vesta Farley Rd**

**Fort Worth, TX 76119**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

$4,745.00

---

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
| --- | --- | --- | --- |
| | Name | | |

---

**Part 2:** Additional Page

---

**3.85** Nonpriority creditor's name and mailing address

**Kuehne + Nagel Inc**

**10 Exchange Place 19th Floor**

**Jersey City, NJ 07302**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Client**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.86** Nonpriority creditor's name and mailing address

**Ladder Supplies Inc**

**1250 Tamiami Trail N Suite 210**

**Naples, FL 34102**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.87** Nonpriority creditor's name and mailing address

**Levi Strauss & Co**

**1155 Battery Street**

**San Francisco, CA 94111**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Client**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.88** Nonpriority creditor's name and mailing address

**Lichtgitter Usa, Inc.**

**12818 North Lake Houston Parkway**

**Houston, TX 77044**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$23,524.00

---

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
| --- | --- | --- | --- |
| | Name | | |

---

**Part 2:**  **Additional Page**

---

**3.89** | Nonpriority creditor's name and mailing address

**LifeSceince Logistcis**

**3100 Olympus Boulevard Suite 100**

**Dallas, TX 75019**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Client**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.90** | Nonpriority creditor's name and mailing address

**Locke Supply**

**1300 SE 82nd Street**

**Oklahoma City, OK 73149**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Client**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.91** | Nonpriority creditor's name and mailing address

**Logitech, Inc.**

**6423 Seeds Rd**

**Grove City, OH 43123**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☑ No
☐ Yes

$305,977.60

---

**3.92** | Nonpriority creditor's name and mailing address

**Mad Enegine**

**10525 Vista Sorrento Parkway Suite 200**

**San Diego, CA 92121**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Client**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2">**Part 2:**</td><td>**Additional Page**</td></tr>
</table>

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,995.00 |
|---|---|---|---|

**Material Handling Industry**

**8720 Red Oak Blvd Suite 201**

**Charlotte, NC 28217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|

**Mechant Services**

**6340 Lake Worth Blvd Suite 268**

**Fort Worth, TX 76135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim:  **MCA**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $93,846.64 |
|---|---|---|---|

**MechCore, LLC**

**11235 St. Johns Industrial Pkwy N Suite 1**

**Jacksonville, FL 32246**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $54,316.05 |
|---|---|---|---|

**Mega Corp Logistics**

**1011 Ashes Drive**

**Wilmington, NC 28405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

---

| Part 2: | **Additional Page** |
|---|---|

---

**3.97**

**Nonpriority creditor's name and mailing address**

**Mezzanine Safeti-Gates, Inc.**

**174 Western Avenue**

**Essex, MA 01929**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$14,965.00

---

**3.98**

**Nonpriority creditor's name and mailing address**

**MI Consultancy Services Inc.**

**2248 E Gambel Oak Dr**

**Sandy, UT 84092**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$28,840.00

---

**3.99**

**Nonpriority creditor's name and mailing address**

**Microvast**

**12603 Southwest Freeway Suite 300**

**Stafford, TX 77477**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Client**

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.100**

**Nonpriority creditor's name and mailing address**

**Millennium Material Handling, LLC**

**2741 Doster Road**

**Madison, GA 30650**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,047,294.46

---

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="3">

**Part 2:**    Additional Page
</td></tr>
</table>

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $37,591.00 |
|---|---|---|---|

**Motive Energy of Texas**

**319 E. 40th Street**

**Lubbock, TX 79404**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,110.00 |
|---|---|---|---|

**Nangia Engineering of Texas, Ltd.**

**7423 Hollow Ridge Drive**

**Houston, TX 77095**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|

**National Beef**

**12200 N. Ambassador Drive Suite 500**

**Kansas City, MO 64163**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: **Client**

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|

**National Bolt and Industrial Supply**

**391 N Beach Street**

**Fort Worth, TX 76111**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: **Vendor**

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | **Additional Page** |
|---|---|

---

**3.105** Nonpriority creditor's name and mailing address

**National Presto**

**3925 North Hastings Way**

**Eau Claire, WI 54703-3703**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Client**

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

---

**3.106** Nonpriority creditor's name and mailing address

**Nevonen LLC dba Signarama-Grapevine**

**151 S Dooley Street Suite 101**

**Grapevine, TX 76051**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$1,689.00**

---

**3.107** Nonpriority creditor's name and mailing address

**New Market Transportation Service, Inc.**

**314 Route 94 South Suite 8**

**Warwick, NY 10990**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$125,650.00**

---

**3.108** Nonpriority creditor's name and mailing address

**Nextiva**

**9451 East Via de Ventura**

**Scottsdale, AZ 85256**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

---

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

---

**3.109**  Nonpriority creditor's name and mailing address

**Noble Heights Real Estate Ventures LLC**

**3333 Deposit Drive NE Suite 100**

**Grand Rapids, MI 49546**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Lease**

**Is the claim subject to offset?**
☑ No
☐ Yes

**unknown**

---

**3.110**  Nonpriority creditor's name and mailing address

**Nu Aura Cleans**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**unknown**

---

**3.111**  Nonpriority creditor's name and mailing address

**Nucor Warehouse Systems, Inc.**

**3851 S Santa Fe Avenue**

**Vernon, CA 90058**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,166,463.77**

---

**3.112**  Nonpriority creditor's name and mailing address

**Oakmont Capital**

**600 Willowbrook Lane Suite 601**

**West Chester, PA 19382**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vehicle Purchase**

**Is the claim subject to offset?**
☑ No
☐ Yes

**unknown**

---

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

---

**3.113** | Nonpriority creditor's name and mailing address

**Online Freight Services, Inc**

**2275 Waters Drive**

**Mendota Heights, MN 55120**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:    $51,600.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.114** | Nonpriority creditor's name and mailing address

**Optonomy Inc.**

**303 Detroit St**

**Ann Arbor, MI 48104**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:    $2,820.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.115** | Nonpriority creditor's name and mailing address

**Overnight Capital**

**124-17 Metropolitan Avenue**

**Kew Gardens, NY 11415**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:    unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MCA**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.116** | Nonpriority creditor's name and mailing address

**Paradigm Holdings**

**385 W Grove Avenue**

**Orange, CA 92865**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:    unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

---

| Part 2: | Additional Page |
|---|---|

---

**3.117** | Nonpriority creditor's name and mailing address

**Passman & Jones, A Professional Corporation**

**1201 Elm Street Suite 2500**

**Dallas, TX 75270-2599**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$7,800.00

---

**3.118** | Nonpriority creditor's name and mailing address

**Pflow Industries Inc**

**6720 N Teutonia Avenue**

**Milwaukee, WI 53209**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$621,931.02

---

**3.119** | Nonpriority creditor's name and mailing address

**Precision Metal Fab, LLC a Cadrex LLC Subsidiary**

**2200 N Ash Street**

**Ponca City, OK 74601**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$76,807.25

---

**3.120** | Nonpriority creditor's name and mailing address

**Prime Robotics Incorporated**

**1597 Cole Blvd**

**Lakewood, CO 80401**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

| Debtor | **Slate River Systems, Inc.** | Case number (if known) | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.121**

**Nonpriority creditor's name and mailing address**

**Proton PRC, Ltd**

**7301 State Hwy 161 Suite 198**

**Irving, TX 75039**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Lease**

**Is the claim subject to offset?**
☑ No
☐ Yes

**unknown**

---

**3.122**

**Nonpriority creditor's name and mailing address**

**PTC Inc.**

**121 Seaport Blvd**

**Boston, MA 02210**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$2,338.20**

---

**3.123**

**Nonpriority creditor's name and mailing address**

**QTEK Design Ltd**

**441 Industrial Road, London, Ontario N5V 1T6, Canada**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**unknown**

---

**3.124**

**Nonpriority creditor's name and mailing address**

**Quicktron**

**512 East Dallas Road Suite 200**

**Grapevine, TX 76051**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

**unknown**

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.125** | Nonpriority creditor's name and mailing address

**Quicktron Robotic, Inc.**

**512 E Dallas Rd Ste 200**

**Grapevine, TX 76051**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

---

**3.126** | Nonpriority creditor's name and mailing address

**RDM Capital Funding, LLC dba Fintap**

**777 Passaic Avenue Suite 375**

**Clifton, NJ 07012**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MCA**

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

---

**3.127** | Nonpriority creditor's name and mailing address

**Recaro**

**24801 Capital Blvd**

**Clinton Township, MI 48036**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Client**

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

---

**3.128** | Nonpriority creditor's name and mailing address

**Rock Contracting LLC**

**609 E Georgia Ave**

**Gunnison, CO 81230**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$34,522.00**

---

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

### 3.129

**Nonpriority creditor's name and mailing address**

**Royal 4 Systems**

**5000 E. Spring Street Suite 415**

**Long Beach, CA 90815**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$232,390.55

---

### 3.130

**Nonpriority creditor's name and mailing address**

**RS Americas, Inc.**

**7151 Jack Newell Blvd S**

**Fort Worth, TX 76118**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$22,770.71

---

### 3.131

**Nonpriority creditor's name and mailing address**

**Ruby Receptionist, Inc**

**555 SE MLK Blvd #105**

**Protland, OR 97214**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

### 3.132

**Nonpriority creditor's name and mailing address**

**Satair USA**

**525 Westpark Drive Suite 400**

**Peachtree City, GA 30269**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Client**

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

---

**3.133** Nonpriority creditor's name and mailing address

**Scholsatic**

**557 Broadway**

**New York, NY 10012**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:                unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Client**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.134** Nonpriority creditor's name and mailing address

**Serve Electric LLC**

**34000 Mound Road**

**Sterling Heights, MI 48310**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:                $27,268.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.135** Nonpriority creditor's name and mailing address

**Sick, Inc.**

**6900 W 110th Street**

**Minneapolis, MN 55438**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:                $579.54
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.136** Nonpriority creditor's name and mailing address

**Smartsheet, Inc**

**500 108th Avenue NE #200**

**Bellevue, WA 98004**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:                unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.137** | **Nonpriority creditor's name and mailing address**

**SMS InfoComm**

**4051 N Highway 121 Suite 100**

**Grapevine, TX 76051**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Client**

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.138** | **Nonpriority creditor's name and mailing address**

**Soho Studios Inc**

**15 Hoover Street**

**Inwood, NY 11096**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Client**

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.139** | **Nonpriority creditor's name and mailing address**

**SteelPro, LLC**

**120 Wright Road**

**Houston, MS 38851**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,735.00

---

**3.140** | **Nonpriority creditor's name and mailing address**

**STIQ Ltd**

**100 Kingsway, London, England N12 0EQ, United Kingdom**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** **Additional Page**

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $29,899.22 |
|---|---|---|---|

**Streamline Packaging Solutions**

15124 Grand River Rd Suite 120

Fort Worth, TX 76155

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,773.50 |
|---|---|---|---|

**Terracon Consultants, Inc.**

10841 S. Ridgeview Road

Olathe, KS 66061

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,583.15 |
|---|---|---|---|

**Textrol, Inc.**

3160 Commonwealth Drive Suites 120 & 122

Dallas, TX 75247

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $75,000.00 |
|---|---|---|---|

**The Fricks Company**

1401 Ranchers Legacy Trl

Fort Worth, TX 76126

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

---

### Part 2: Additional Page

**3.145** | **Nonpriority creditor's name and mailing address**

**The Kendall Group**

**5101 South Sprinkle Road**

**Portage, MI 49002**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $27,050.28
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.146** | **Nonpriority creditor's name and mailing address**

**TL Cook Electric, LLC**

**3209 Century Drive Suite A**

**Rowlett, TX 75088**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $55,002.80
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.147** | **Nonpriority creditor's name and mailing address**

**True Line Wire Guidance Installation, Inc.**

**7095 Schaeffer Drive**

**Downs, IL 61736**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $33,500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.148** | **Nonpriority creditor's name and mailing address**

**TS Tech Canada, Inc.**

**17855 Leslie Street, Newmarket, Ontario L3Y 3E3, Canada**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

---

## Part 2: Additional Page

**3.149**

**Nonpriority creditor's name and mailing address**

**TTI**

**100 Innovation Way**

**Anderson, SC 29621**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Client**

**Is the claim subject to offset?**
☑ No
☐ Yes

**unknown**

---

**3.150**

**Nonpriority creditor's name and mailing address**

**TTI - HART**

**100 Innovation Way**

**Anderson, SC 29621**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Client**

**Is the claim subject to offset?**
☑ No
☐ Yes

**unknown**

---

**3.151**

**Nonpriority creditor's name and mailing address**

**Tyco Installers, LLC**

**417 North Penn Dixie Road**

**Bath, PA 18014**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$381,600.00**

---

**3.152**

**Nonpriority creditor's name and mailing address**

**Uline, Inc**

**12575 Uline Drive**

**Pleasant Prairie, WI 53158**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,009.03**

---

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

### 3.153

**Nonpriority creditor's name and mailing address**

**Under Armour**

**101 Performance Drive**

**Baltimore, MD 21230**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Client**

**Is the claim subject to offset?**
☑ No
☐ Yes

**unknown**

### 3.154

**Nonpriority creditor's name and mailing address**

**Vanguard**

**100 Vanguard Boulevard**

**Malvern, PA 19355-2331**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,995.00**

### 3.155

**Nonpriority creditor's name and mailing address**

**WDF Services**

**2310 M L King Street**

**Calexico, CA 92231**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Client**

**Is the claim subject to offset?**
☑ No
☐ Yes

**unknown**

### 3.156

**Nonpriority creditor's name and mailing address**

**Weber Packaging Solutions, Inc**

**711 West Algonquin Road**

**Arlington Heights, IL 60005**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$3,064.00**

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2" style="background:black;color:white">**Part 2:**</td><td colspan="2">**Additional Page**</td></tr>
</table>

---

| | | | |
|---|---|---|---|
| **3.157** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $36,552.60 |
| | Welch Equipment Company, Inc. | *Check all that apply.* | |
| | | ☐ Contingent | |
| | 5025 Nome Street | ☐ Unliquidated | |
| | Denver, CO 80239 | ☐ Disputed | |
| | | **Basis for the claim:** _____ | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | Last 4 digits of account number ___ ___ ___ ___ | ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.158** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | unknown |
| | Wells Fargo | *Check all that apply.* | |
| | | ☐ Contingent | |
| | 333 Market Street | ☐ Unliquidated | |
| | San Francisco, CA 94105 | ☐ Disputed | |
| | | **Basis for the claim:** Bank | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | Last 4 digits of account number ___ ___ ___ ___ | ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.159** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $270,794.26 |
| | Wen-Parker Logistics, Inc. | *Check all that apply.* | |
| | | ☐ Contingent | |
| | 1975 Linden Boulevard Suite 420 | ☐ Unliquidated | |
| | Elmont, NY 11003 | ☐ Disputed | |
| | | **Basis for the claim:** _____ | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | Last 4 digits of account number ___ ___ ___ ___ | ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.160** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $223,715.46 |
| | Western Pacific Storage Solutions, Inc. | *Check all that apply.* | |
| | | ☐ Contingent | |
| | 300 E. Arrow Highway | ☐ Unliquidated | |
| | San Dimas, CA 91773 | ☐ Disputed | |
| | | **Basis for the claim:** _____ | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | Last 4 digits of account number ___ ___ ___ ___ | ☐ Yes | |

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

### 3.161

**Nonpriority creditor's name and mailing address**

**Westwood Funding Solutions, LLC**

**4601 Sheridan St #501**

**Hialeah, FL 33014**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **MCA**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**unknown**

---

### 3.162

**Nonpriority creditor's name and mailing address**

**Wildeck West**

**1900 E. North Street**

**Waukesha, WI 53188**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$464,264.87**

---

### 3.163

**Nonpriority creditor's name and mailing address**

**Winzer Corporation**

**4060 East Plano Parkway**

**Plano, TX 75074**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **Client**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**unknown**

---

### 3.164

**Nonpriority creditor's name and mailing address**

**Wirecrafters, LLC**

**6208 Strawberry Lane**

**Louisville, KY 40214**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$45,975.00**

---

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|

**Worldwide Flight Services**

**222 West Las Colinas Boulevard Suite 1800N**

**Irving, TX 75039**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Client**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $18,719.00 |
|---|---|---|---|

**Worldwide Material Handling Products, LLC**

**32 Forestwood Drive**

**Romeoville, IL 60446**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|

**Wynwood Capital Group**

**20200 W Dixie Highway Suite 608**

**Miami, FL 33180**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MCA**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|

**WYO Complex DBA The Sport Facility Complex**

**WYO Complex PO Box 1907**

**Casper, WY 82602**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Client**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.169** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,886.58**

**YellowDog**

3881 Steele St Ste 1242

Denver, CO 80205

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

**3.170** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$89,006.40**

**Zone 4 Systems Integration and Design**

385 W Grove Avenue

Orange, CA 92865

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **BRUNER, POWELL, WALL & MULLINS, LLC**<br>**Attn: Benjamin Bruner**<br>**1735 St. JULIAN PLACE, SUITE 200 (29204)**<br>**Columbia, SC 29260** | Line **3.10**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2 **Dickinson Wright PLLC**<br>**Attn: John Nelson**<br>**607 West Third St, Suite 2500**<br>**Austin, TX 78701** | Line **3.105**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3 **Frost Brown Todd LLP**<br>**Attn: Jeremey R. Goolsby**<br>**150 3rd Avenue South, Suite 1900**<br>**Nashville, TN 37201** | Line **3.41**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4 **HUNTON ANDREWS KURTH LLP**<br>**Attn: Joel Sharp**<br>**1445 Ross Avenue, Suite 3700**<br>**Dallas, TX 75202** | Line **3.148**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5 **Kelly, Hart & Hallman, LLP,**<br>**Attn: J. Andrew Rogers**<br>**201 Main Street, Suite 2500**<br>**Fort Worth, TX 76102** | Line **3.1**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6 **McAfee & Taft A Professional Corporation**<br>**Attn: Christopher Scaperlanda**<br>**8th Floor, Two Leadership Square**<br>**211 N. Robinson**<br>**Oklahoma City, OK 73102** | Line **3.90**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7 **Parkins & Rubiour LLP**<br>**Attn: Lenard Parkins**<br>**708 Main St Fl 10**<br>**Houston, TX 77002-3246** | Line **3.56**<br>☐ Not listed. Explain _____ | __ __ __ __ |

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

| Part 3: | Additional Page |
|---|---|

| 4.8 | **Parkins & Rubiour LLP** | Line **3.91** | | |
| | **Attn: Lenard Parkins** | ☐ Not listed. Explain _____ | — — — — — |
| | **708 Main St Fl 10** | _____ | |
| | **Houston, TX 77002-3246** | | |

| 4.9 | **Parkins & Rubiour LLP** | Line **3.100** | | |
| | **Attn: Lenard Parkins** | ☐ Not listed. Explain _____ | — — — — — |
| | **708 Main St Fl 10** | _____ | |
| | **Houston, TX 77002-3246** | | |

| 4.10 | **PARSONS MCENTIRE MCCLEARY PLLC** | Line **3.111** | | |
| | **Attn: Sawnie A. McEntire** | ☐ Not listed. Explain _____ | — — — — — |
| | **1700 Pacific Avenue, Suite 4400** | _____ | |
| | **Dallas, TX 75201** | | |

| 4.11 | **Tydings & Rosenberg** | Line **3.153** | | |
| | **Attn: Michael Lentz** | ☐ Not listed. Explain _____ | — — — — |
| | **One East Pratt Street Suite 901** | _____ | |
| | **Baltimore, MD 21202** | | |

Debtor    **Slate River Systems, Inc.**                              Case number *(if known)*    **25-41807-mxm7**
          Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
| --- | --- |

5.    Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
| --- | --- | --- |

| 5a. | **Total claims from Part 1** | 5a. | | $0.00 |
| --- | --- | --- | --- | --- |

| 5b. | **Total claims from Part 2** | 5b. | + | $12,095,024.72 |
| --- | --- | --- | --- | --- |

| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $12,095,024.72 |
| --- | --- | --- | --- | --- |

Fill in this information to identify the case:

Debtor name __**Slate River Systems, Inc.**__

United States Bankruptcy Court for the: __**Northern**__ District of __**Texas**__
(State)

Case number (If known): __**25-41807-mxm7**__ Chapter __**7**__

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | See attached Addendum | See attached Addendum |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

# Addendum to Schedule G

| Executory Contracts | Nature of Contract | Date of Termination | Name and Address |
| --- | --- | --- | --- |
| GMC | Vehicle Purchase | 5/5/2030 | Ally |
| M2 | Vehicle Lease/Purchase | 5/26/2030 | BMW Financial Services NA, LLC |
| 760 | Vehicle Lease | 4/13/2026 | BMW Financial Services NA, LLC |
| 21 F150 | Vehicle Lease | | Ally PO Box 8105 Cockeyville, MD 21030 |
| 23 F150 | Vehicle Purchase | 1/24/2028 | Ally |
| ATC Trailer | Vehicle Lease/Purchase | 4/22/2030 | Oakmont |
| X7 | Vehicle Lease/Purchase | 11/30/2025 | BMW Financial Services NA, LLC |
| Irving | Facility | 7/31/2026 | American Fidelity Assurance Company 900 Cameron Parkway Oklahoma City, OK 73114 |
| Irving 2 | Facility | 7/31/2026 | American Fidelity Assurance Company 900 Cameron Parkway Oklahoma City, OK 73114 |
| Dallas | Facility | 10/31/2026 | Lakewood Tower, LLC |
| Rhome | Facility | 8/14/2028 | 114 Industrial Park II, LLC Ty Looney, PO Box 978, Rhome, Texas 76078 |
| Grand Rapids | Facility | 8/31/2027 | Noble Heights Real Estate Ventures, LLC 6355 East Paris Ave. SE, Caledonia, MI 49316 |
| CB Office | Facility | 4/1/2028 | 2005 Treasury Center, LLC PO Box 1820 Crested Butte, CO 81224 |
| MCB House | Facility | 6/30/2025 | Peter Jansen 2012 E. 22nd St. Unit B, Austin Texas 78722 |

**Client agreements**

| | | | |
| --- | --- | --- | --- |
| 3155 | Products & Services | Completion | Greater Omaha Packaging 3001 L Street Omaha, Nebraska 68107 |
| 3217 | Products & Services | Completion | Worldwide Flight Services 123 Town Square Pl, PMB 751 Jersey City, NJ 07310 |
| 4073 | Products & Services | Completion | Conns Home Plus 2445 Technology Forest Blvd Building 4 Suite 800 Spring TX 77381 |
| 4074 | Products & Services | Completion | Conns Home Plus 2445 Technology Forest Blvd Building 4 Suite 800 Spring TX 77381 |
| 4237 | Products & Services | Completion | Kuehne + Nagel 1800 Waters Ridge Dr Lewisville, TX 75057 |
| 4248 | Products & Services | Completion | Microvast 12603 Southwest Fwy Suite 210 Stafford, TX 77477 |
| 4290 | Products & Services | Completion | Cencora (ICS) 420 International Blvd Ste 500 Brooks, KY 40109 |
| 4324 | Products & Services | Completion | TSTech 17855 Leslie St Newmarket, Ontario L3Y 3E3 Canada |
| 5027 | Products & Services | Completion | Bellingham Cold Storage PO Box 895 Bellingham, WA 98227 |
| 5056 | Products & Services | Completion | Locke Supply Co 1300 SE 82nd St Oklahoma City, OK 73149 |
| 5073 | Products & Services | Completion | Locke Supply Co 1300 SE 82nd St Oklahoma City, OK 73149 |
| 5085 | Products & Services | Completion | Under Armour 13 Athletes Way Mt. Juliet, TN 37122 |
| 5124 | Products & Services | Completion | Worldwide Flight Services 123 Town Square Pl, PMB 751 Jersey City, NJ 07310 |
| 5160 | Products & Services | Completion | Bellingham Cold Storage PO Box 895 Roeder Ave. Bellingham, WA 98227-0895 |
| 5187 | Products & Services | Completion | ICS - AmerisourceBergen PO Box 247 Thorofare, NJ 08086 |
| 5194 | Products & Services | Completion | ICS - AmerisourceBergen 420 International Blvd Brooks, KY 40109 |
| 5212 | Products & Services | Completion | Scholastic Books 3030 Robinson Rd Jefferson City, MO 65101 |

| | | |
|---|---|---|
| 5273 Products & Services | Completion | Under Armour 2510 W Walnut Ave Rialto, CA 21230 |
| 5283 Products & Services | Completion | Consolidated Supply Co. 7337 SW Kable Ln Tigard, OR 97224 |
| 5320 Products & Services | Completion | Locke Supply Co 1300 SE 82nd St Oklahoma City, OK 73149 |
| 5332 Products & Services | Completion | Locke Supply Co 1300 SE 82nd St Oklahoma City, OK 73149 |
| 5441 Products & Services | Completion | Johnstone Supply 55 Country Club Drive, Suite 201 Downingtown, PA 19335 |
| 6006 Products & Services | Completion | Locke Supply Co 1300 SE 82nd St Oklahoma City, OK 73149 |
| 6041 Products & Services | Completion | Recaro 2275 Eagle Parkway Fort Worth, Texas 76177 |
| 6055 Products & Services | Completion | Mad Engine Global, LLC 495 Ryan Avenue Chico, CA 95973 |
| 6093 Products & Services | Completion | National Presto Industries Inc. 555 Mathews Drive Amory, Mississippi 39046 |
| 6094 Products & Services | Completion | National Presto Industries Inc. 555 Mathews Drive Amory, Mississippi 39046 |
| 6095 Products & Services | Completion | Conns Home Plus 2445 Technology Forest Blvd #800 Lakeland, FL 77380 |
| 6108 Products & Services | Completion | Recaro Aircraft Seating 2275 Eagle Parkway Fort Worth, Texas 76177 |
| 6149 Products & Services | Completion | Foot Locker 3625 Simpson Ferry Road Camp Hill, PA 17011 |
| 6187 Products & Services | Completion | Satair 22895 Ladbrook Drive Sterling, VA 20166 |
| 6217 Products & Services | Completion | Levi Strauss 1155 Battery St. Henderson, NV 94111 |
| 6226 Products & Services | Completion | Dawson Logistics 122 Eastgate Drive Danville, Il 61834 |
| 6311 Products & Services | Completion | Locke Supply Co 1300 SE 82nd St Oklahoma City, OK 73149 |
| 6314 Products & Services | Completion | Locke Supply Co 1300 SE 82nd St Oklahoma City, OK 73149 |
| 6318 Products & Services | Completion | Locke Supply Co 1300 SE 82nd St Oklahoma City, OK 73149 |
| 6319 Products & Services | Completion | CVS Health 2800 Enterprise Street Indianapolis, IN, 46219 |
| 6339 Products & Services | Completion | CVS Health 1054 Cass Avenue Woonsocket, RI 02895 |
| 6346 Products & Services | Completion | Fresh Innovations 3810 E. Hwy 114 Rhome, TX 76078 |
| 6382 Products & Services | Completion | Recaro Aircraft Seating 2275 Eagle Parkway Fort Worth, Texas 76177 |
| 6395 Products & Services | Completion | Life Science Logistics 1105 East Northfield Dr Suite 100 Brownsburg, Indiana 46112 |
| 6406 Products & Services | Completion | CVS Health One CVS Drive Woonsocket, RI 02895 |
| 6454 Products & Services | Completion | Hobby Lobby 7707 SW 44th Street Oklahoma City, OK 73179 |
| 6458 Products & Services | Completion | Kuehne + Nagel, Inc - Regent Site 2600 Regent Blvd DFW Airport, Texas 75261 |
| 6462 Products & Services | Completion | Hobby Lobby 7707 SW 44th Street Oklahoma City, OK 73179 |
| 6482 Products & Services | Completion | Recaro Aircraft Seating 2275 Eagle Parkway Fort Worth, Texas 76177 |
| 6493 Products & Services | Completion | Soho Studio, LLC 15 Hoover St Inwood, New York 11096 |
| 6509 Products & Services | Completion | Kuehne + Nagel, Inc - Regent Site 2600 Regent Blvd DFW Airport, Texas 75261 |
| 6512 Products & Services | Completion | Hobby Lobby 7707 SW 44th Street Oklahoma City, OK 73179 |
| 6523 Products & Services | Completion | Fresh Innovations 3810 E. Hwy 114 Rhome, TX 76078 |
| 6527 Products & Services | Completion | SMS InfoComm 4051 N. Highway 121 Ste 100 Grapevine, TX 76051 |
| 6545 Products & Services | Completion | CVS Health 1054 Cass Avenue Woonsocket, RI 02895 |
| 6546 Products & Services | Completion | SMS InfoComm 4051 N. Highway 121 Ste 100 Grapevine, TX 76051 |
| 6547 Products & Services | Completion | Locke Supply Co 1300 SE 82nd St Oklahoma City, OK 73149 |

| 6548 | Products & Services | Completion | Dematic NA 507 Plymouth Ave NE Grand Rapids, MI 49505 |
| 6563 | Products & Services | Completion | Soho Studio, LLC 15 Hoover St Inwood, NY 11096 |
| 6564 | Products & Services | Completion | SMS InfoComm 4051 N. Highway 121 Ste 100 Grapevine, TX 76051 |
| 6609 | Products & Services | Completion | Locke Supply Co 1300 SE 82nd St Oklahoma City, OK 73149 |
| 6610 | Products & Services | Completion | Locke Supply Co 1300 SE 82nd St Oklahoma City, OK 73149 |
| 6614 | Products & Services | Completion | Worldwide Flight Services 1639 W 23rd St Dallas, TX 75261 |
| 6619 | Products & Services | Completion | MAT Holdings (Corporate) 6700 Wildlife Way Long Grove, IL 60047 |
| 6625 | Products & Services | Completion | Locke Supply Co 1300 SE 82nd St Oklahoma City, OK 73149 |
| 6632 | Products & Services | Completion | HUBS, Inc 40 Waterview Dr Shelton, CT 06484 |
| 6646 | Products & Services | Completion | Worldwide Flight Services 123 Town Square Place, PMB 751 Jersey City, NJ 07310 |
| 7013 | Products & Services | Completion | Hobby Lobby 7707 SW 44th Street Oklahoma City, OK 73179 |
| 7029 | Products & Services | Completion | The Sports Facilities Companies 17755 US Hwy 19 N, Suite 300 Casper, Wyoming 33764 |
| 7036 | Products & Services | Completion | Hobby Lobby 7707 SW 44th Street Oklahoma City, OK 73179 |
| 7038 | Products & Services | Completion | Hobby Lobby 7707 SW 44th Street Oklahoma City, OK 73179 |
| 7041 | Products & Services | Completion | SMS InfoComm 4051 N. Highway 121 Ste 100 Grapevine, TX 76051 |
| 7054 | Products & Services | Completion | CVS Health 1054 Cass Avenue Woonsocket, RI 02895 |
| 7068 | Products & Services | Completion | Mad Engine Global, LLC. 6740 Cobra Way Suite 100 San Diego, CA 92121 |
| 7077 | Products & Services | Completion | TTI 100 Ryobi Drive Anderson, SC 02962 |
| 7082 | Products & Services | Completion | Locke Supply Co 1300 SE 82nd St Oklahoma City, OK 73149 |
| 7090 | Products & Services | Completion | Recaro Aircraft Seating 2275 Eagle Parkway Fort Worth, Texas 76177 |
| 7146 | Products & Services | Completion | Worldwide Flight Services JFK International Airport, BLD 151 Jamaica, NY 11430 |
| 6537 | Products & Services | Completion | Hobby Lobby 7707 SW 44th Street Oklahoma City, OK 73179 |
| 7015 | Products & Services | Completion | Soho Studio, LLC 15 Hoover St Inwood, NY 11096 |
| 7024 | Services | | Dawson Logistics 122 Eastgate Drive Danville, IL 61834 |
| 7028 | Products & Services | Completion | Locke Supply Co 1300 SE 82nd St Oklahoma City, OK 73149 |
| 7029 | Products & Services | Completion | The Sports Facilities Companies 17755 US Hwy 19 N, Suite 300 Casper, Wyoming 33764 |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Slate River Systems, Inc.** |
| United States Bankruptcy Court for the: | **Northern** District of **Texas** |
| | (State) |
| Case number (If known): | **25-41807-mxm7** |

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 **Benjamin York** | **PO Box 2954** <br> Street <br><br> **Crested Butte, CO 81224** <br> City        State        ZIP Code | **2005 Treasury Center, LLC** | ☐ D <br> ☑ E/F <br> ☐ G |
| | | **American Express** | ☐ D <br> ☑ E/F <br> ☐ G |
| | | **BMW Financial Services NA, LLC** | ☐ D <br> ☑ E/F <br> ☐ G |
| | | **Dynasty Capital 26, LLC** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **EBF Holdings, LLC** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **RDM Capital Funding, LLC dba FinTap** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **I Got Funded LLC** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Overnight Capital** | ☑ D <br> ☐ E/F <br> ☐ G |

| Debtor | **Slate River Systems, Inc.** | | Case number (if known) | **25-41807-mxm7** |
|---|---|---|---|---|
| | Name | | | |

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| | | **Westwood Funding Solutions, LLC** | ☑ D / ☐ E/F / ☐ G |
| | | **Westwood Funding Solutions, LLC** | ☑ D / ☐ E/F / ☐ G |
| | | **Wynwood Capital Group, LLC** | ☑ D / ☐ E/F / ☐ G |
| 2.2 **Christopher York** | **581 Waketon Rd** <br> Street <br><br> **Double Oak, TX 75077** <br> City    State    ZIP Code | **Dynasty Capital 26, LLC** | ☑ D / ☐ E/F / ☐ G |
| | | **EBF Holdings, LLC** | ☑ D / ☐ E/F / ☐ G |
| | | **RDM Capital Funding, LLC dba FinTap** | ☑ D / ☐ E/F / ☐ G |
| | | **I Got Funded LLC** | ☑ D / ☐ E/F / ☐ G |
| | | **Overnight Capital** | ☑ D / ☐ E/F / ☐ G |
| | | **Westwood Funding Solutions, LLC** | ☑ D / ☐ E/F / ☐ G |
| | | **Westwood Funding Solutions, LLC** | ☑ D / ☐ E/F / ☐ G |
| | | **Wynwood Capital Group, LLC** | ☑ D / ☐ E/F / ☐ G |
| | | **Ally Financial** | ☑ D / ☐ E/F / ☐ G |

Fill in this information to identify the case:

Debtor name **Slate River Systems, Inc.**

United States Bankruptcy Court for the:
**Northern District of Texas**

Case number (if known): **25-41807-mxm7**    Chapter **7**

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1:  Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*.................................................................................................... **$0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................................... **$2,834,712.28**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................................... **$2,834,712.28**

## Part 2:  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................. **$6,306,531.73**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...................................................................... **$0.00**

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...................................................... **+ $12,095,024.72**

4. **Total liabilities**.................................................................................................................................. **$18,401,556.45**
   Lines 2 + 3a + 3b

```
Fill in this information to identify the case:

Debtor name         Slate River Systems, Inc.

United States Bankruptcy Court for the:
                    Northern District of Texas

Case number (if known):    25-41807-mxm7
```

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

**\*The Debtor reserves the right to supplement Schedules A/B, D-H and Statement of Financial Affairs**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    06/30/2025          X  /s/ Benjamin York
               MM/ DD/ YYYY           Signature of individual signing on behalf of debtor

                                      Benjamin York
                                      Printed name

                                      Director
                                      Position or relationship to debtor