Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Slate River Systems, Inc.** |
| United States Bankruptcy Court for the: | **Northern District of Texas** |
| Case number (if known): | **25-41807-mxm7** |

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:   Income

1.  **Gross revenue from business**

    ☐ None

    | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
    |---|---|---|
    | **From the beginning of the fiscal year to filing date:** From <u>01/01/2025</u> to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$3,000,000.00** |
    | **For prior year:** From <u>01/01/2024</u> to <u>12/31/2024</u><br>MM/ DD/ YYYY     MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$47,022,182.00** |
    | **For the year before that:** From <u>01/01/2023</u> to <u>12/31/2023</u><br>MM/ DD/ YYYY     MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$34,383,921.00** |

2.  **Non-business revenue**

    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☑ None

    | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
    |---|---|---|
    | **From the beginning of the fiscal year to filing date:** From <u>01/01/2025</u> to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
    | **For prior year:** From <u>01/01/2024</u> to <u>12/31/2024</u><br>MM/ DD/ YYYY     MM/ DD/ YYYY | _____ | _____ |
    | **For the year before that:** From <u>01/01/2023</u> to <u>12/31/2023</u><br>MM/ DD/ YYYY     MM/ DD/ YYYY | _____ | _____ |

Debtor    Case 25-41807-mxm7    Doc 48    Filed 06/30/25    Entered 06/30/25 20:26:06    Desc Main
     Slate River Systems, Inc.      Document    Page 2 of 26    Case number (if known)    25-41807-mxm7
     Name

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **See attached Addendum 1**<br>Creditor's name<br><br>Street<br><br><br>City    State    ZIP Code | | **$3,597,617.74** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **See attached Addendum 1** |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **See attached Addendum 2**<br>Creditor's name<br><br>Street<br><br><br>City    State    ZIP Code | | **$0.00** | |
| **Relationship to debtor** | | | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| | | | |

Debtor   **Slate River Systems, Inc.**                                 Case number *(if known)*   **25-41807-mxm7**
　　　Name

5.1. _____   _____   _____   _____
　　　Creditor's name

　　　_____
　　　Street

　　　_____

　　　_____
　　　City　　　　　　State　　ZIP Code

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____<br>Creditor's name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City　　State　　ZIP Code | _____<br><br>XXXX– __ __ __ __ | _____ | _____ |

| Part 3: | Legal Actions or Assignments |
|---|---|

## 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Nucor Warehouse Systems Inc v. Slate River Systems Inc.**<br><br>Case number<br><br>**3:25-cv-01231-E** | **Breach of contract, unjust enrichment, attorneys' fees** | **United States District Court Northern District of Texas**<br>Name<br>**1100 Commerce St Ste 1452**<br>Street<br>**Dallas Division**<br>**Dallas, TX 75242-1310**<br>City　　　　State　　ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Under Armour, Inc. v. Slate River Systems, Inc., et al.**<br><br>Case number<br><br>**1:25-cv-01450-JRR** | **Breach of a construction contract** | **United States District Court of Maryland**<br>Name<br>**101 West Lombard Street**<br>Street<br>**Garmatz Federal Courthouse, Chambers 3A**<br>**Baltimore, MD 21201**<br>City　　　　State　　ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

| 7.3. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | National Presto Industries, Inc. v. Slate River Systems, Inc., | Breach of contract & fraudulent inducement | United States District Court Northern District of Texas | ☐ Pending |
| | | | Name | ☐ On appeal |
| | | | 1100 Commerce St Ste 1452 | ☑ Concluded |
| | Case number | | Street | |
| | | | Dallas Division | |
| | 4:25-cv-00462-O | | Dallas, TX 75242-1310 | |
| | | | City                State       ZIP Code | |

| 7.4. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | TSTech Canada Inc v. Slate River Systems Inc | Breach of contract, money had received, fraudulent inducement, attorneys' fees, demand for jury trail | United States District Court Northern District of Texas | ☐ Pending |
| | | | Name | ☐ On appeal |
| | | | 1100 Commerce St Ste 1452 | ☑ Concluded |
| | Case number | | Street | |
| | | | Dallas Division | |
| | 3:25-cv-01216-S | | Dallas, TX 75242-1310 | |
| | | | City                State       ZIP Code | |

| 7.5. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Locke Supply Co v Slate River Systems, Inc., Benjamin York, Christopher York | Breach of contract, unjust enrichment, money had & received, fraud/consturctive fraud, tortious interference, piercing the corporate veil/alter ego, accounting | Oklahoma County District Court | ☑ Pending |
| | | | Name | ☐ On appeal |
| | | | 321 Park Avenue | ☐ Concluded |
| | Case number | | Street | |
| | | | | |
| | CJ-2025-3325 | | Oklahoma City, OK 73102 | |
| | | | City                State       ZIP Code | |

| 7.6. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Locke Supply Co v Slate River Systems, Inc., Benjamin York, Christopher York | Breach of contract, unjust enrichment, money had & received, fraud/consturctive fraud, tortious interference, piercing the corporate veil/alter ego, accounting | Oklahoma County District Court | ☑ Pending |
| | | | Name | ☐ On appeal |
| | | | 321 Park Avenue | ☐ Concluded |
| | Case number | | Street | |
| | | | | |
| | CJ-2025-3323 | | Oklahoma City, OK 73102 | |
| | | | City                State       ZIP Code | |

| 7.7. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Dynasty Capital 26 LLC DBA Dynasty Capital v. Slate River Systems Inc DBA Slate River Systems & Benjamin York & Christopher York | Breach of contract, breach of contract against guarantors | Superior Court of Connecticut | ☑ Pending |
| | | | Name | ☐ On appeal |
| | | | 400 Grand St | ☐ Concluded |
| | Case number | | Street | |
| | | | | |
| | FST-CV-25-6073463-S | | Waterbury, CT 06702-1913 | |
| | | | City                State       ZIP Code | |

**7.8.**

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **RDM Capital Funding, LLC DBA Fintap v. Slate River Systems Inc DBA SRSI & Benjamin York & Christopher York** | **Breach of contract, breach of personal guarantee, attorneys' fees** | **Monroe County Supreme Court** <br> Name <br> **99 Exchange Blvd Rm 545** <br> Street <br> **Hall of Justice** <br> **Rochester, NY 14614-2127** <br> City                State        ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |

**Case number**

**E2025010174**

**8.     Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

**8.1.**

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| Custodian's name <br><br> Street <br><br> City                State        ZIP Code | **Case title** <br><br> **Case number** <br><br> **Date of order or assignment** | **Court name and address** <br> Name <br><br> Street <br><br> City                State        ZIP Code |

---

**Part 4:     Certain Gifts and Charitable Contributions**

**9.     List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

**9.1.**

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| **Crested Butte Center for the Arts** <br> Recipient's name <br><br> Street <br><br> City                State        ZIP Code <br><br> **Recipient's relationship to debtor** | | | **$10,000.00** |

Debtor   Slate River Systems, Inc.
Name

Case 25-41807-mxm7   Doc 48   Filed 06/30/25   Entered 06/30/25 20:26:06   Desc Main
Document   Page 6 of 26   Case number (if known)   25-41807-mxm7

| 9.2. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | **Crested Butte Adaptive Sports** | | | **$15,000.00** |
| | Recipient's name | | | |
| | Street | | | |
| | City   State   ZIP Code | | | |
| | Recipient's relationship to debtor | | | |

| 9.3. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | **Living Journeys (Crested Butte)** | | | **$20,000.00** |
| | Recipient's name | | | |
| | Street | | | |
| | City   State   ZIP Code | | | |
| | Recipient's relationship to debtor | | | |

| 9.4. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | **MS Society** | | | **$7,500.00** |
| | Recipient's name | | | |
| | Street | | | |
| | City   State   ZIP Code | | | |
| | Recipient's relationship to debtor | | | |

---

**Part 5:   Certain Losses**

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |

10.1.

Debtor      **Slate River Systems, Inc.** _____   Case number *(if known)* _____**25-41807-mxm7**____
       Name

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

11.1.

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **Vartabedian Hester & Haynes LLP** | **Attorney's Fee** | **05/09/2025** | **$40,000.00** |

| Address |
|---|
| **301 Commerce St. Ste 3635** |
| Street |

 

| **Fort Worth, TX 76102** |
|---|
| City         State   ZIP Code |

| Email or website address |
|---|
| **www.vhh.law** |

| Who made the payment, if not debtor? |
|---|
| **Slate River Systems, Inc** |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

12.1.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

| Trustee |
|---|
| |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | Tim O'Brien | Employee Advance/Loan | 05/17/2024 | $350,000.00 |

**Address**

9519 Brentgate Dr
Street

Dallas, TX 75238
City      State    ZIP Code

**Relationship to debtor**

---

**Part 7:** **Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. 7301 State Hwy 161 Suite 160<br>Street<br><br>Irving, TX 75039<br>City   State   ZIP Code | From **11/01/2019** To **7/31/2026** |
| 14.1. 10 Crested Butte Way # L-3<br>Street<br><br>Crested Butte, CO 81225<br>City   State   ZIP Code | From **4/1/2020** To **4/1/2028** |
| 14.1. 7301 State Hwy 161 Ste 148B<br>Street<br><br>Irving, TX 75039<br>City   State   ZIP Code | From **5/18/2023** To **7/31/2026** |
| 14.1. 6301 Gaston Ave<br>Street<br><br>Dallas, TX 75214<br>City   State   ZIP Code | From **7/1/2019** To **10/31/2026** |

Debtor    **Slate River Systems, Inc.**    Case number *(if known)*    **25-41807-mxm7**

Name

14.1.   **138 Leopard Road #210 & 220**                     From    **8/14/2023**    To    **8/14/2028**

Street

**Rhome, TX 76078**

City                    State      ZIP Code

14.1.   **3390 Broadmoor Ave Se Ste J**                     From    **5/1/2024**    To    **8/31/2027**

Street

**Grand Rapids, MI 49512-8181**

City                    State      ZIP Code

---

## Part 8:   Health Care Bankruptcies

**15.   Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

❑ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ Facility name _____ Street _____ City        State      ZIP Code | _____ _____ **Location where patient records are maintained**(if different from facility address). If electronic, identify any service provider. _____ _____ | _____ **How are records kept?** *Check all that apply:* ❑ Electronically ❑ Paper |

---

## Part 9:   Personally Identifiable Information

**16.   Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

❑ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

❑ No

❑ Yes

**17.   Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

❑ No. Go to Part 10.

Debtor   Slate River Systems, Inc.                                Case number *(if known)*   25-41807-mxm7

Name

☑ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Vanguard: SLATE RIVER SYSTEMS, INC. 401(K) PLAN** | EIN: __ __ – __ __ __ __ __ __ __ |

Has the plan been terminated?

☑ No

☐ Yes

---

### Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | XXXX– __ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br>_____ | _____ | _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | _____<br>_____<br>**Address**<br>_____ | _____<br>_____<br>_____<br>_____ | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

Debtor  Slate River Systems, Inc.                                    Case number *(if known)*   25-41807-mxm7
_____
Name

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | _____ Name | _____ | _____ | ☐ Yes |
| | _____ Street | _____ | _____ | |
| | _____ | **Address** | _____ | |
| | _____ City    State    ZIP Code | _____ | | |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **Lithium Pros** Name | **138 Leopard Road #210 & 220** | ~~Batteries   approx. 10 units~~ | **$2,000.00** |
| **4123 Topeka Street NE** Street | **Rhome, TX 76078** | | |
| **Knoxville      TN    37917** City      State     ZIP Code | | | |

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **Recaro** Name | **138 Leopard Road #210 & 220** | ~~Prototype turntable and lift~~ | **$12,000.00** |
| **2275 Eagle Pkwy** Street | **Rhome, TX 76078** | | |
| **Fort Worth      TN** **76177-2312** City      State     ZIP Code | | | |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

Debtor    Slate River Systems, Inc.                                   Case number *(if known)*   25-41807-mxm7
          Name

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| | Name | | ☐ On appeal |
| **Case number** | | | ☐ Concluded |
| | Street | | |
| | | | |
| | City          State    ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

---

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. | | EIN: _ _ – _ _ _ _ _ _ _ |
| Name | | **Dates business existed** |
| Street | | From ————— To ————— |
| City          State    ZIP Code | | |

Debtor    **Slate River Systems, Inc.**                                        Case number *(if known)*    25-41807-mxm7
_____
Name

**26. Books, records, and financial statements**

26a.    List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. **BDO** <br> Name <br><br> **330 N. Wabach Ave, Suite 3200** <br> Street <br><br><br> **Chicago, IL 60611** <br> City        State        ZIP Code | From **1/1/2025**    To **4/30/2025** |
| Name and address | Dates of service |
| 26a.2. **Tim O'Brien (CFO)** <br> Name <br><br> **9519 Brentgate Dr** <br> Street <br><br><br> **Dallas, TX 75238** <br> City        State        ZIP Code | From **5/1/2019**    To **9/2024** |
| Name and address | Dates of service |
| 26a.3. **Ray Zaborski (Controller)** <br> Name <br><br> **134 Rosemont Ave** <br> Street <br><br><br> **Dallas, TX 75208** <br> City        State        ZIP Code | From **2021**    To **12/2024** |

26b.    List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. _____ <br> Name <br><br> _____ <br> Street <br><br><br> _____ <br> City        State        ZIP Code | From _____    To _____ |

26c.    List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

Debtor    Slate River Systems, Inc.                                      Case number *(if known)*   25-41807-mxm7
          Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | |
| Name | |
| Street | |
| City          State          ZIP Code | |

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. |
| Name |
| Street |
| City          State          ZIP Code |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. |
| Name |
| Street |
| City          State          ZIP Code |

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Benjamin York | PO Box 2954 Crested Butte, CO 81224 | Director, | 60.00% |
| Christopher York | 581 Waketon Rd Double Oak, TX 75077 | , | 30.00% |
| Albert Ferguson | 477 Mincey Loop The Villages, FL 32163 | , | 10.00% |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No

☑ Yes. Identify below.

Debtor    Slate River Systems, Inc.                                      Case number *(if known)*    25-41807-mxm7

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Tim O'Brien | 9519 Brentgate Dr Dallas, TX 75238 | CFO, | From 5/2019  To 9/2024 |
| Jovan Bjelobrk | | COO, | From 6/2021  To 9/2024 |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. **See attached Addendum 2** | | | |

Name

Street

City                    State        ZIP Code

| Relationship to debtor |
|------------------------|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|
| | EIN: _ _ – _ _ _ _ _ _ _ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|
| | EIN: _ _ – _ _ _ _ _ _ _ |

---

**Part 14:  Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    06/30/2025
        MM/  DD/  YYYY

Debtor    **Slate River Systems, Inc.**                                    Case number *(if known)*    **25-41807-mxm7**

Name

**X** **/s/ Benjamin York**                    Printed name            **Benjamin York**

Signature of individual signing on behalf of the debtor

Position or relationship to debtor            **Director**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☑ Yes

## Statement of Financial Affairs Addendum 1

| Row Labels | Sum of Amount |
|---|---:|
| **Ally** | **(8,499.22)** |
| 3/6/2025 | (1,936.59) |
| 3/21/2025 | (1,388.29) |
| 3/25/2025 | (1,849.46) |
| 4/9/2025 | (1,936.59) |
| 4/22/2025 | (1,388.29) |
| **BMW Financial Services** | **(10,028.48)** |
| 2/27/2025 | (2,058.88) |
| 3/14/2025 | (2,955.36) |
| 3/27/2025 | (2,058.88) |
| 4/14/2025 | (2,955.36) |
| **Cambridge Construction Co** | **(22,250.00)** |
| 3/21/2025 | (22,250.00) |
| **Citibank** | **(26,658.32)** |
| 2/27/2025 | (21,658.32) |
| 3/31/2025 | (5,000.00) |
| **CNC Machining, LLC** | **(6,093.98)** |
| 4/10/2025 | (6,093.98) |
| **Codeblum Solutions Pvt Ltd** | **(96,675.00)** |
| 3/6/2025 | (96,675.00) |
| **Concur Bambora** | **(81,558.46)** |
| 3/6/2025 | (23,807.06) |
| 3/21/2025 | (23,800.36) |
| 4/11/2025 | (33,951.04) |
| **Dynasty Capital** | **(326,433.36)** |
| 3/7/2025 | (54,405.56) |
| 3/14/2025 | (54,405.56) |
| 3/21/2025 | (54,405.56) |
| 3/28/2025 | (54,405.56) |
| 4/4/2025 | (54,405.56) |
| 4/11/2025 | (54,405.56) |
| **Engineered Products, LLC** | **(205,000.00)** |
| 2/28/2025 | (55,000.00) |
| 3/7/2025 | (50,000.00) |
| 3/14/2025 | (50,000.00) |
| 3/21/2025 | (50,000.00) |
| **Everest (EBF Holdings)** | **(70,000.00)** |
| 2/28/2025 | (8,750.00) |
| 3/7/2025 | (8,750.00) |
| 3/14/2025 | (8,750.00) |
| 3/21/2025 | (8,750.00) |

| | |
|---|---:|
| 3/28/2025 | (8,750.00) |
| 4/4/2025 | (8,750.00) |
| 4/11/2025 | (8,750.00) |
| 4/18/2025 | (8,750.00) |
| **Fintap** | **(189,552.00)** |
| 3/4/2025 | (23,694.00) |
| 3/11/2025 | (23,694.00) |
| 3/18/2025 | (23,694.00) |
| 3/25/2025 | (23,694.00) |
| 4/1/2025 | (23,694.00) |
| 4/9/2025 | (23,694.00) |
| 4/15/2025 | (23,694.00) |
| 4/22/2025 | (23,694.00) |
| **Freedom Boat** | **(543.42)** |
| 3/4/2025 | (543.42) |
| **InCord** | **(8,051.93)** |
| 3/11/2025 | (8,051.93) |
| **InstallCo** | **(44,756.00)** |
| 2/28/2025 | (3,000.00) |
| 3/5/2025 | (15,000.00) |
| 3/13/2025 | (11,000.00) |
| 3/20/2025 | (11,556.00) |
| 4/3/2025 | (4,200.00) |
| **Interlake Mecalux, Inc.** | **(333,029.31)** |
| 3/5/2025 | (60,000.00) |
| 3/20/2025 | (60,000.00) |
| 3/28/2025 | (93,029.31) |
| 4/10/2025 | (120,000.00) |
| **Interroll USA, LLC** | **(163,063.62)** |
| 3/5/2025 | (163,063.62) |
| **J & L Wire Cloth LLC** | **(201,000.00)** |
| 3/5/2025 | (67,000.00) |
| 3/12/2025 | (67,000.00) |
| 3/20/2025 | (67,000.00) |
| **Logitech, Inc.** | **(110,000.00)** |
| 2/28/2025 | (55,000.00) |
| 3/20/2025 | (55,000.00) |
| **Millennium Material Handling, LLC** | **(86,989.33)** |
| 3/20/2025 | (86,989.33) |
| **New Market Transportation Service, Inc.** | **(19,200.00)** |
| 3/6/2025 | (19,200.00) |
| **On Point Installations, LLC** | **(8,000.00)** |
| 3/14/2025 | (8,000.00) |
| **Online Freight Services** | **(26,450.00)** |

| | |
|---|---|
| 3/5/2025 | (26,450.00) |
| **Optimumbank/Overnight Capital** | **(98,000.01)** |
| 3/31/2025 | (32,666.67) |
| 4/10/2025 | (32,666.67) |
| 4/14/2025 | (32,666.67) |
| **Qimarox B.V.** | **(6,020.40)** |
| 3/7/2025 | (6,020.40) |
| **Rent** | **(99,730.53)** |
| 3/5/2025 | (65,910.11) |
| 4/10/2025 | (33,820.42) |
| **Royal 4 Systems** | **(105,045.00)** |
| 3/5/2025 | (14,125.00) |
| 3/17/2025 | (14,125.00) |
| 3/20/2025 | (76,795.00) |
| **SRSI DeMexico transfer** | **(90,000.00)** |
| 3/5/2025 | (50,000.00) |
| 3/24/2025 | (15,000.00) |
| 4/22/2025 | (25,000.00) |
| **Texas Comptroller of Public Accounts - BDO paid outstanding** | **(494.14)** |
| 3/31/2025 | (494.14) |
| **Well Fargo** | **(1,939.11)** |
| 3/11/2025 | (350.47) |
| 3/18/2025 | (159.00) |
| 4/11/2025 | (349.28) |
| 4/17/2025 | (173.00) |
| 4/18/2025 | (35.00) |
| 4/21/2025 | (35.00) |
| 4/22/2025 | (35.00) |
| 4/25/2025 | (35.00) |
| 4/28/2025 | (125.00) |
| 5/1/2025 | (35.00) |
| 5/8/2025 | (35.00) |
| 5/12/2025 | (537.36) |
| 5/15/2025 | (35.00) |
| **Wells Fargo (Legal Order Debit)** | **(9,764.26)** |
| 4/28/2025 | (9,764.26) |
| **WeRack** | **(25,000.00)** |
| 4/28/2025 | (25,000.00) |
| **Westwood** | **(292,568.69)** |
| 2/27/2025 | (24,982.15) |
| 3/6/2025 | (24,982.15) |
| 3/13/2025 | (24,982.15) |
| 3/21/2025 | (54,405.56) |
| 3/28/2025 | (54,405.56) |

| | |
|---|---|
| 4/4/2025 | (54,405.56) |
| 4/11/2025 | (54,405.56) |
| **Wynwood Capital** | **(145,877.13)** |
| 3/5/2025 | (20,839.59) |
| 3/12/2025 | (20,839.59) |
| 3/19/2025 | (20,839.59) |
| 3/26/2025 | (20,839.59) |
| 4/2/2025 | (20,839.59) |
| 4/10/2025 | (20,839.59) |
| 4/16/2025 | (20,839.59) |
| **Cedar Financial** | **(174,875.05)** |
| 2/27/2025 | (24,982.15) |
| 3/6/2025 | (24,982.15) |
| 3/13/2025 | (24,982.15) |
| 3/20/2025 | (24,982.15) |
| 3/27/2025 | (24,982.15) |
| 4/3/2025 | (24,982.15) |
| 4/10/2025 | (24,982.15) |
| **Oakmont Capital** | **(5,630.67)** |
| 2/28/2025 | (1,876.89) |
| 3/11/2025 | (1,876.89) |
| 3/31/2025 | (1,876.89) |
| **American Express** | **(259,559.68)** |
| 3/4/2025 | (38,559.68) |
| 3/11/2025 | (50,000.00) |
| 3/17/2025 | (40,000.00) |
| 3/20/2025 | (25,000.00) |
| 4/9/2025 | (15,000.00) |
| 4/10/2025 | (91,000.00) |
| **Merchant Services** | **(145,880.00)** |
| 3/5/2025 | (20,840.00) |
| 3/12/2025 | (20,840.00) |
| 3/19/2025 | (20,840.00) |
| 3/26/2025 | (20,840.00) |
| 4/2/2025 | (20,840.00) |
| 4/10/2025 | (20,840.00) |
| 4/16/2025 | (20,840.00) |
| **Service American Indemnity Company** | **(7,518.90)** |
| 3/7/2025 | (3,930.15) |
| 4/4/2025 | (3,588.75) |
| **Avalara** | **(7,364.86)** |
| 3/12/2025 | (3,682.43) |
| 3/14/2025 | (3,682.43) |
| **Datalogic USA, Inc.** | **(49,414.42)** |

| | |
|---|---|
| 3/21/2025 | (49,414.42) |
| **ITC Manufacturing** | **(3,240.00)** |
| 3/21/2025 | (3,240.00) |
| **Zone 4** | **(25,430.40)** |
| 3/21/2025 | (25,430.40) |
| **CoServ** | **(432.06)** |
| 3/25/2025 | (432.06) |
| **Grand Total** | **(3,597,617.74)** |

# Statement of Financial Affairs Addendum 2

Payments to Benjamin York

| Date | Description | Amount |
|---|---|---|
| 5/31/2024 | Payroll | 9,631.56 |
| 6/4/2024 | Expense Reimbursement | 30,718.41 |
| 6/13/2024 | Payroll | 10,759.15 |
| 6/13/2024 | Loan Payback | 162,495.00 |
| 6/26/2024 | Payroll | 11,116.86 |
| 7/15/2024 | Payroll | 10,623.63 |
| 7/31/2024 | Payroll | 9,697.15 |
| 8/15/2024 | Payroll | 9,697.15 |
| 8/30/2024 | Payroll | 9,697.15 |
| 9/3/2024 | Expense Reimbursement | 50,000.00 |
| 9/9/2024 | Expense Reimbursement | 100,000.00 |
| 9/13/2024 | Payroll | 9,697.15 |
| 9/30/2024 | Payroll | 9,697.15 |
| 10/15/2024 | Payroll | 9,697.15 |
| 10/25/2024 | Expense Reimbursement | 20,378.65 |
| 10/31/2024 | Payroll | 9,697.15 |
| 11/15/2024 | Payroll | 9,697.15 |
| 11/29/2024 | Payroll | 9,697.15 |
| 12/13/2024 | Payroll | 3,377.17 |
| 12/31/2024 | Payroll | 3,377.17 |
| 1/15/2025 | Payroll | 3,035.39 |
| 1/31/2025 | Payroll | 3,035.39 |
| 2/14/2025 | Payroll | 3,035.39 |
| 2/28/2025 | Payroll | 3,035.39 |
| 3/10/2025 | Expense Reimbursement | 10,922.98 |
| 3/14/2025 | Payroll | 3,035.39 |
| 3/31/2025 | Payroll | 3,035.39 |
| 4/15/2025 | Payroll | 3,035.39 |
| 4/13/2025 | Payroll/Vacation Payout | 4,883.57 |
| 4/13/2025 | Payroll | 3,477.94 |
| Total | | $ 540,284.17 |

**Payments to Albert (Jerry) Ferguson**

| Date | Description | Amount |
|---|---|---|
| 5/31/2024 | Payroll | $6,893.54 |
| 6/14/2024 | Payroll | $6,893.54 |
| 6/28/2024 | Payroll | $6,893.54 |
| 6/28/2024 | Expense Reimbursement | $2,377.66 |
| 6/28/2024 | Expense Reimbursement | $3,853.51 |
| 7/1/2024 | Medical Reimbursment | $817.00 |
| 7/15/2024 | Payroll | $6,893.54 |
| 7/15/2024 | Medical Reimbursement | $531.45 |
| 7/18/2024 | Expense Reimbursement | $1,631.00 |
| 7/18/2024 | Expense Reimbursement | $1,289.65 |
| 7/31/2024 | Payroll | $6,893.54 |
| 8/15/2024 | Payroll | $6,893.54 |
| 8/30/2024 | Payroll | $7,081.85 |
| 9/13/2024 | Payroll | $7,559.46 |
| 9/30/2024 | Payroll | $7,559.46 |
| 10/15/2024 | Payroll | $7,524.73 |
| 10/17/2024 | Expense Reimbursement | $447.97 |
| 10/31/2024 | Payroll | $10,776.67 |
| 11/15/2024 | Payroll | $10,776.67 |
| 11/29/2024 | Payroll | $10,776.67 |
| 12/13/2024 | Payroll | $4,838.42 |
| 12/31/2024 | Payroll | $4,842.42 |
| 1/15/2025 | Payroll | $4,453.61 |
| 1/31/2025 | Payroll | $8,123.84 |
| 2/14/2025 | Payroll | $8,120.73 |
| 2/28/2025 | Payroll | $8,120.73 |
| 3/14/2025 | Payroll | $8,150.27 |
| 3/31/2025 | Payroll | $8,150.27 |
| 4/13/2025 | Payroll/Vacation Payout | $14,039.03 |
| 4/15/2025 | Payroll | $8,150.27 |
| **Total** | | **$191,354.58** |

**Payments to Christopher York**

| Date | Description | Amount |
|---|---|---|
| 5/31/2024 | Payroll | $10,417.44 |

| Date | Description | Amount |
|---|---|---|
| 6/14/2024 | Payroll | $10,417.40 |
| 6/28/2024 | Payroll | $11,151.12 |
| 7/15/2024 | Payroll | $11,349.68 |
| 7/31/2024 | Payroll | $10,467.16 |
| 8/15/2024 | Payroll | $10,426.38 |
| 8/30/2024 | Payroll | $10,426.38 |
| 9/13/2024 | Payroll | $10,426.38 |
| 9/30/2024 | Payroll | $10,426.38 |
| 10/15/2024 | Payroll | $10,426.38 |
| 10/31/2024 | Payroll | $10,426.38 |
| 11/15/2024 | Payroll | $10,426.34 |
| 11/29/2024 | Payroll | $10,426.38 |
| 12/13/2024 | Payroll | $4,792.34 |
| 12/31/2024 | Payroll | $4,792.30 |
| 1/15/2025 | Payroll | $4,439.08 |
| 1/31/2025 | Payroll | $4,439.08 |
| 2/14/2025 | Payroll | $4,439.08 |
| 2/28/2025 | Payroll | $4,439.08 |
| 3/14/2025 | Payroll | $4,439.44 |
| 3/31/2025 | Payroll | $4,439.44 |
| 4/13/2025 | Payroll/Vacation Payout | $6,413.51 |
| 4/13/2025 | Payroll | $4,595.98 |
| 4/15/2025 | Payroll | $4,439.44 |
| | Total | $188,882.57 |

Payments to SRSideMexico (owned by Benjamin York, Christopher York, Albert Ferguson)

| Date | Description | Amount |
|---|---|---|
| 3/5/2025 | Loan | $ 50,000.00 |
| 3/24/2025 | Loan | $ 15,000.00 |
| 4/22/2025 | Loan | $ 25,000.00 |
| | Total | $ 90,000.00 |

InstallCo (owned by Nicholas York)

| Date | Description | Amount |
|---|---|---|
| 4/3/2025 | A/P | $ 4,200.00 |

| Date | Type | Amount | Note |
|---|---|---|---|
| 2/28/2025 | A/P | $ 3,000.00 | |
| 3/5/2025 | A/P | $ 15,000.00 | |
| 3/13/2025 | A/P | $ 11,000.00 | |
| 3/20/2025 | A/P | $ 11,556.00 | |
| 4/3/2025 | A/P | $ 4,200.00 | |
| Total | | $ 48,956.00 | |

**Leslie York**

| Date | Type | Amount | Note |
|---|---|---|---|
| 4/24/2025 | Payroll | $ 4,000.00 | Approx based on gross salary |
| 4/15/2025 | Payroll | $ 5,800.00 | Would need access to Paylocity or BC to verify |
| 3/31/2025 | Payroll | $ 5,800.00 | |
| 3/15/2025 | Payroll | $ 5,800.00 | |
| 2/28/2025 | Payroll | $ 5,800.00 | |
| 2/15/2025 | Payroll | $ 5,800.00 | |
| 1/31/2025 | Payroll | $ 5,800.00 | |
| 1/15/2025 | Payroll | $ 5,800.00 | |
| 12/31/2024 | Payroll | $ 5,800.00 | |
| 12/15/2024 | Payroll | $ 5,800.00 | |
| 11/30/2024 | Payroll | $ 5,800.00 | |
| 11/15/2024 | Payroll | $ 5,800.00 | |
| 10/31/2024 | Payroll | $ 5,800.00 | |
| 10/15/2024 | Payroll | $ 5,800.00 | |
| 9/30/2024 | Payroll | $ 5,800.00 | |
| 9/15/2024 | Payroll | $ 5,800.00 | |
| 8/31/2024 | Payroll | $ 5,800.00 | |
| 8/15/2024 | Payroll | $ 5,800.00 | |
| 7/31/2024 | Payroll | $ 5,800.00 | |
| 7/15/2024 | Payroll | $ 5,800.00 | |
| 6/30/2024 | Payroll | $ 5,800.00 | |
| 6/15/2024 | Payroll | $ 5,800.00 | |
| 5/31/2024 | Payroll | $ 5,800.00 | |

**Mary York**

| Date | Type | Amount | Note |
|---|---|---|---|
| 9/30/2024 | Payroll | $ 1,500.00 | Approx based on gross salary |
| 9/15/2024 | Payroll | $ 1,500.00 | Would need access to Paylocity or BC to verify |
| 8/31/2024 | Payroll | $ 1,500.00 | Terminated 9/30/24 |

| Date | Description | Amount |
|---|---|---|
| 8/15/2024 | Payroll | $ 1,500.00 |
| 7/31/2024 | Payroll | $ 1,500.00 |
| 7/15/2024 | Payroll | $ 1,500.00 |
| 6/30/2024 | Payroll | $ 1,500.00 |
| 6/15/2024 | Payroll | $ 1,500.00 |
| 5/31/2024 | Payroll | $ 1,500.00 |

Payments to WeRack (owned by Benjamin York, Christopher York, Albert Ferguson)

| Date | Description | Amount |
|---|---|---|
| 5/2/2025 | Transferred due to account issues | $ 30,000.00 |
| 4/29/2025 | Transferred due to account issues | $ 15,000.00 |
| 4/28/2025 | Transferred due to account issues | $ 25,000.00 |