| Fill in this information to identify the case: |
| --- |
| Debtor name        **Slate River Systems, Inc.** |
| United States Bankruptcy Court for the:  **Northern District of Texas** |
| Case number (if known):   **25-41807-mxm7** |

☑ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __10/08/2025__          **X** _/s/ Benjamin York_____
       MM/ DD/ YYYY               Signature of individual signing on behalf of debtor

                      **Benjamin York**_____
                      Printed name

                      **Director**_____
                      Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Slate River Systems, Inc.** |
| United States Bankruptcy Court for the: | **Northern District of Texas** |
| Case number (if known): | **25-41807-mxm7** |

☑ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
   - ☐ No. Go to Part 2.
   - ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br><br>**A. Beasley**<br>**4545 Bennerton Dr**<br>**Nottingham, MD 21236**<br><br>Date or dates debt was incurred<br><br>_____<br><br>Last 4 digits of account<br>number ___ ___ ___ ___<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the Claim:<br><br>_____<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | **unknown** | **unknown** |
| **2.2** Priority creditor's name and mailing address<br><br>**A. Hernandez**<br>**7741 Shorthorn Way**<br>**Fort Worth, TX 76131**<br><br>Date or dates debt was incurred<br><br>_____<br><br>Last 4 digits of account<br>number ___ ___ ___ ___<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the Claim:<br><br>_____<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | **unknown** | **unknown** |

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

**2.3** Priority creditor's name and mailing address

**A. Simpson**

**PO Box 627**

**Almont, CO 81210**

Date or dates debt was incurred

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

Is the claim subject to offset?

☑ No
☐ Yes

unknown      unknown

---

**2.4** Priority creditor's name and mailing address

**B. Leonard**

**4559 Freedom Dr**

**Burlington, NC 27215**

Date or dates debt was incurred

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

Is the claim subject to offset?

☑ No
☐ Yes

unknown      unknown

---

**2.5** Priority creditor's name and mailing address

**B. Phelan**

**8900 Martin Creek Cir**

**Lantana, TX 76226**

Date or dates debt was incurred

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

Is the claim subject to offset?

☑ No
☐ Yes

unknown      unknown

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

---

<div style="background:black;color:white">**Part 1:**</div> Additional Page

---

**2.6**

**Priority creditor's name and mailing address**

**B. Vawter**

**4765 w 7 1/2 mile rd**

**Irons, MI 49644**

Date or dates debt was incurred

_____

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:                **unknown**              **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.7**

**Priority creditor's name and mailing address**

**Benjamin York**

**PO Box 2954**

**Crested Butte, CO 81224**

Date or dates debt was incurred

_____

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:                **unknown**              **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.8**

**Priority creditor's name and mailing address**

**C. Cline**

**602 Wedgewood Way**

**Lake Dallas, TX 75065**

Date or dates debt was incurred

_____

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:                **unknown**              **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2"><strong>Part 1:</strong> Additional Page</td></tr>
</table>

| **2.9** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown | unknown |
|---|---|---|---|---|

**2.9** Priority creditor's name and mailing address

C. Kirnie

6193 Holland St

Fort Mill, NC 28262

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

unknown          unknown

---

**2.10** Priority creditor's name and mailing address

C. Lamb

42 Acorn Trail

Plymouth, MA 02360

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

unknown          unknown

---

**2.11** Priority creditor's name and mailing address

C. Vargas

117 Riva Dr.

Hackettstown, NJ 07840

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

unknown          unknown

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

<div style="background:black;color:white">**Part 1:**</div> Additional Page

---

**2.12**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $637.70 | $637.70 |
|---|---|---|---|

**California Department of Tax and Fee Administration**

P.O. Box 942879

Sacramento, CA 94249

Date or dates debt was incurred

_____

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)  **(5)**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.13**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown | unknown |
|---|---|---|---|

**Christopher York**

581 Waketon Rd

Double Oak, TX 75077

Date or dates debt was incurred

_____

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)  **(4)**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.14**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $53,775.00 | $53,775.00 |
|---|---|---|---|

**Colorado Department of Labor and Employment Division of Unemployment Insurance**

P.O. Box 400

Denver, CO 80201

Date or dates debt was incurred

_____

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)  **(8)**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

## Part 1: Additional Page

**2.15** **Priority creditor's name and mailing address**

**D. Contreras**

**502 Beacon Rd**

**Portsmouth, VA 23702**

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

unknown        unknown

---

**2.16** **Priority creditor's name and mailing address**

**D. Davis**

**826 County Road 16**

**Gunnison, CO 81230**

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

unknown        unknown

---

**2.17** **Priority creditor's name and mailing address**

**D. Johnson**

**11614 Jim Christal Rd**

**Krum, TX 76249**

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

unknown        unknown

| Debtor | Slate River Systems, Inc. | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2">

**Part 1:**   Additional Page

</td></tr>
</table>

---

**2.18**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown | unknown |
|---|---|---|---|

**D. Kent**

**5713 Braewood Ln.**

**Fort Worth, TX 76244**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the Claim:**

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

---

**2.19**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown | unknown |
|---|---|---|---|

**D. Shandley**

**8605 serenity way**

**Denton, TX 76210**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the Claim:**

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

---

**2.20**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,144.14 | $5,144.14 |
|---|---|---|---|

**Internal Revenue Service**

**P. O. Box 7346**

**Philadelphia, PA 19101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the Claim:**

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

---

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

<div style="background:black;color:white">**Part 1:**</div> Additional Page

---

**2.21**

**Priority creditor's name and mailing address**

**J. Bivens**

**567 Seneca Dr.**

**Gunnison, CO 81230**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown                    unknown

---

**2.22**

**Priority creditor's name and mailing address**

**J. Bjelobrk**

**12621 Pond Cypress Lane**

**Frisco, TX 75035**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown                    unknown

---

**2.23**

**Priority creditor's name and mailing address**

**J. Ferguson**

**5734 Amanda Terrace**

**The Villages, FL 32163-5876**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown                    unknown

---

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

---

**Part 1:** Additional Page

---

**2.24** | Priority creditor's name and mailing address

**J. Harjo**

**4050 Millikin RD**

**Fairfield Township, OH 45011**

Date or dates debt was incurred

_____

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

unknown          unknown

---

**2.25** | Priority creditor's name and mailing address

**J. Moak**

**2308 Evening Breeze Lane**

**Green Cove Springs, FL 32043**

Date or dates debt was incurred

_____

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

unknown          unknown

---

**2.26** | Priority creditor's name and mailing address

**J. Nylaan**

**3820 Hare Lane**

**Dorr, MI 49323**

Date or dates debt was incurred

_____

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

unknown          unknown

---

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

---

<div style="background:black;color:white">**Part 1:**</div> Additional Page

---

| **2.27** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown | unknown |
|---|---|---|---|---|

**2.27**

Priority creditor's name and mailing address

**J. Young**

**163 Rey Del Mar Cir**

**Weatherford, TX 76085**

Date or dates debt was incurred

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

Is the claim subject to offset?
☑ No
☐ Yes

unknown        unknown

---

**2.28**

Priority creditor's name and mailing address

**K. Ludwig**

**1545 Shadow Hawk Drive**

**Haslet, TX 76052**

Date or dates debt was incurred

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

Is the claim subject to offset?
☑ No
☐ Yes

unknown        unknown

---

**2.29**

Priority creditor's name and mailing address

**K. Pham**

**3633 W. Northgate Drive Unit 244**

**Irving, TX 75062**

Date or dates debt was incurred

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

Is the claim subject to offset?
☑ No
☐ Yes

unknown        unknown

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

---

**Part 1:** Additional Page

---

**2.30**

Priority creditor's name and mailing address

**L. Charles**

**111 Bristol Ct**

**Coppell, TX 75019**

Date or dates debt was incurred

_____

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?

☑ No
☐ Yes

unknown          unknown

---

**2.31**

Priority creditor's name and mailing address

**L. Frank**

**7091 Larkspur Lane**

**Liberty Township, OH 45044**

Date or dates debt was incurred

_____

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?

☑ No
☐ Yes

unknown          unknown

---

**2.32**

Priority creditor's name and mailing address

**L. Hill**

**2073 Valley Brook Dr**

**Brentwood, TN 37027**

Date or dates debt was incurred

_____

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?

☑ No
☐ Yes

unknown          unknown

---

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

---

### Part 1: Additional Page

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown | unknown |
|---|---|---|---|---|

**L. Scott**

**564 Manor Drive 160**

**El Cajon, CA 92020**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the Claim:
_____

Last 4 digits of account
number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown | unknown |
|---|---|---|---|---|

**L. York**

**9709 Delmonico Drive**

**Fort Worth, TX 76244**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the Claim:
_____

Last 4 digits of account
number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

---

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown | unknown |
|---|---|---|---|---|

**M. Acre**

**1725 KREFT ST NE**

**Grand Rapids, MI 49525**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the Claim:
_____

Last 4 digits of account
number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

---

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

---

<table>
<tr><td colspan="2"><strong>Part 1:</strong> Additional Page</td></tr>
</table>

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown | unknown |
|---|---|---|---|---|

**M. Landis**

**23511 W Hillis Rd**

**Sand Lake, MI 49343**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the Claim:**

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown | unknown |
|---|---|---|---|---|

**M. Shannon**

**424 N Highview Ave**

**Elmhurst, IL 60126**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the Claim:**

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown | unknown |
|---|---|---|---|---|

**N. Viera Martinez**

**10525 FOUNTAIN GATE ST**

**Aubrey, TX 76227**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the Claim:**

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

---

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td style="background:black;color:white">**Part 1:**</td><td>Additional Page</td></tr>
</table>

---

**2.39** Priority creditor's name and mailing address

**North Carolina Department of Commerce**

**Division of Employment Security – Unemployment Insurance**

**PO Box 27967**

**Raleigh, NC 27611**

Date or dates debt was incurred
_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)  **(5)**

As of the petition filing date, the claim is:     $4,599.96     $4,599.96
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.40** Priority creditor's name and mailing address

**P. Atta-Baah**

**8441 Reedy Ridge Ln**

**Raleigh, NC 27613**

Date or dates debt was incurred
_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)  **(4)**

As of the petition filing date, the claim is:     unknown     unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.41** Priority creditor's name and mailing address

**P. Olaru**

**454 Teocalli Road Unit A**

**Crested Butte, CO 81224**

Date or dates debt was incurred
_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)  **(4)**

As of the petition filing date, the claim is:     unknown     unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

<div style="background:black;color:white">**Part 1:** Additional Page</div>

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown | unknown |
|---|---|---|---|---|

**2.42** Priority creditor's name and mailing address

**R. Behee**

**806 Clover Ln.**

**Keller, TX 76248**

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown          unknown

---

**2.43** Priority creditor's name and mailing address

**R. Boyd**

**163 Everest Dr.**

**Montgomery, TX 77316**

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown          unknown

---

**2.44** Priority creditor's name and mailing address

**R. Irving**

**11600 Cedar Creek Drive**

**Aubrey, TX 76227**

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown          unknown

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td style="background:black;color:white">**Part 1:**</td><td>Additional Page</td></tr>
</table>

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown | unknown |
|---|---|---|---|---|

**R. Martinez**

**3829 N Beltline Blvd Unit 1905**

**Irving, TX 75038**

Date or dates debt was incurred

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown | unknown |
|---|---|---|---|---|

**R. Mefford**

**59 Gordon Way**

**Flanders, NJ 07836**

Date or dates debt was incurred

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown | unknown |
|---|---|---|---|---|

**R. Miller**

**1730 W 40th Ave**

**Denver, CO 80211**

Date or dates debt was incurred

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Slate River Systems, Inc. | Case number *(if known)* | **25-41807-mxm7** |
|--------|---------------------------|--------------------------|-------------------|
| | Name | | |

---

**Part 1:** Additional Page

---

**2.48** | **Priority creditor's name and mailing address**

R. Munguia

39 Welston Terrace Dr

Tomball, TX 77375

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown         unknown

---

**2.49** | **Priority creditor's name and mailing address**

R. Wilson

1216 Lorraine Ct

Southlake, TX 76092

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown         unknown

---

**2.50** | **Priority creditor's name and mailing address**

S. Barnett

27 Anthracite

Crested Butte, CO 81224

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown         unknown

---

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

---

<table>
<tr><td style="background:black;color:white">**Part 1:**</td><td>Additional Page</td></tr>
</table>

---

**2.51** | Priority creditor's name and mailing address

**S. Wilson**

**1216 Lorraine Court**

**Southlake, TX 76092**

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

unknown        unknown

---

**2.52** | Priority creditor's name and mailing address

**State of New Jersey**

**Department of Labor and Workforce
Development**
**Division of Employer Accounts**

**PO Box 929**

**Trenton, NJ 08646**

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(5)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

$23.04        $23.04

---

**2.53** | Priority creditor's name and mailing address

**State of Washington**

**Department of Revenue**
**Compliance Division**

**PO Box 47473**

**Olympia, WA 98504**

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(5)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

$4,359.79        $4,359.79

---

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2"><strong>Part 1:</strong> Additional Page</td></tr>
</table>

| **2.54** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown | unknown |
|---|---|---|---|---|

**2.54** Priority creditor's name and mailing address

**T. Barnes**

**163 Rey Del Mar Cir**

**Weatherford, TX 76085**

**Date or dates debt was incurred**

**Last 4 digits of account**

**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the Claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

unknown    unknown

---

**2.55** Priority creditor's name and mailing address

**T. Mitchell**

**6632 Belcamp Dr**

**Plano, TX 75023**

**Date or dates debt was incurred**

**Last 4 digits of account**

**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the Claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

unknown    unknown

---

**2.56** Priority creditor's name and mailing address

**T. O'Brien**

**7233 Brennans Drive**

**Dallas, TX 75214**

**Date or dates debt was incurred**

**Last 4 digits of account**

**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the Claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

unknown    unknown

| Debtor | Slate River Systems, Inc. | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

## Part 1: Additional Page

---

**2.57**

**Priority creditor's name and mailing address**

**T. Seiwert**

**21037 Crestview Ct**

**Lawrenceburg, IN 47025**

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown          unknown

---

**2.58**

**Priority creditor's name and mailing address**

**U. Chakravartula**

**1110 S Cesar Chavez Blvd 4005**

**Dallas, TX 75201**

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown          unknown

---

**2.59**

**Priority creditor's name and mailing address**

**Utah State Tax Commission**

**Taxpayer Services Division**

**210 N. 1950 W**

**Salt Lake City, UT 84134**

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$117.77          $117.77

---

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

**2.60** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | unknown | unknown

**Priority creditor's name and mailing address**

W. Escobar

938 Goose Pond Road 938

Lake Ariel, PA 18436

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

unknown    unknown

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

**114 Industrial Park, LLC**

**240 Tiger Drive**

**Rhome, TX 76078**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Lease (guarantor)**

Is the claim subject to offset?
☒ No
☐ Yes

Amount of claim: **unknown**

---

**3.2** Nonpriority creditor's name and mailing address

**2005 Treasury Center, LLC**

**PO Box 1820**

**Cretsed Butte, CO 81224**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Amount of claim: **$10,149.99**

---

**3.3** Nonpriority creditor's name and mailing address

**3 Phase Conveyor**

**900 Katy Rd Suite 500**

**Keller, TX 76244**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Amount of claim: **$7,500.00**

---

**3.4** Nonpriority creditor's name and mailing address

**A&S Installation Services, LLC**

**830 W. Main Street**

**Lebanon, KY 40033**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Amount of claim: **$70,185.60**

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

### Part 2: | Additional Page

---

**3.5** Nonpriority creditor's name and mailing address

**Advance Storage Products**

**15302 Pipeline Lane**

**Huntington Beach, CA 92649**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: **$89,103.77**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address

**AES - Advanced Equipment Sales**

**535 Hagey Road**

**Souderton, PA 18964**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: **$6,687.50**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.7** Nonpriority creditor's name and mailing address

**Aldinger Co.**

**1440 Prudential Dr.**

**Dallas, TX 75235**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: **$10,186.50**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address

**Ally Financial, Inc.**

**2911 Lake Vista Dr**

**Lewisville, TX 75067-3801**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: **unknown**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Vehicle Leases/Purchase**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| Debtor | Slate River Systems, Inc. | Case number *(if known)* | 25-41807-mxm7 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | Additional Page |
|---|---|

### 3.9

**Nonpriority creditor's name and mailing address**

American Express

200 Vesey Street

New York, NY 10285-3106

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Credit card

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

unknown

### 3.10

**Nonpriority creditor's name and mailing address**

Amteck, LLC

1387 East New Circle Road Suite 130

Lexington, KY 40505

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$665,299.31

### 3.11

**Nonpriority creditor's name and mailing address**

Ashland Conveyor Products, Inc.

1919 Cellar Drive

Ashland, OH 44805

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$6,739.67

### 3.12

**Nonpriority creditor's name and mailing address**

Atron Group LLC

9125 Viscount Row

Dallas, TX 75247

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$11,967.50

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.13** Nonpriority creditor's name and mailing address

**Authentek Solutions LLC**

**2145 Chenault Dr.**

**Carrollton, TX 75006**

Date or dates debt was incurred _____

Last 4 digits of account number \_\_ \_\_ \_\_ \_\_

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$5,995.00**

---

**3.14** Nonpriority creditor's name and mailing address

**Automation Contractors, LLC**

**1321 Bonnie Ave.**

**Bethlehem, PA 18017**

Date or dates debt was incurred _____

Last 4 digits of account number \_\_ \_\_ \_\_ \_\_

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$19,250.00**

---

**3.15** Nonpriority creditor's name and mailing address

**Automationdirect.com Inc.**

**3505 Hutchinson Road**

**Cumming, GA 30040**

Date or dates debt was incurred _____

Last 4 digits of account number \_\_ \_\_ \_\_ \_\_

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$2,820.40**

---

**3.16** Nonpriority creditor's name and mailing address

**Avalara Inc**

**255 South King Street Suite 1200**

**Seattle, WA 98104**

Date or dates debt was incurred _____

Last 4 digits of account number \_\_ \_\_ \_\_ \_\_

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

---

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2">

**Part 2:** Additional Page
</td></tr>
</table>

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40,082.00 |
|---|---|---|---|

**BDO USA**

**330 North Wabash Avenue Suite 3200**

**Chicago, IL 60611**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|

**Bellingham Cold Storage**

**2825 Roeder Avenue**

**Bellingham, WA 98225**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Client**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,376.25 |
|---|---|---|---|

**Bihl Wiedemann, Inc.**

**2141 Port Sheldon St**

**Jenison, MI 49428**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|

**BMW Financial Services NA, LLC**

**1400 City View Dr**

**Columbus, OH 43215**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vehicle Leases**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| Debtor | Slate River Systems, Inc. | Case number *(if known)* | 25-41807-mxm7 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

### 3.21 Nonpriority creditor's name and mailing address

**Borroughs Corporation**

**3002 North Burdick Street**

**Kalamazoo, MI 49004**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**      $6,720.77
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

### 3.22 Nonpriority creditor's name and mailing address

**Cambridge Construction Co**

**1330 Durrett Lane**

**Louisville, KY 40213**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**      $22,250.00
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Client**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

### 3.23 Nonpriority creditor's name and mailing address

**Cencora - ICS**

**1 West First Avenue**

**Conshohocken, PA 19428**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**      unknown
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

### 3.24 Nonpriority creditor's name and mailing address

**Citi**

**388 Greenwich Street**

**New York, NY 10013**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**      unknown
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Credit card**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

---

| Part 2: | Additional Page |
|---|---|

---

**3.25** **Nonpriority creditor's name and mailing address**

**CNC Machining, LLC**

**636 County Road 4841 Suite 200**

**Haslet, TX 76052**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$6,093.98

---

**3.26** **Nonpriority creditor's name and mailing address**

**Cognex Corporation**

**One Vision Drive**

**Natick, MA 01760-2059**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$9,400.00

---

**3.27** **Nonpriority creditor's name and mailing address**

**Commercial Roll Formed Products Ltd**

**225 Parkhurst Square, Brampton, Ontario L6T 5H5, Canada**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

unknown

---

**3.28** **Nonpriority creditor's name and mailing address**

**Conductix, Inc**

**10102 F Street**

**Omaha, NE 68127**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$217.15

---

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.29** Nonpriority creditor's name and mailing address

**Configura CET AB**

**35 Oakes St Ste 800**

**Grand Rapids, MI 49503**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$1,050.00**

---

**3.30** Nonpriority creditor's name and mailing address

**Conns Appliances**

**2445 Technology Forest Boulevard Suite 800**

**The Woodlands, TX 77381**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Client**

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

---

**3.31** Nonpriority creditor's name and mailing address

**Consolidated Supply**

**7337 SW Kable Lane**

**Tigard, OR 97224**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Client**

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

---

**3.32** Nonpriority creditor's name and mailing address

**Controlled Hydronics**

**301 Rio Vista Rd Unit D**

**Telluride, CO 81435**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$473.80**

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $66,013.00 |
|---|---|---|---|
| | **Conveyx Solutions LLC** | ☐ Contingent | |
| | **P.O. Box 743** | ☐ Unliquidated | |
| | **Alpena, MI 49707** | ☐ Disputed | |
| | | **Basis for the claim:** _____ | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number __ __ __ __ | ☒ No<br>☐ Yes | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $4,426.68 |
|---|---|---|---|
| | **Cornerstone Specialty Wood Products** | ☐ Contingent | |
| | **12020 Tramway Drive** | ☐ Unliquidated | |
| | **Cincinnati, OH 45241** | ☐ Disputed | |
| | | **Basis for the claim:** _____ | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number __ __ __ __ | ☒ No<br>☐ Yes | |

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $4,843.25 |
|---|---|---|---|
| | **Crested Butte News, Inc.** | ☐ Contingent | |
| | **301 Belleview Ave. Unit 6A** | ☐ Unliquidated | |
| | **Crested Butte, CO 81224** | ☐ Disputed | |
| | | **Basis for the claim:** _____ | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number __ __ __ __ | ☒ No<br>☐ Yes | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $5,958.75 |
|---|---|---|---|
| | **Custer Inc** | ☐ Contingent | |
| | **217 Cesar E. Chavez Ave SW Suite 200** | ☐ Unliquidated | |
| | **Grand Rapids, MI 49503** | ☐ Disputed | |
| | | **Basis for the claim:** _____ | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number __ __ __ __ | ☒ No<br>☐ Yes | |

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2" style="background:black;color:white">**Part 2:**</td><td>Additional Page</td></tr>
</table>

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | unknown |
|---|---|---|---|

**CVS Pharmacy**

**One CVS Drive**

**Woonsocket, RI 02895**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Client**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | unknown |
|---|---|---|---|

**Daifuku Intralogistics America Corporation**

**6300 Northwind Parkway**

**Hobart, IN 46342**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,600.00 |
|---|---|---|---|

**Dallas Roboter, Inc.**

**2451 West Grapevine Mills Cir Box 572**

**Grapevine, TX 76051**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | unknown |
|---|---|---|---|

**Dallas Technology LLC**

**6136 Frisco Square Blvd Suite 400**

**Frisco, TX 75034**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2">

**Part 2:** Additional Page
</td></tr>
</table>

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $125,394.45 |
|---|---|---|---|

**Dambach Lagersysteme, Inc.**

**34505 W12 Mile Road Suite 175**

**Farmington Hills, MI 48331**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $49,414.42 |
|---|---|---|---|

**Datalogic USA, Inc.**

**959 Terry Street**

**Eugene, OR 97402**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|

**Dawson Logistics**

**122 Eastgate Drive**

**Danville, IL 61834**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Client**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $205,692.98 |
|---|---|---|---|

**Dematic Corp**

**756 W Peachtree St NW**

**Atlanta, GA 30308**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

<div style="background:black;color:white">**Part 2:**</div> Additional Page

---

**3.45** | **Nonpriority creditor's name and mailing address**

**DH Griffin Contracting, Inc.**

**974 Berry Shoals Road**

**Duncan, SC 29334**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$26,400.00

---

**3.46** | **Nonpriority creditor's name and mailing address**

**Dynasty Capital 26, LLC**

**700 Canal St 1st Floor**

**Stamford, CT 06902-5921**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **MCA**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown

---

**3.47** | **Nonpriority creditor's name and mailing address**

**EBF Holdings, LLC (Everest Business Funding)**

**102 W 38th Street, 6th - Floor**

**New York, NY 10018**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **MCA**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown

---

**3.48** | **Nonpriority creditor's name and mailing address**

**Eli Benefits LLC**

**400 Morris Avenue Suite 274**

**Denville, NJ 07834**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$7,854.45

---

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

---

**3.49** Nonpriority creditor's name and mailing address

**Elmo Motion Control, Inc.**

**42 Technology Way**

**Nashua, NH 03060**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$6,405.54**

---

**3.50** Nonpriority creditor's name and mailing address

**Endeavour Solutions Inc**

**2233 Argentia Road, Suite 300 East Tower,
Mississauga, Ontario L5N 2X7, Canada**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

---

**3.51** Nonpriority creditor's name and mailing address

**Engineered Products, LLC**

**204 Old Piedmont Hwy**

**Greenville, SC 29605**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$613,792.25**

---

**3.52** Nonpriority creditor's name and mailing address

**EPLAN Software and Services LLC**

**425 N Martingale Road Suite 470**

**Schaumburg, IL 60173**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$18,442.05**

---

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

---

**3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$16,732.50**

**Exhibit Marketing Partners, Inc.**

**6317 Snead Court**

**Woodridge, IL 60517**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

**Basis for the claim:** _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$22,090.00**

**Fletchline, Inc**

**5480 Lakeview Rd**

**Springfield, TN 37172**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

**Basis for the claim:** _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **unknown**

**Footlocker**

**330 West 34th Street**

**New York, NY 10001**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

**Basis for the claim:** **Client**

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,921,169.22**

**Frazier Industrial Company**

**91 Fairview Avenue**

**Long Valley, NJ 07853**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

**Basis for the claim:** _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| Debtor | Slate River Systems, Inc. | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong> Additional Page</td></tr>
</table>

---

**3.57** Nonpriority creditor's name and mailing address

**Fresh Innovations**

**3810 TX-114**

**Rhome, TX 76078**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Client**

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

---

**3.58** Nonpriority creditor's name and mailing address

**Gary K. Munkelt & Associates, LLC**

**121 East Chestnut Street**

**Souderton, PA 18964**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$12,500.00**

---

**3.59** Nonpriority creditor's name and mailing address

**Global Industrial**

**11 Harbor Park Drive**

**Port Washington, NY 11050**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$1,024.20**

---

**3.60** Nonpriority creditor's name and mailing address

**Graybar Electric**

**34 N Meramec Ave**

**Clayton, MO 63105**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$62.82**

---

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

| **Part 2:** | Additional Page |
|---|---|

---

**3.61** Nonpriority creditor's name and mailing address

**Greater Omaha Packhouse**

**3001 L Street**

**Omaha, NE 68107**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Client**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.62** Nonpriority creditor's name and mailing address

**H & J Products, LLC**

**445 Ocean Forest Drive**

**Saint Augustine, FL 32080**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$9,568.10

---

**3.63** Nonpriority creditor's name and mailing address

**Hilti, Inc.**

**7250 Dallas Parkway Suite 1000**

**Plano, TX 75024**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$669.51

---

**3.64** Nonpriority creditor's name and mailing address

**Hobby Lobby**

**7707 SW 44th Street**

**Oklahoma City, OK 73179**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Client**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

---

**3.65** Nonpriority creditor's name and mailing address

**Hubbell**

**40 Waterview Drive**

**Shelton, CT 06484**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Client**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown

---

**3.66** Nonpriority creditor's name and mailing address

**I Got Funded LLC**

**Address not publicly available**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown

---

**3.67** Nonpriority creditor's name and mailing address

**ICAM**

**Via Madonna di Loreto, 3, 70010 Putignano BA, Italy**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown

---

**3.68** Nonpriority creditor's name and mailing address

**ID Technology LLC**

**2051 Franklin Drive**

**Fort Worth, TX 76106**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$2,601.52

---

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

---

### Part 2: Additional Page

| | | | |
|---|---|---|---|
| **3.69** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $956.30 |
| | **InCord** | ☐ Contingent | |
| | **226 Upton Road** | ☐ Unliquidated | |
| | **Colchester, CT 06415** | ☐ Disputed | |
| | | Basis for the claim: _____ | |
| | Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| | Last 4 digits of account number __ __ __ __ | ☑ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.70** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,375.00 |
| | **Industrial Quick Search, Inc.** | ☐ Contingent | |
| | **150 Motor Parkway Suite 401** | ☐ Unliquidated | |
| | **Hauppauge, NY 11788** | ☐ Disputed | |
| | | Basis for the claim: _____ | |
| | Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| | Last 4 digits of account number __ __ __ __ | ☑ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.71** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,000.00 |
| | **Infor (US), LLC** | ☐ Contingent | |
| | **641 Avenue of the Americas** | ☐ Unliquidated | |
| | **New York, NY 10011** | ☐ Disputed | |
| | | Basis for the claim: _____ | |
| | Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| | Last 4 digits of account number __ __ __ __ | ☑ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.72** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
| | **InstallCo, LLC** | ☐ Contingent | |
| | **4324 Poppy Valley Ln** | ☐ Unliquidated | |
| | **Denton, TX 76210** | ☐ Disputed | |
| | | Basis for the claim: **Vendor** | |
| | Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| | Last 4 digits of account number __ __ __ __ | ☑ No  ☐ Yes | |

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.73** Nonpriority creditor's name and mailing address

**Integrated Warehouse Solutions, Inc - Bluff**

**651 North Burleson Boulevard**

**Burleson, TX 76028**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown

---

**3.74** Nonpriority creditor's name and mailing address

**Intelligent Package Systems**

**2122 113th Street**

**Grand Prairie, TX 75050**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$2,001.38

---

**3.75** Nonpriority creditor's name and mailing address

**Interlake Mecalux, Inc.**

**1600 N 25th Avenue**

**Melrose Park, IL 60160**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$626,894.68

---

**3.76** Nonpriority creditor's name and mailing address

**Interroll USA, LLC**

**3000 Corporate Drive**

**Wilmington, NC 28405**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown

---

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.77** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,360.20

**ITC Manufacturing**

110 South 41st Avenue

Phoenix, AZ 85009

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

---

**3.78** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $382,903.34

**J & L Wire Cloth LLC**

268 Water Street W

St. Paul, MN 55107

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

---

**3.79** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $115,000.00

**Jason Pharmaceuticals, Inc.**

11445 Cronhill Drive

Owings Mills, MD 21117

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

---

**3.80** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,640.00

**JB Conveyors, Inc.**

12655 Imperial Hwy

Santa Fe Springs, CA 90670

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

---

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | Additional Page |
|---|---|

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $31,793.00 |
|---|---|---|---|

**JEM Tech Group**

**23537 Lakepointe Drive**

**Clinton Township, MI 48036**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|

**Johnstone Supply**

**11632 NE Ainsworth Circle**

**Portland, OR 97220**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: **Client**

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,935.00 |
|---|---|---|---|

**Kaeser Compressors, Inc.**

**511 Sigma Drive**

**Fredericksburg, VA 22408**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,745.00 |
|---|---|---|---|

**Kannon Manufacturing, Inc.**

**5129 Vesta Farley Rd**

**Fort Worth, TX 76119**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.85** Nonpriority creditor's name and mailing address

**Kuehne + Nagel Inc**

**10 Exchange Place 19th Floor**

**Jersey City, NJ 07302**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Client**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.86** Nonpriority creditor's name and mailing address

**Ladder Supplies Inc**

**1250 Tamiami Trail N Suite 210**

**Naples, FL 34102**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.87** Nonpriority creditor's name and mailing address

**Levi Strauss & Co**

**1155 Battery Street**

**San Francisco, CA 94111**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Client**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.88** Nonpriority creditor's name and mailing address

**Lichtgitter Usa, Inc.**

**12818 North Lake Houston Parkway**

**Houston, TX 77044**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$23,524.00

---

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | Additional Page |
|---|---|

---

**3.89** Nonpriority creditor's name and mailing address

**LifeSceince Logistcis**

**3100 Olympus Boulevard Suite 100**

**Dallas, TX 75019**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Client**

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

---

**3.90** Nonpriority creditor's name and mailing address

**Locke Supply**

**1300 SE 82nd Street**

**Oklahoma City, OK 73149**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Client**

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

---

**3.91** Nonpriority creditor's name and mailing address

**Logitech, Inc.**

**6423 Seeds Rd**

**Grove City, OH 43123**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$305,977.60**

---

**3.92** Nonpriority creditor's name and mailing address

**Mad Enegine**

**10525 Vista Sorrento Parkway Suite 200**

**San Diego, CA 92121**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Client**

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

---

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td style="background:black;color:white">Part 2:</td><td>Additional Page</td></tr>
</table>

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $17,995.00 |
|---|---|---|---|

**Material Handling Industry**

**8720 Red Oak Blvd Suite 201**

**Charlotte, NC 28217**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|

**Mechant Services**

**6340 Lake Worth Blvd Suite 268**

**Fort Worth, TX 76135**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Basis for the claim: **MCA**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $93,846.64 |
|---|---|---|---|

**MechCore, LLC**

**11235 St. Johns Industrial Pkwy N Suite 1**

**Jacksonville, FL 32246**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $54,316.05 |
|---|---|---|---|

**Mega Corp Logistics**

**1011 Ashes Drive**

**Wilmington, NC 28405**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | Additional Page |
|---|---|

---

**3.97** | **Nonpriority creditor's name and mailing address**

**Mezzanine Safeti-Gates, Inc.**

**174 Western Avenue**

**Essex, MA 01929**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $14,965.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.98** | **Nonpriority creditor's name and mailing address**

**MI Consultancy Services Inc.**

**2248 E Gambel Oak Dr**

**Sandy, UT 84092**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $28,840.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.99** | **Nonpriority creditor's name and mailing address**

**Microvast**

**12603 Southwest Freeway Suite 300**

**Stafford, TX 77477**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Client**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.100** | **Nonpriority creditor's name and mailing address**

**Millennium Material Handling, LLC**

**2741 Doster Road**

**Madison, GA 30650**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $1,047,294.46
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

---

## Part 2: Additional Page

### 3.101

**Nonpriority creditor's name and mailing address**

**Motive Energy of Texas**

**319 E. 40th Street**

**Lubbock, TX 79404**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$37,591.00

---

### 3.102

**Nonpriority creditor's name and mailing address**

**Nangia Engineering of Texas, Ltd.**

**7423 Hollow Ridge Drive**

**Houston, TX 77095**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$2,110.00

---

### 3.103

**Nonpriority creditor's name and mailing address**

**National Beef**

**12200 N. Ambassador Drive Suite 500**

**Kansas City, MO 64163**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Client**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

unknown

---

### 3.104

**Nonpriority creditor's name and mailing address**

**National Bolt and Industrial Supply**

**391 N Beach Street**

**Fort Worth, TX 76111**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Vendor**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

unknown

---

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

<div style="background:black;color:white">**Part 2:**</div> Additional Page

---

**3.105** | **Nonpriority creditor's name and mailing address**

**National Presto**

**3925 North Hastings Way**

**Eau Claire, WI 54703-3703**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Client**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**unknown**

---

**3.106** | **Nonpriority creditor's name and mailing address**

**Nevonen LLC dba Signarama-Grapevine**

**151 S Dooley Street Suite 101**

**Grapevine, TX 76051**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$1,689.00**

---

**3.107** | **Nonpriority creditor's name and mailing address**

**New Market Transportation Service, Inc.**

**314 Route 94 South Suite 8**

**Warwick, NY 10990**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$125,650.00**

---

**3.108** | **Nonpriority creditor's name and mailing address**

**Nextiva**

**9451 East Via de Ventura**

**Scottsdale, AZ 85256**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Vendor**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**unknown**

---

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

---

<span style="background:black;color:white">Part 2:</span>  Additional Page

---

**3.109** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **unknown**

**Noble Heights Real Estate Ventures LLC**

**3333 Deposit Drive NE Suite 100**

**Grand Rapids, MI 49546**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Lease**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.110** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$67.22**

**North Texas Tollway Authority**

**PO Box 660244**

**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Toll charges**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.111** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **unknown**

**Nu Aura Cleans**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.112** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,166,463.77**

**Nucor Warehouse Systems, Inc.**

**3851 S Santa Fe Avenue**

**Vernon, CA 90058**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="3">**Part 2:** Additional Page</td></tr>
</table>

---

**3.113** | Nonpriority creditor's name and mailing address

**Oakmont Capital**

**600 Willowbrook Lane Suite 601**

**West Chester, PA 19382**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vehicle Purchase**

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

---

**3.114** | Nonpriority creditor's name and mailing address

**Online Freight Services, Inc**

**2275 Waters Drive**

**Mendota Heights, MN 55120**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$51,600.00**

---

**3.115** | Nonpriority creditor's name and mailing address

**Optonomy Inc.**

**303 Detroit St**

**Ann Arbor, MI 48104**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$2,820.00**

---

**3.116** | Nonpriority creditor's name and mailing address

**Overnight Capital**

**124-17 Metropolitan Avenue**

**Kew Gardens, NY 11415**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **MCA**

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

---

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

**3.117**  Nonpriority creditor's name and mailing address

**Paradigm Holdings**

**385 W Grove Avenue**

**Orange, CA 92865**

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

**3.118**  Nonpriority creditor's name and mailing address

**Passman & Jones, A Professional Corporation**

**1201 Elm Street Suite 2500**

**Dallas, TX 75270-2599**

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$7,800.00**

**3.119**  Nonpriority creditor's name and mailing address

**Pflow Industries Inc**

**6720 N Teutonia Avenue**

**Milwaukee, WI 53209**

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$621,931.02**

**3.120**  Nonpriority creditor's name and mailing address

**Precision Metal Fab, LLC a Cadrex LLC Subsidiary**

**2200 N Ash Street**

**Ponca City, OK 74601**

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$76,807.25**

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

---

| Part 2: | Additional Page |
|---|---|

**3.121** Nonpriority creditor's name and mailing address

**Prime Robotics Incorporated**

**1597 Cole Blvd**

**Lakewood, CO 80401**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.122** Nonpriority creditor's name and mailing address

**Proton PRC, Ltd**

**7301 State Hwy 161 Suite 198**

**Irving, TX 75039**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Lease

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.123** Nonpriority creditor's name and mailing address

**PTC Inc.**

**121 Seaport Blvd**

**Boston, MA 02210**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,338.20

---

**3.124** Nonpriority creditor's name and mailing address

**QTEK Design Ltd**

**441 Industrial Road, London, Ontario N5V 1T6, Canada**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

**Part 2:** Additional Page

---

**3.125** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **unknown**

**Quicktron**

**512 East Dallas Road Suite 200**

**Grapevine, TX 76051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.126** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **unknown**

**Quicktron Robotic, Inc.**

**512 E Dallas Rd Ste 200**

**Grapevine, TX 76051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.127** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **unknown**

**RDM Capital Funding, LLC dba Fintap**

**777 Passaic Avenue Suite 375**

**Clifton, NJ 07012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MCA**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.128** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **unknown**

**Recaro**

**24801 Capital Blvd**

**Clinton Township, MI 48036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Client**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

### Part 2: Additional Page

---

**3.129** | **Nonpriority creditor's name and mailing address**

**Rock Contracting LLC**

**609 E Georgia Ave**

**Gunnison, CO 81230**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** $34,522.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.130** | **Nonpriority creditor's name and mailing address**

**Royal 4 Systems**

**5000 E. Spring Street Suite 415**

**Long Beach, CA 90815**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** $232,390.55
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.131** | **Nonpriority creditor's name and mailing address**

**RS Americas, Inc.**

**7151 Jack Newell Blvd S**

**Fort Worth, TX 76118**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** $22,770.71
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.132** | **Nonpriority creditor's name and mailing address**

**Ruby Receptionist, Inc**

**555 SE MLK Blvd #105**

**Protland, OR 97214**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

---

**3.133** | **Nonpriority creditor's name and mailing address**

**Satair USA**

**525 Westpark Drive Suite 400**

**Peachtree City, GA 30269**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** **Client**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**unknown**

---

**3.134** | **Nonpriority creditor's name and mailing address**

**Scholsatic**

**557 Broadway**

**New York, NY 10012**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** **Client**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**unknown**

---

**3.135** | **Nonpriority creditor's name and mailing address**

**Serve Electric LLC**

**34000 Mound Road**

**Sterling Heights, MI 48310**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$27,268.00**

---

**3.136** | **Nonpriority creditor's name and mailing address**

**Sick, Inc.**

**6900 W 110th Street**

**Minneapolis, MN 55438**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$579.54**

---

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

---

**3.137** | **Nonpriority creditor's name and mailing address**

**Smartsheet, Inc**

**500 108th Avenue NE #200**

**Bellevue, WA 98004**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**unknown**

---

**3.138** | **Nonpriority creditor's name and mailing address**

**SMS InfoComm**

**4051 N Highway 121 Suite 100**

**Grapevine, TX 76051**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Client**

**Is the claim subject to offset?**
☑ No
☐ Yes

**unknown**

---

**3.139** | **Nonpriority creditor's name and mailing address**

**Soho Studios Inc**

**15 Hoover Street**

**Inwood, NY 11096**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Client**

**Is the claim subject to offset?**
☑ No
☐ Yes

**unknown**

---

**3.140** | **Nonpriority creditor's name and mailing address**

**Spectrum Charter Communications**

**PO Box 60074**

**City of Industry, CA 91716**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Internet charges**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,034.74**

---

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2" style="background:black;color:white">**Part 2:** Additional Page</td></tr>
</table>

| 3.141 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,735.00** |
|---|---|---|---|

**3.141**
**Nonpriority creditor's name and mailing address**
**SteelPro, LLC**
**120 Wright Road**
**Houston, MS 38851**

Date or dates debt was incurred
Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Is the claim subject to offset?**
☑ No
☐ Yes

**$5,735.00**

---

**3.142**
**Nonpriority creditor's name and mailing address**
**STIQ Ltd**
**100 Kingsway, London, England N12 0EQ, United Kingdom**

Date or dates debt was incurred
Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Is the claim subject to offset?**
☑ No
☐ Yes

**unknown**

---

**3.143**
**Nonpriority creditor's name and mailing address**
**Streamline Packaging Solutions**
**15124 Grand River Rd Suite 120**
**Fort Worth, TX 76155**

Date or dates debt was incurred
Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Is the claim subject to offset?**
☑ No
☐ Yes

**$29,899.22**

---

**3.144**
**Nonpriority creditor's name and mailing address**
**Terracon Consultants, Inc.**
**10841 S. Ridgeview Road**
**Olathe, KS 66061**

Date or dates debt was incurred
Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,773.50**

---

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

| **3.145** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,583.15 |
|---|---|---|---|

**Textrol, Inc.**

**3160 Commonwealth Drive Suites 120 & 122**

**Dallas, TX 75247**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| **3.146** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $75,000.00 |
|---|---|---|---|

**The Fricks Company**

**1401 Ranchers Legacy Trl**

**Fort Worth, TX 76126**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| **3.147** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $27,050.28 |
|---|---|---|---|

**The Kendall Group**

**5101 South Sprinkle Road**

**Portage, MI 49002**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| **3.148** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,599.17 |
|---|---|---|---|

**The Receivable Management Services LLC**

**PO Box 5000**

**Fogelsville, PA 18051**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Services**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

---

**3.149**

**Nonpriority creditor's name and mailing address**

**TL Cook Electric, LLC**

**3209 Century Drive Suite A**

**Rowlett, TX 75088**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$55,002.80

---

**3.150**

**Nonpriority creditor's name and mailing address**

**True Line Wire Guidance Installation, Inc.**

**7095 Schaeffer Drive**

**Downs, IL 61736**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$33,500.00

---

**3.151**

**Nonpriority creditor's name and mailing address**

**TS Tech Canada, Inc.**

**17855 Leslie Street, Newmarket, Ontario L3Y 3E3, Canada**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.152**

**Nonpriority creditor's name and mailing address**

**TTI**

**100 Innovation Way**

**Anderson, SC 29621**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Client**

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | Additional Page |
|---|---|

---

**3.153**

**Nonpriority creditor's name and mailing address**

**TTI - HART**

**100 Innovation Way**

**Anderson, SC 29621**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Client**

**Is the claim subject to offset?**
☑ No
☐ Yes

**unknown**

---

**3.154**

**Nonpriority creditor's name and mailing address**

**Tyco Installers, LLC**

**417 North Penn Dixie Road**

**Bath, PA 18014**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$381,600.00**

---

**3.155**

**Nonpriority creditor's name and mailing address**

**Uline, Inc**

**12575 Uline Drive**

**Pleasant Prairie, WI 53158**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,009.03**

---

**3.156**

**Nonpriority creditor's name and mailing address**

**Under Armour**

**101 Performance Drive**

**Baltimore, MD 21230**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Client**

**Is the claim subject to offset?**
☑ No
☐ Yes

**unknown**

---

| Debtor | Slate River Systems, Inc. | Case number *(if known)* | 25-41807-mxm7 |
|--------|---------------------------|--------------------------|---------------|
|        | Name                      |                          |               |

**Part 2:** Additional Page

---

**3.157** | Nonpriority creditor's name and mailing address

**Vanguard**

**100 Vanguard Boulevard**

**Malvern, PA 19355-2331**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** $1,995.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.158** | Nonpriority creditor's name and mailing address

**Vanguard**

**200 Dryden Road**

**Dresher, PA 19025**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.159** | Nonpriority creditor's name and mailing address

**Vela Claims Department**

**Plano, TX 75093**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.160** | Nonpriority creditor's name and mailing address

**WDF Services**

**2310 M L King Street**

**Calexico, CA 92231**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Client**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

---

| Part 2: | Additional Page |
|---|---|

---

**3.161**

**Nonpriority creditor's name and mailing address**

**Weber Packaging Solutions, Inc**

**711 West Algonquin Road**

**Arlington Heights, IL 60005**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$3,064.00

---

**3.162**

**Nonpriority creditor's name and mailing address**

**Welch Equipment Company, Inc.**

**5025 Nome Street**

**Denver, CO 80239**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$36,552.60

---

**3.163**

**Nonpriority creditor's name and mailing address**

**Wells Fargo**

**333 Market Street**

**San Francisco, CA 94105**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Bank**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

unknown

---

**3.164**

**Nonpriority creditor's name and mailing address**

**Wells Fargo**

**Small Business Lending**

**PO Box 5511**

**Sioux Falls, SD 57117**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Money Loaned**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$6,841.23

---

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

---

### Part 2: Additional Page

**3.165** | Nonpriority creditor's name and mailing address

**Wen-Parker Logistics, Inc.**

**1975 Linden Boulevard Suite 420**

**Elmont, NY 11003**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$270,794.26

---

**3.166** | Nonpriority creditor's name and mailing address

**Western Pacific Storage Solutions, Inc.**

**300 E. Arrow Highway**

**San Dimas, CA 91773**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$223,715.46

---

**3.167** | Nonpriority creditor's name and mailing address

**Westwood Funding Solutions, LLC**

**4601 Sheridan St #501**

**Hialeah, FL 33014**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **MCA**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.168** | Nonpriority creditor's name and mailing address

**Wildeck West**

**1900 E. North Street**

**Waukesha, WI 53188**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$464,264.87

---

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

**Part 2:** Additional Page

---

**3.169** | **Nonpriority creditor's name and mailing address**

**Winzer Corporation**

**4060 East Plano Parkway**

**Plano, TX 75074**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Client**

**Is the claim subject to offset?**
☑ No
☐ Yes

**unknown**

---

**3.170** | **Nonpriority creditor's name and mailing address**

**Wirecrafters, LLC**

**6208 Strawberry Lane**

**Louisville, KY 40214**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$45,975.00**

---

**3.171** | **Nonpriority creditor's name and mailing address**

**Worldwide Flight Services**

**222 West Las Colinas Boulevard Suite 1800N**

**Irving, TX 75039**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Client**

**Is the claim subject to offset?**
☑ No
☐ Yes

**unknown**

---

**3.172** | **Nonpriority creditor's name and mailing address**

**Worldwide Material Handling Products, LLC**

**32 Forestwood Drive**

**Romeoville, IL 60446**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$18,719.00**

---

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

---

**Part 2:  Additional Page**

---

**3.173** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**
*Check all that apply.*

**Wynwood Capital Group**

**20200 W Dixie Highway Suite 608**

**Miami, FL 33180**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  MCA**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.174** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**
*Check all that apply.*

**WYO Complex DBA The Sport Facility Complex**

**WYO Complex PO Box 1907**

**Casper, WY 82602**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Client**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.175** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,886.58**
*Check all that apply.*

**YellowDog**

**3881 Steele St Ste 1242**

**Denver, CO 80205**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.176** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$89,006.40**
*Check all that apply.*

**Zone 4 Systems Integration and Design**

**385 W Grove Avenue**

**Orange, CA 92865**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1  **BRUNER, POWELL, WALL & MULLINS, LLC**<br>**Attn: Benjamin Bruner**<br>**1735 St. JULIAN PLACE, SUITE 200 (29204)**<br>**Columbia, SC 29260** | Line **3.10**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.2  **Dickinson Wright PLLC**<br>**Attn: John Nelson**<br>**607 West Third St, Suite 2500**<br>**Austin, TX 78701** | Line **3.105**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.3  **Frost Brown Todd LLP**<br>**Attn: Jeremey R. Goolsby**<br>**150 3rd Avenue South, Suite 1900**<br>**Nashville, TN 37201** | Line **3.41**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.4  **HUNTON ANDREWS KURTH LLP**<br>**Attn: Joel Sharp**<br>**1445 Ross Avenue, Suite 3700**<br>**Dallas, TX 75202** | Line **3.151**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.5  **Kelly, Hart & Hallman, LLP,**<br>**Attn: J. Andrew Rogers**<br>**201 Main Street, Suite 2500**<br>**Fort Worth, TX 76102** | Line **3.1**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.6  **McAfee & Taft A Professional Corporation**<br>**Attn: Christopher Scaperlanda**<br>**8th Floor, Two Leadership Square**<br>**211 N. Robinson**<br>**Oklahoma City, OK 73102** | Line **3.90**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.7  **Parkins & Rubiour LLP**<br>**Attn: Lenard Parkins**<br>**708 Main St Fl 10**<br>**Houston, TX 77002-3246** | Line **3.56**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

**Part 3:** Additional Page

| 4.8 | **Parkins & Rubiour LLP** | Line **3.91** | | — — — — |
| | **Attn: Lenard Parkins** | ☐ Not listed. Explain _____ | | |
| | **708 Main St Fl 10** | | | |
| | **Houston, TX 77002-3246** | | | |

| 4.9 | **Parkins & Rubiour LLP** | Line **3.100** | | — — — — |
| | **Attn: Lenard Parkins** | ☐ Not listed. Explain _____ | | |
| | **708 Main St Fl 10** | | | |
| | **Houston, TX 77002-3246** | | | |

| 4.10 | **PARSONS MCENTIRE MCCLEARY PLLC** | Line **3.112** | | — — — — |
| | **Attn: Sawnie A. McEntire** | ☐ Not listed. Explain _____ | | |
| | **1700 Pacific Avenue, Suite 4400** | | | |
| | **Dallas, TX 75201** | | | |

| 4.11 | **Tydings & Rosenberg** | Line **3.156** | | — — — — |
| | **Attn: Michael Lentz** | ☐ Not listed. Explain _____ | | |
| | **One East Pratt Street Suite 901** | | | |
| | **Baltimore, MD 21202** | | | |

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$68,657.40** |
| 5b. | **Total claims from Part 2** | 5b. + | **$12,111,567.08** |
| 5c. | **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | **$12,180,224.48** |