



**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed January 22, 2026**

**United States Bankruptcy Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS (FT. WORTH)**

| | |
|---|---|
| **IN RE:**<br>Slate River Systems Inc.<br>**Debtor(s)** | **Case No.** 25-41807-MXM7 |
| Ally Bank,<br>**Movant**<br><br>**v.**<br><br>Slate River Systems Inc.    **Debtor(s)**<br><br>Behrooz P. Vida    **Chapter 7 Trustee**<br><br>**Respondent(s)** | **Chapter** 7 |

### ORDER GRANTING ALLY BANK'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY RE: 2024 GMC Sierra 2500 HD Crew Cab Denali 4WD 6.6L V8 T-Diesel, VIN # 1GT49REY1RF341315

On this day came on to be considered the Motion for Relief from the Automatic Stay ("Motion") filed by Ally Bank ("Movant") in the above-referenced case. The Court finds that the Motion was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure and that it contained the appropriate fourteen (14-day) negative notice language. The Court finds that good cause exists for entry of the following order.

**IT IS THEREFORE ORDERED** that the Motion is hereby **GRANTED** to authorize Movant to enforce all its rights and remedies in the Collateral (2024 GMC Sierra 2500 HD Crew Cab Denali 4WD 6.6L V8 T-Diesel, V.I.N # 1GT49REY1RF341315) as permitted under contract and State law, and if applicable, to permit Movant to file an unsecured claim for any remaining deficiency balance.

**IT IS FURTHER ORDERED** that, since the Motion was unopposed by any party, the fourteen (14)-day stay period otherwise imposed by Fed. R. Bankr. P. 4001(a)(4) is waived.

### END OF ORDER ###

Prepared By:

Patrick M. Lynch
State Bar #24065655
Quilling, Selander, Lownds, Winslett & Moser, P.C.
2200 Ross Avenue Suite 2400
Dallas, TX 75201
Telephone: (214) 880-1864
Fax: (214) 871-2111
plynch@qslwm.com

Attorney For Movant
Ally Bank