

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 12, 2026**

_____
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

IN RE:

SLATE RIVER SYSTEMS, INC.

DEBTOR

Case No. 25-41807-mxm7

Chapter 7

### ORDER GRANTING
### JOINT MOTION
### OF TRUSTEE AND LOCKE SUPPLY CO. FOR ORDER (1)
### EXTENDING TIME TO CONDUCT RULE 2004
### EXAMINATION; (2) DESIGNATING REPRESENTATIVE
### OF SLATE RIVER SYSTEMS, INC.; AND (3)
### COMPELLING ATTENDANCE AT EXAMINATION
### COMBINED WITH BRIEF IN SUPPORT AND NOTICE OF
### OPPORTUNITY FOR HEARING

On November 4, 2025 a Joint Motion of Trustee and Locke Supply Co. for Order (1) Extending Time to Conduct Rule 2004 Examination; (2) Designating Representative of Slate River Systems, Inc.; and (3) Compelling Attendance at Examination Combined With Brief In Support and Notice of Opportunity for Hearing [Doc. 85] (the "Motion") was filed by Behrooz P. Vida, the chapter

7 trustee appointed in this case (the "Trustee") and Locke Supply Co. ("Locke") in the above-referenced case. The Court finds that the Motion was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure and that it contained the appropriate fourteen (14)-day negative notice language pursuant to LBR 9007, which directed any party opposed to the granting of the relief sought by the Motion to file a written response within fourteen days or the Motion would be deemed by the Court to be unopposed.  No objection or other written response to the Motion has been timely filed by any party.

**IT IS THEREFORE ORDERED** that the Motion is hereby **GRANTED.**

**IT IS FURTHER ORDERED** that the time for the rule 2004 examination of SRSI is extended to require such examination to occur on or before December 31, 2025, provided that such time may be further extended by agreement of the Trustee and Locke.

**IT IS FURTHER ORDERED** that Benjamin York is hereby designated as the representative of SRSI and ordered, through SRSI and its attorney, to appear at the rule 2004 examination of SRSI.

**IT IS FURTHER ORDERED** that the Trustee and Locke are authorized to begin the rule 2004 examination, gain the information needed to gain access to SRSI's documents, and then continue the rule 2004 examination to a later date after the documents have been obtained.

###End of Order###

PREPARED AND SUBMITTED BY:

*/s/ Ross A. Plourde*
ROSS A. PLOURDE, OBA #7193
MCAFEE AND TAFT A PROFESSIONAL CORPORATION
Two Leadership Square, 8th Floor
211 N. Robinson
Oklahoma City, OK 73102
Telephone: (405) 235-9621
Facsimile: (405) 235-0439
ross.plourde@mcafeetaft.com

***Attorneys for Locke Supply Co.***

*/s/ Brian T. Cumings*
Brian T. Cumings
State Bar No. 24082882
GRAVES DOUGHERTY HEARON & MOODY, PC
401 Congress, Suite 2700
Austin, TX 78701
Telephone: 512.480.5626
Email: bcumings@gdhm.com

*Counsel for Behrooz P. Vida, Chapter 7 Trustee*

3