

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed March 12, 2026

United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

IN RE:

SLATE RIVER SYSTEMS, INC.

DEBTOR

Case No. 25-41807-mxm7
Chapter 7

**ORDER GRANTING
JOINT MOTION
OF TRUSTEE AND LOCKE SUPPLY CO. FOR ORDER (1)
EXTENDING TIME TO CONDUCT RULE 2004
EXAMINATION; (2) DESIGNATING REPRESENTATIVE
OF SLATE RIVER SYSTEMS, INC.; AND (3)
COMPELLING ATTENDANCE AT EXAMINATION
COMBINED WITH BRIEF IN SUPPORT AND NOTICE OF
OPPORTUNITY FOR HEARING**

On November 4, 2025 a Joint Motion of Trustee and Locke Supply Co. for Order (1) Extending Time to Conduct Rule 2004 Examination; (2) Designating Representative of Slate River Systems, Inc.; and (3) Compelling Attendance at Examination Combined With Brief In Support and Notice of Opportunity for Hearing [Doc. 85] (the "Motion") was filed by Behrooz P. Vida, the chapter

7 trustee appointed in this case (the "Trustee") and Locke Supply Co. ("Locke") in the above-referenced case. The Court finds that the Motion was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure and that it contained the appropriate fourteen (14)-day negative notice language pursuant to LBR 9007, which directed any party opposed to the granting of the relief sought by the Motion to file a written response within fourteen days or the Motion would be deemed by the Court to be unopposed. No objection or other written response to the Motion has been timely filed by any party.

**IT IS THEREFORE ORDERED** that the Motion is hereby **GRANTED.**

**IT IS FURTHER ORDERED** that the time for the rule 2004 examination of SRSI is extended to require such examination to occur on or before December 31, 2025, provided that such time may be further extended by agreement of the Trustee and Locke.

**IT IS FURTHER ORDERED** that Benjamin York is hereby designated as the representative of SRSI and ordered, through SRSI and its attorney, to appear at the rule 2004 examination of SRSI.

**IT IS FURTHER ORDERED** that the Trustee and Locke are authorized to begin the rule 2004 examination, gain the information needed to gain access to SRSI's documents, and then continue the rule 2004 examination to a later date after the documents have been obtained.

###End of Order###

PREPARED AND SUBMITTED BY:

*/s/ Ross A. Plourde*
ROSS A. PLOURDE, OBA #7193
MCAFEE AND TAFT A PROFESSIONAL CORPORATION
Two Leadership Square, 8th Floor
211 N. Robinson
Oklahoma City, OK 73102
Telephone: (405) 235-9621
Facsimile: (405) 235-0439
ross.plourde@mcafeetaft.com

**Attorneys for Locke Supply Co.**

*/s/ Brian T. Cumings*
Brian T. Cumings
State Bar No. 24082882
GRAVES DOUGHERTY HEARON & MOODY, PC
401 Congress, Suite 2700
Austin, TX 78701
Telephone: 512.480.5626
Email: bcumings@gdhm.com

*Counsel for Behrooz P. Vida, Chapter 7 Trustee*

United States Bankruptcy Court
Northern District of Texas

| | |
|---|---|
| In re: | Case No. 25-41807-mxm |
| Slate River Systems, Inc. | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 12, 2026 | Form ID: pdf012 | Total Noticed: 16 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Slate River Systems, Inc., 2040 E. Continental Blvd., Suite 4, Southlake, TX 76092-9718 |
| cr | + | Frazier Industrial Company, 91 Fairview Avenue, Long Valley, NJ 07853-3381 |
| cr | + | Locke Supply Co., McAfee & Taft, Two Leadership Square, 8th Floor, 211 N. Robinson Ave, Oklahoma City, 73102 UNITED STATES 73102-7109 |
| cr | + | LogiTech Inc., 6423 Seeds Rd., Grove City, OH 43123-9524 |
| sp | + | Matthew J Borror, 1205 McBain Avenue, Campbell, CA 95008-0738 |
| cr | + | Millennium Material Handling, LLC, 115 Oak St, Monroe, GA 30655-1533 |
| intp | + | Overnight Capital LLC, c/o Giuliano Law PC, 445 Broadhollow Rd., Suite 25, Melville, NY 11747-3645 |
| cr | + | TS Tech Canada, Inc., c/o Hunton Andrews Kurth LLP, 1445 Ross Avenue, Suite 3700, Dallas, TX 75202-2755 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 12 2026 22:16:48 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/PDF: bncnotices@becket-lee.com | Mar 12 2026 22:16:47 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 12 2026 22:16:54 | BMW Bank of North America, c/o AIS Portfolio Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 12 2026 22:16:54 | BMW Financial Services NA, LLC, c/o AIS Portfolio, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: lreece@pbfcm.com | Mar 12 2026 22:17:00 | Carrollton-Farmers Branch ISD, c/o Perdue Brandon Fielder et al, 1919 S. Shiloh Road, Suite 640, LB40, Garland, TX 75042-8234 |
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | Mar 12 2026 22:18:00 | Dallas County, c/o Sherrel K. Knighton, 3500 Maple Avenue, Suite 800, Dallas, TX 75219, UNITED STATES 75219-3959 |
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | Mar 12 2026 22:18:00 | Dallas County, c/o John Kendrick Turner, 3500 Maple Avenue, Suite 800, Dallas, TX 75219, UNITED STATES 75219-3959 |
| cr | + | Email/Text: ddressler@dresslerpeters.com | Mar 12 2026 22:18:00 | Oakmont Capital Holdings LLC, c/o Dennis A. Dressler, Dressler Peters, LLC, 101 W. Grand Ave., Ste. 404, Chicago, IL 60654-7129 |

TOTAL: 8

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID     Bypass Reason   Name and Address**

Case 25-41807-mxm7  Doc 103  Filed 03/14/26  Entered 03/14/26 23:20:36  Desc
Imaged Certificate of Notice  Page 5 of 6

| District/off: 0539-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 12, 2026 | Form ID: pdf012 | Total Noticed: 16 |

aty          Vida Law Firm PLLC

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2026        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2026 at the address(es) listed below:**

**Name**          **Email Address**

Anthony F. Giuliano
on behalf of Interested Party Overnight Capital LLC afg@glpcny.com afg@ecf.courtdrive.com

Behrooz P. Vida
on behalf of Trustee Behrooz P. Vida behrooz@vidatrustee.com bpv@trustesolutions.net;tracy@vidatrustee.com

Behrooz P. Vida
behrooz@vidatrustee.com bpv@trustesolutions.net;tracy@vidatrustee.com

Braden Dotson
on behalf of Creditor TS Tech Canada Inc. bdotson@hunton.com

Brian Talbot Cumings
on behalf of Trustee Behrooz P. Vida bcumings@gdhm.com nmartinez@gdhm.com

Christopher Joseph Volkmer
on behalf of Creditor Greater Omaha Packing Co. Inc. cvolkmer@chfirm.com, chps.ecfnotices@ecf.courtdrive.com

Daniel P. Callahan
on behalf of Creditor Oakmont Capital Holdings LLC dpc@kesslercollins.com gld@kesslercollins.com

Dennis A Dressler
on behalf of Creditor Oakmont Capital Holdings LLC ddressler@dresslerpeters.com rmccandless@dresslerpeters.com

Gregory Getty Hesse
on behalf of Creditor TS Tech Canada Inc. ghesse@huntonak.com, astowe@huntonak.com;tcanada@HuntonAK.com;creeves@HuntonAK.com

James A Plemmons
on behalf of Creditor National Presto Industries Inc. jplemmons@dickinsonwright.com

Jeff P. Prostok
on behalf of Debtor Slate River Systems Inc. jeff.prostok@vkhh.com, jprostok@ecf.courtdrive.com;khartogh@ecf.courtdrive.com;forsheyprostokllp@jubileebk.net;kristina.hartogh@vhh.law;bankruptcy.docketing@vhh.law;bankruptcy.docketing@ecf.courtdrive.com

Jessica L. Holt
on behalf of Creditor BMW FINANCIAL SERVICES NA LLC SERVICE PROVIDER FOR FINANCIAL SERVICES VEHICLE TRUST jholt@mwzmlaw.com, txnd@mwzmlaw.com

John Kendrick Turner
on behalf of Creditor Dallas County john.turner@lgbs.com Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Robert Nelson
on behalf of Creditor National Presto Industries Inc. jnelson@dickinsonwright.com, mdallaire@dickinsonwright.com

Justin Cale Kenney
on behalf of Creditor Microvast Holding Inc. jkenney@azalaw.com

| | | |
|---|---|---|
| District/off: 0539-4 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 12, 2026 | Form ID: pdf012 | Total Noticed: 16 |

| | |
|---|---|
| Kelli Lavas Johnson | on behalf of Creditor ALLY BANK kjohnson@mwzmlaw.com txnd@mwzmlaw.com |
| Kelli Lavas Johnson | on behalf of Creditor BMW FINANCIAL SERVICES NA LLC SERVICE PROVIDER FOR BMW BANK OF NORTH AMERICA kjohnson@mwzmlaw.com, txnd@mwzmlaw.com |
| Kelli Lavas Johnson | on behalf of Creditor BMW FINANCIAL SERVICES NA LLC SERVICE PROVIDER FOR FINANCIAL SERVICES VEHICLE TRUST kjohnson@mwzmlaw.com, txnd@mwzmlaw.com |
| Lenard M. Parkins | on behalf of Creditor Millennium Material Handling LLC lparkins@parkinsrubio.com, 9141256420@filings.docketbird.com;bmcfadden@parkinsrubio.com |
| Lenard M. Parkins | on behalf of Creditor Frazier Industrial Company lparkins@parkinsrubio.com 9141256420@filings.docketbird.com;bmcfadden@parkinsrubio.com |
| Lenard M. Parkins | on behalf of Creditor LogiTech Inc. lparkins@parkinsrubio.com 9141256420@filings.docketbird.com;bmcfadden@parkinsrubio.com |
| Linda D. Reece | on behalf of Creditor Carrollton-Farmers Branch ISD lreece@pbfcm.com lreece@ecf.courtdrive.com |
| Mary Taylor Stanberry | on behalf of Debtor Slate River Systems Inc. mary.stanberry@vkhh.com |
| Mitchell R. Garrett | on behalf of Interested Party Timothy O'Brien mitch@ryanlawpartners.com |
| Patrick Michael Lynch | on behalf of Creditor ALLY BANK plynch@qslwm.com pkarr@qslwm.com |
| Ross Allen Plourde | on behalf of Creditor Locke Supply Co. ross.plourde@mcafeetaft.com annette.strother@mcafeetaft.com |
| Shanna M. Kaminski | on behalf of Interested Party RDM Capital Funding LLC dba FinTap skaminski@kaminskilawpllc.com |
| Shanna M. Kaminski | on behalf of Interested Party Wynwood Capital Group LLC skaminski@kaminskilawpllc.com |
| Sherrel K. Knighton | on behalf of Creditor Dallas County Sherrel.Knighton@lgbs.com Dora.Casiano-Perez@lgbs.com;Eva.Parker@lgbs.com;Dallas.Bankruptcy@lgbs.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 30