| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Slate River Systems, Inc.** |
| United States Bankruptcy Court for the: | **Northern District of Texas** |
| Case number (if known): | **25-41807-mxm7** |

☑ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

❑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

❑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

❑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

❑ *Schedule H: Codebtors* (Official Form 206H)

❑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

❑ *Amended Schedule* _____

❑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

❑ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___03/30/2026___
MM/ DD/ YYYY

**X** /s/ Benjamin York
_____
Signature of individual signing on behalf of debtor

**Benjamin York**
_____
Printed name

**Director**
_____
Position or relationship to debtor

Official Form B202   **Declaration Under Penalty of Perjury for Non-Individual Debtors**

| Fill in this information to identify the case: |
| --- |
| Debtor name **Slate River Systems, Inc.** |
| United States Bankruptcy Court for the: **Northern District of Texas** |
| Case number (if known): **25-41807-mxm7** |

☑ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B*: *Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G*: *Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2.** **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.1** **Priority creditor's name and mailing address**

A. Beasley

4545 Bennerton Dr

Nottingham, MD 21236

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **unknown**  Priority amount: **unknown**

**2.2** **Priority creditor's name and mailing address**

A. Hernandez

7741 Shorthorn Way

Fort Worth, TX 76131

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **unknown**  Priority amount: **unknown**

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

---

**Part 1:** **Additional Page**

---

**2.3** **Priority creditor's name and mailing address**

  **A. Simpson**

  **PO Box 627**

  **Almont, CO 81210**

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown          unknown

---

**2.4** **Priority creditor's name and mailing address**

  **B. Leonard**

  **4559 Freedom Dr**

  **Burlington, NC 27215**

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown          unknown

---

**2.5** **Priority creditor's name and mailing address**

  **B. Phelan**

  **8900 Martin Creek Cir**

  **Lantana, TX 76226**

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown          unknown

---

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

## Part 1: Additional Page

| 2.6 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | unknown | unknown |
|---|---|---|---|---|

**B. Vawter**

**4765 w 7 1/2 mile rd**

**Irons, MI 49644**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the Claim:**

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

---

| 2.7 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | unknown | unknown |
|---|---|---|---|---|

**Benjamin York**

**PO Box 2954**

**Crested Butte, CO 81224**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the Claim:**

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

---

| 2.8 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | unknown | unknown |
|---|---|---|---|---|

**C. Cline**

**602 Wedgewood Way**

**Lake Dallas, TX 75065**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the Claim:**

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

Debtor   **Slate River Systems, Inc.**

Name

Case number *(if known)*   **25-41807-mxm7**

| Part 1: | Additional Page |
|---------|-----------------|

**2.9** **Priority creditor's name and mailing address**

**C. Kirnie**

**6193 Holland St**

**Fort Mill, NC 28262**

**Date or dates debt was incurred**

**Last 4 digits of account**

**number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)  **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the Claim:**

**Is the claim subject to offset?**
☑ No
❑ Yes

unknown                    unknown

**2.10** **Priority creditor's name and mailing address**

**C. Lamb**

**42 Acorn Trail**

**Plymouth, MA 02360**

**Date or dates debt was incurred**

**Last 4 digits of account**

**number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)  **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the Claim:**

**Is the claim subject to offset?**
☑ No
❑ Yes

unknown                    unknown

**2.11** **Priority creditor's name and mailing address**

**C. Vargas**

**117 Riva Dr.**

**Hackettstown, NJ 07840**

**Date or dates debt was incurred**

**Last 4 digits of account**

**number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)  **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the Claim:**

**Is the claim subject to offset?**
☑ No
❑ Yes

unknown                    unknown

Debtor  **Slate River Systems, Inc.**                                    Case number *(if known)*    **25-41807-mxm7**
Name

---

**Part 1:** **Additional Page**

---

**2.12** **Priority creditor's name and mailing address**

**California Department of Tax and Fee Administration**

**P.O. Box 942879**

**Sacramento, CA 94249**

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(5)**

**As of the petition filing date, the claim is:**   $637.70   $637.70
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.13** **Priority creditor's name and mailing address**

**Christopher York**

**581 Waketon Rd**

**Double Oak, TX 75077**

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**   unknown   unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.14** **Priority creditor's name and mailing address**

**Colorado Department of Labor and Employment Division of Unemployment Insurance**

**P.O. Box 400**

**Denver, CO 80201**

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:**   $53,775.00   $53,775.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   **Slate River Systems, Inc.**                                                        Case number *(if known)*   **25-41807-mxm7**
          Name

---

**Part 1:**  **Additional Page**

---

**2.15** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** | **unknown**

**D. Contreras**

**502 Beacon Rd**

**Portsmouth, VA 23702**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**

**Basis for the Claim:**

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

---

**2.16** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** | **unknown**

**D. Davis**

**826 County Road 16**

**Gunnison, CO 81230**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**

**Basis for the Claim:**

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

---

**2.17** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** | **unknown**

**D. Johnson**

**11614 Jim Christal Rd**

**Krum, TX 76249**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**

**Basis for the Claim:**

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

---

| Debtor | **Slate River Systems, Inc.** | | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|---|
| | Name | | | |

<table>
<tr><td colspan="2"><strong>Part 1:</strong> Additional Page</td></tr>
</table>

**2.18** | **Priority creditor's name and mailing address**

**D. Kent**

**5713 Braewood Ln.**

**Fort Worth, TX 76244**

**Date or dates debt was incurred**

**Last 4 digits of account**

**number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the Claim:**

**Is the claim subject to offset?**
☑ No
❑ Yes

unknown          unknown

---

**2.19** | **Priority creditor's name and mailing address**

**D. Shandley**

**8605 serenity way**

**Denton, TX 76210**

**Date or dates debt was incurred**

**Last 4 digits of account**

**number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the Claim:**

**Is the claim subject to offset?**
☑ No
❑ Yes

unknown          unknown

---

**2.20** | **Priority creditor's name and mailing address**

**Internal Revenue Service**

**P. O. Box 7346**

**Philadelphia, PA 19101**

**Date or dates debt was incurred**

**Last 4 digits of account**

**number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the Claim:**

**Is the claim subject to offset?**
☑ No
❑ Yes

$5,144.14          $5,144.14

---

Debtor    **Slate River Systems, Inc.**                                   Case number *(if known)*    **25-41807-mxm7**
          Name

| **Part 1:** | **Additional Page** |

**2.21** **Priority creditor's name and mailing address**

**J. Bivens**

**567 Seneca Dr.**

**Gunnison, CO 81230**

**Date or dates debt was incurred**

**Last 4 digits of account**

**number __ __ __ __**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**    **unknown**          **unknown**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**2.22** **Priority creditor's name and mailing address**

**J. Bjelobrk**

**12621 Pond Cypress Lane**

**Frisco, TX 75035**

**Date or dates debt was incurred**

**Last 4 digits of account**

**number __ __ __ __**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**    **unknown**          **unknown**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**2.23** **Priority creditor's name and mailing address**

**J. Ferguson**

**5734 Amanda Terrace**

**The Villages, FL 32163-5876**

**Date or dates debt was incurred**

**Last 4 digits of account**

**number __ __ __ __**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**    **unknown**          **unknown**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
❑ Yes

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

<div style="background:black; color:white;">**Part 1:**</div> **Additional Page**

---

**2.24** **Priority creditor's name and mailing address**

**J. Harjo**

**4050 Millikin RD**

**Fairfield Township, OH 45011**

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**      unknown      unknown
*Check all that apply.*

❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**2.25** **Priority creditor's name and mailing address**

**J. Moak**

**2308 Evening Breeze Lane**

**Green Cove Springs, FL 32043**

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**      unknown      unknown
*Check all that apply.*

❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**2.26** **Priority creditor's name and mailing address**

**J. Nylaan**

**3820 Hare Lane**

**Dorr, MI 49323**

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**      unknown      unknown
*Check all that apply.*

❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
❑ Yes

---

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** |
|---|---|

**2.27** Priority creditor's name and mailing address

**J. Young**

**163 Rey Del Mar Cir**

**Weatherford, TX 76085**

**Date or dates debt was incurred**

**Last 4 digits of account**

**number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:    **unknown**    **unknown**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**2.28** Priority creditor's name and mailing address

**K. Ludwig**

**1545 Shadow Hawk Drive**

**Haslet, TX 76052**

**Date or dates debt was incurred**

**Last 4 digits of account**

**number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:    **unknown**    **unknown**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**2.29** Priority creditor's name and mailing address

**K. Pham**

**3633 W. Northgate Drive Unit 244**

**Irving, TX 75062**

**Date or dates debt was incurred**

**Last 4 digits of account**

**number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:    **unknown**    **unknown**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
❑ Yes

---

Debtor   **Slate River Systems, Inc.**                                    Case number *(if known)*   **25-41807-mxm7**

          Name

---

**Part 1:**  **Additional Page**

| 2.30 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **unknown** | **unknown** |
|---|---|---|---|---|

**2.30**

**Priority creditor's name and mailing address**

**L. Charles**

**111 Bristol Ct**

**Coppell, TX 75019**

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)  **(4)**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Basis for the Claim:**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

unknown          unknown

---

**2.31**

**Priority creditor's name and mailing address**

**L. Frank**

**7091 Larkspur Lane**

**Liberty Township, OH 45044**

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Basis for the Claim:**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

unknown          unknown

---

**2.32**

**Priority creditor's name and mailing address**

**L. Hill**

**2073 Valley Brook Dr**

**Brentwood, TN 37027**

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)  **(4)**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Basis for the Claim:**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

unknown          unknown

---

Debtor    **Slate River Systems, Inc.**

Name

Case number *(if known)*    **25-41807-mxm7**

| Part 1: | Additional Page |
| --- | --- |

**2.33** **Priority creditor's name and mailing address**

**L. Scott**

**564 Manor Drive 160**

**El Cajon, CA 92020**

**Date or dates debt was incurred**

**Last 4 digits of account**

**number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown          unknown

**2.34** **Priority creditor's name and mailing address**

**L. York**

**9709 Delmonico Drive**

**Fort Worth, TX 76244**

**Date or dates debt was incurred**

**Last 4 digits of account**

**number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown          unknown

**2.35** **Priority creditor's name and mailing address**

**M. Acre**

**1725 KREFT ST NE**

**Grand Rapids, MI 49525**

**Date or dates debt was incurred**

**Last 4 digits of account**

**number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown          unknown

Debtor  **Slate River Systems, Inc.**                                    Case number *(if known)*  **25-41807-mxm7**

Name

---

| Part 1: | Additional Page |
| --- | --- |

**2.36** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | unknown | unknown
---

**2.36** **Priority creditor's name and mailing address**

**M. Landis**

**23511 W Hillis Rd**

**Sand Lake, MI 49343**

**Date or dates debt was incurred**

**Last 4 digits of account**

**number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the Claim:**

**Is the claim subject to offset?**
☑ No
❑ Yes

unknown          unknown

---

**2.37** **Priority creditor's name and mailing address**

**M. Shannon**

**424 N Highview Ave**

**Elmhurst, IL 60126**

**Date or dates debt was incurred**

**Last 4 digits of account**

**number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the Claim:**

**Is the claim subject to offset?**
☑ No
❑ Yes

unknown          unknown

---

**2.38** **Priority creditor's name and mailing address**

**N. Viera Martinez**

**10525 FOUNTAIN GATE ST**

**Aubrey, TX 76227**

**Date or dates debt was incurred**

**Last 4 digits of account**

**number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the Claim:**

**Is the claim subject to offset?**
☑ No
❑ Yes

unknown          unknown

---

Debtor      **Slate River Systems, Inc.**                                      Case number *(if known)*      **25-41807-mxm7**

Name

---

| Part 1: | Additional Page |
|---------|-----------------|

**2.39** **Priority creditor's name and mailing address**

**North Carolina Department of Commerce**

**Division of Employment Security – Unemployment Insurance**

**PO Box 27967**

**Raleigh, NC 27611**

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number __ __ __ __**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(5)**

**As of the petition filing date, the claim is:**        $4,599.96        $4,599.96
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.40** **Priority creditor's name and mailing address**

**P. Atta-Baah**

**8441 Reedy Ridge Ln**

**Raleigh, NC 27613**

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number __ __ __ __**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**        unknown        unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.41** **Priority creditor's name and mailing address**

**P. Olaru**

**454 Teocalli Road Unit A**

**Crested Butte, CO 81224**

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number __ __ __ __**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**        unknown        unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor      **Slate River Systems, Inc.**                                    Case number *(if known)*      **25-41807-mxm7**

Name

---

| **Part 1:** | **Additional Page** |
| --- | --- |

---

**2.42** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | unknown | unknown

**R. Behee**

**806 Clover Ln.**

**Keller, TX 76248**

*Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Date or dates debt was incurred**

**Basis for the Claim:**

_____

**Last 4 digits of account**

**number** __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

---

**2.43** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | unknown | unknown

**R. Boyd**

**163 Everest Dr.**

**Montgomery, TX 77316**

*Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Date or dates debt was incurred**

**Basis for the Claim:**

_____

**Last 4 digits of account**

**number** __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

---

**2.44** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | unknown | unknown

**R. Irving**

**11600 Cedar Creek Drive**

**Aubrey, TX 76227**

*Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Date or dates debt was incurred**

**Basis for the Claim:**

_____

**Last 4 digits of account**

**number** __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

---

Debtor    **Slate River Systems, Inc.**                                        Case number *(if known)*    **25-41807-mxm7**
          Name

| Part 1: | Additional Page |
| --- | --- |

**2.45** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **unknown** | **unknown**

**2.45**
**Priority creditor's name and mailing address**
R. Martinez
3829 N Beltline Blvd Unit 1905
Irving, TX 75038

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**unknown**          **unknown**

**2.46**
**Priority creditor's name and mailing address**
R. Mefford
59 Gordon Way
Flanders, NJ 07836

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**unknown**          **unknown**

**2.47**
**Priority creditor's name and mailing address**
R. Miller
1730 W 40th Ave
Denver, CO 80211

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**unknown**          **unknown**

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

---

**Part 1:**  **Additional Page**

---

**2.48** | **Priority creditor's name and mailing address**

**R. Munguia**

**39 Welston Terrace Dr**

**Tomball, TX 77375**

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number __ __ __ __**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
❑ Yes

unknown          unknown

---

**2.49** | **Priority creditor's name and mailing address**

**R. Wilson**

**1216 Lorraine Ct**

**Southlake, TX 76092**

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number __ __ __ __**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
❑ Yes

unknown          unknown

---

**2.50** | **Priority creditor's name and mailing address**

**S. Barnett**

**27 Anthracite**

**Crested Butte, CO 81224**

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number __ __ __ __**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
❑ Yes

unknown          unknown

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | page 17 of 68

Debtor     **Slate River Systems, Inc.**                                          Case number *(if known)*     **25-41807-mxm7**
               Name

<div style="background:black;color:white;display:inline-block">**Part 1:**</div> **Additional Page**

| | |
|---|---|
| **2.51** **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**   **unknown**       **unknown** |

**2.51**

**Priority creditor's name and mailing address**
S. Wilson

1216 Lorraine Court

Southlake, TX 76092

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**      **unknown**       **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.52**

**Priority creditor's name and mailing address**
State of New Jersey

Department of Labor and Workforce Development
Division of Employer Accounts

PO Box 929

Trenton, NJ 08646

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(5)**

**As of the petition filing date, the claim is:**      **$23.04**       **$23.04**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.53**

**Priority creditor's name and mailing address**
State of Washington

Department of Revenue
Compliance Division

PO Box 47473

Olympia, WA 98504

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(5)**

**As of the petition filing date, the claim is:**      **$4,359.79**       **$4,359.79**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor **Slate River Systems, Inc.**                                     Case number *(if known)*    **25-41807-mxm7**
　　　Name

| Part 1: | Additional Page |
| --- | --- |

**2.54** | **Priority creditor's name and mailing address**

**T. Barnes**

**163 Rey Del Mar Cir**

**Weatherford, TX 76085**

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**          **unknown**          **unknown**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**2.55** | **Priority creditor's name and mailing address**

**T. Mitchell**

**6632 Belcamp Dr**

**Plano, TX 75023**

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**          **unknown**          **unknown**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**2.56** | **Priority creditor's name and mailing address**

**T. O'Brien**

**7233 Brennans Drive**

**Dallas, TX 75214**

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**          **unknown**          **unknown**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
❑ Yes

Official Form 206E/F                          **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor      **Slate River Systems, Inc.**                                                Case number *(if known)*      **25-41807-mxm7**
            Name

<table>
<tr><td colspan="3"><strong>Part 1:</strong>   <strong>Additional Page</strong></td></tr>
</table>

| 2.57 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | unknown | unknown |
|---|---|---|---|---|
| | **T. Seiwert** | ❑ Contingent | | |
| | **21037 Crestview Ct** | ❑ Unliquidated | | |
| | **Lawrenceburg, IN 47025** | ❑ Disputed | | |
| | **Date or dates debt was incurred** | **Basis for the Claim:** | | |
| | **Last 4 digits of account number** __ __ __ __ | **Is the claim subject to offset?** ☑ No   ❑ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)** | | | |

| 2.58 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | unknown | unknown |
|---|---|---|---|---|
| | **U. Chakravartula** | ❑ Contingent | | |
| | **1110 S Cesar Chavez Blvd 4005** | ❑ Unliquidated | | |
| | **Dallas, TX 75201** | ❑ Disputed | | |
| | **Date or dates debt was incurred** | **Basis for the Claim:** | | |
| | **Last 4 digits of account number** __ __ __ __ | **Is the claim subject to offset?** ☑ No   ❑ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)** | | | |

| 2.59 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $117.77 | $117.77 |
|---|---|---|---|---|
| | **Utah State Tax Commission** | ❑ Contingent | | |
| | **Taxpayer Services Division** | ❑ Unliquidated | | |
| | **210 N. 1950 W** | ❑ Disputed | | |
| | **Salt Lake City, UT 84134** | | | |
| | **Date or dates debt was incurred** | **Basis for the Claim:** | | |
| | **Last 4 digits of account number** __ __ __ __ | **Is the claim subject to offset?** ☑ No   ❑ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)** | | | |

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    page 20 of 68

Debtor      **Slate River Systems, Inc.**                                                     Case number *(if known)*      **25-41807-mxm7**
            Name

---

Part 1:    **Additional Page**

---

2.60    **Priority creditor's name and mailing address**          **As of the petition filing date, the claim is:**          **unknown**                **unknown**
        **W. Escobar**                                            *Check all that apply.*
                                                                  ☐  Contingent
        **938 Goose Pond Road 938**                               ☐ Unliquidated
        **Lake Ariel, PA 18436**                                  ☐ Disputed

        **Date or dates debt was incurred**                       **Basis for the Claim:**

        _____                                   _____

        **Last 4 digits of account**                              **Is the claim subject to offset?**
        **number** __ __ __ __                                    ☑ No
        **Specify Code subsection of PRIORITY unsecured**         ☐ Yes
        **claim:** 11 U.S.C. § 507(a)  **(4)**

---

Debtor    **Slate River Systems, Inc.**                                      Case number *(if known)*    **25-41807-mxm7**
                Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**

**114 Industrial Park, LLC**

**240 Tiger Drive**

**Rhome, TX 76078**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lease (guarantor)**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$10,149.99**

**2005 Treasury Center, LLC**

**PO Box 1820**

**Cretsed Butte, CO 81224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$7,500.00**

**3 Phase Conveyor**

**900 Katy Rd Suite 500**

**Keller, TX 76244**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$70,185.60**

**A&S Installation Services, LLC**

**830 W. Main Street**

**Lebanon, KY 40033**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

<div style="background:black;color:white;display:inline-block;padding:2px 6px;">**Part 2:**</div> **Additional Page**

---

**3.5** | **Nonpriority creditor's name and mailing address**

**Advance Storage Products**

**15302 Pipeline Lane**

**Huntington Beach, CA 92649**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

$89,103.77

---

**3.6** | **Nonpriority creditor's name and mailing address**

**AES - Advanced Equipment Sales**

**535 Hagey Road**

**Souderton, PA 18964**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

$6,687.50

---

**3.7** | **Nonpriority creditor's name and mailing address**

**Aldinger Co.**

**1440 Prudential Dr.**

**Dallas, TX 75235**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

$10,186.50

---

**3.8** | **Nonpriority creditor's name and mailing address**

**Ally Financial, Inc.**

**2911 Lake Vista Dr**

**Lewisville, TX 75067-3801**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Vehicle **Leases/Purchase**

**Is the claim subject to offset?**
☑ No
❑ Yes

unknown

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | page 23 of 68

Debtor    **Slate River Systems, Inc.**                                    Case number *(if known)*    **25-41807-mxm7**

          Name

---

**Part 2:**  **Additional Page**

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |
|---|---|---|---|

**American Express**

**200 Vesey Street**

**New York, NY 10285-3106**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Credit card**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$665,299.31** |
|---|---|---|---|

**Amteck, LLC**

**1387 East New Circle Road Suite 130**

**Lexington, KY 40505**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$6,739.67** |
|---|---|---|---|

**Ashland Conveyor Products, Inc.**

**1919 Cellar Drive**

**Ashland, OH 44805**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$11,967.50** |
|---|---|---|---|

**Atron Group LLC**

**9125 Viscount Row**

**Dallas, TX 75247**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

---

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** **Additional Page**

**3.13** **Nonpriority creditor's name and mailing address**

**Authentek Solutions LLC**

**2145 Chenault Dr.**

**Carrollton, TX 75006**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:** $5,995.00
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.14** **Nonpriority creditor's name and mailing address**

**Automation Contractors, LLC**

**1321 Bonnie Ave.**

**Bethlehem, PA 18017**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:** $19,250.00
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.15** **Nonpriority creditor's name and mailing address**

**Automationdirect.com Inc.**

**3505 Hutchinson Road**

**Cumming, GA 30040**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:** $2,820.40
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.16** **Nonpriority creditor's name and mailing address**

**Avalara Inc**

**255 South King Street Suite 1200**

**Seattle, WA 98104**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:** unknown
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Taxes**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

Debtor      **Slate River Systems, Inc.**                                    Case number *(if known)*    **25-41807-mxm7**
Name

---

| Part 2: | Additional Page |
|---|---|

---

**3.17** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $40,082.00
| **BDO USA** | *Check all that apply.* |
| | ❑ Contingent |
| **330 North Wabash Avenue Suite 3200** | ❑ Unliquidated |
| | ❑ Disputed |
| **Chicago, IL 60611** | |
| | **Basis for the claim:** _____ |
| **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** |
| | ☑ No |
| **Last 4 digits of account number** ___ ___ ___ ___ | ❑ Yes |

---

**3.18** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | unknown
| **Bellingham Cold Storage** | *Check all that apply.* |
| | ❑ Contingent |
| **2825 Roeder Avenue** | ❑ Unliquidated |
| | ❑ Disputed |
| **Bellingham, WA 98225** | |
| | **Basis for the claim:** **Client** |
| **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** |
| | ☑ No |
| **Last 4 digits of account number** ___ ___ ___ ___ | ❑ Yes |

---

**3.19** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $17,376.25
| **Bihl Wiedemann, Inc.** | *Check all that apply.* |
| | ❑ Contingent |
| **2141 Port Sheldon St** | ❑ Unliquidated |
| | ❑ Disputed |
| **Jenison, MI 49428** | |
| | **Basis for the claim:** _____ |
| **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** |
| | ☑ No |
| **Last 4 digits of account number** ___ ___ ___ ___ | ❑ Yes |

---

**3.20** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | unknown
| **BMW Financial Services NA, LLC** | *Check all that apply.* |
| | ❑ Contingent |
| **1400 City View Dr** | ❑ Unliquidated |
| | ❑ Disputed |
| **Columbus, OH 43215** | |
| | **Basis for the claim:** **Vehicle Leases** |
| **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** |
| | ☑ No |
| **Last 4 digits of account number** ___ ___ ___ ___ | ❑ Yes |

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    page 26 of 68

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** **Additional Page**

---

**3.21** **Nonpriority creditor's name and mailing address**

**Borroughs Corporation**

**3002 North Burdick Street**

**Kalamazoo, MI 49004**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

$6,720.77

---

**3.22** **Nonpriority creditor's name and mailing address**

**Cambridge Construction Co**

**1330 Durrett Lane**

**Louisville, KY 40213**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Client**

**Is the claim subject to offset?**
☑ No
❑ Yes

$22,250.00

---

**3.23** **Nonpriority creditor's name and mailing address**

**Cencora - ICS**

**1 West First Avenue**

**Conshohocken, PA 19428**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

unknown

---

**3.24** **Nonpriority creditor's name and mailing address**

**Citi**

**388 Greenwich Street**

**New York, NY 10013**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Credit card**

**Is the claim subject to offset?**
☑ No
❑ Yes

unknown

---

Debtor   **Slate River Systems, Inc.**                                     Case number *(if known)*   **25-41807-mxm7**

   Name

| **Part 2:** | **Additional Page** |
| --- | --- |

**3.25** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$6,093.98** |

**CNC Machining, LLC**

**636 County Road 4841 Suite 200**

**Haslet, TX 76052**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Basis for the claim:** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$9,400.00** |

**Cognex Corporation**

**One Vision Drive**

**Natick, MA 01760-2059**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Basis for the claim:** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |

**Commercial Roll Formed Products Ltd**

**225 Parkhurst Square, Brampton, Ontario L6T 5H5, Canada**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No

**Last 4 digits of account number** __ __ __ __

☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$217.15** |

**Conductix, Inc**

**10102 F Street**

**Omaha, NE 68127**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No

**Last 4 digits of account number** __ __ __ __

☐ Yes

---

Debtor    **Slate River Systems, Inc.**                                      Case number *(if known)*    **25-41807-mxm7**

Name

---

**Part 2:** **Additional Page**

---

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,050.00 |
|---|---|---|---|

**Configura CET AB**

**35 Oakes St Ste 800**

**Grand Rapids, MI 49503**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | unknown |
|---|---|---|---|

**Conns Appliances**

**2445 Technology Forest Boulevard Suite 800**

**The Woodlands, TX 77381**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Client**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | unknown |
|---|---|---|---|

**Consolidated Supply**

**7337 SW Kable Lane**

**Tigard, OR 97224**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Client**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $473.80 |
|---|---|---|---|

**Controlled Hydronics**

**301 Rio Vista Rd Unit D**

**Telluride, CO 81435**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   **Slate River Systems, Inc.**                                          Case number *(if known)*      **25-41807-mxm7**

Name

---

| Part 2: | Additional Page |
| --- | --- |

---

**3.33** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$66,013.00** |

**Conveyx Solutions LLC**

**P.O. Box 743**

**Alpena, MI 49707**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred       _____

Last 4 digits of account number       __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4,426.68** |

**Cornerstone Specialty Wood Products**

**12020 Tramway Drive**

**Cincinnati, OH 45241**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred       _____

Last 4 digits of account number       __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4,843.25** |

**Crested Butte News, Inc.**

**301 Belleview Ave. Unit 6A**

**Crested Butte, CO 81224**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred       _____

Last 4 digits of account number       __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.36** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$5,958.75** |

**Custer Inc**

**217 Cesar E. Chavez Ave SW Suite 200**

**Grand Rapids, MI 49503**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred       _____

Last 4 digits of account number       __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

---

Debtor **Slate River Systems, Inc.**        Case number *(if known)*    **25-41807-mxm7**

    Name

---

| Part 2: | Additional Page |
|---|---|

---

**3.37** | **Nonpriority creditor's name and mailing address**

CVS Pharmacy

One CVS Drive

Woonsocket, RI 02895

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**      **unknown**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Client

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address**

Daifuku Intralogistics America Corporation

6300 Northwind Parkway

Hobart, IN 46342

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**      **unknown**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Vendor

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address**

Dallas Roboter, Inc.

2451 West Grapevine Mills Cir Box 572

Grapevine, TX 76051

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**      **$2,600.00**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address**

Dallas Technology LLC

6136 Frisco Square Blvd Suite 400

Frisco, TX 75034

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**      **unknown**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

---

Debtor **Slate River Systems, Inc.**     Case number *(if known)*   **25-41807-mxm7**

Name

---

| **Part 2:** | **Additional Page** |
|---|---|

**3.41** **Nonpriority creditor's name and mailing address**

**Dambach Lagersysteme, Inc.**

**34505 W12 Mile Road Suite 175**

**Farmington Hills, MI 48331**

Date or dates debt was incurred

Last 4 digits of account number   — — — —

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$125,394.45**

---

**3.42** **Nonpriority creditor's name and mailing address**

**Datalogic USA, Inc.**

**959 Terry Street**

**Eugene, OR 97402**

Date or dates debt was incurred

Last 4 digits of account number   — — — —

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$49,414.42**

---

**3.43** **Nonpriority creditor's name and mailing address**

**Dawson Logistics**

**122 Eastgate Drive**

**Danville, IL 61834**

Date or dates debt was incurred

Last 4 digits of account number   — — — —

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Client**

**Is the claim subject to offset?**
☑ No
☐ Yes

**unknown**

---

**3.44** **Nonpriority creditor's name and mailing address**

**Dematic Corp**

**756 W Peachtree St NW**

**Atlanta, GA 30308**

Date or dates debt was incurred

Last 4 digits of account number   — — — —

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$205,692.98**

---

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

---

**Part 2:**   **Additional Page**

---

**3.45**  **Nonpriority creditor's name and mailing address**

**DH Griffin Contracting, Inc.**

**974 Berry Shoals Road**

**Duncan, SC 29334**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$26,400.00**

---

**3.46**  **Nonpriority creditor's name and mailing address**

**Dynasty Capital 26, LLC**

**700 Canal St 1st Floor**

**Stamford, CT 06902-5921**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  MCA**

**Is the claim subject to offset?**
☑ No
☐ Yes

**unknown**

---

**3.47**  **Nonpriority creditor's name and mailing address**

**EBF Holdings, LLC (Everest Business Funding)**

**102 W 38th Street, 6th - Floor**

**New York, NY 10018**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  MCA**

**Is the claim subject to offset?**
☑ No
☐ Yes

**unknown**

---

**3.48**  **Nonpriority creditor's name and mailing address**

**Eli Benefits LLC**

**400 Morris Avenue Suite 274**

**Denville, NJ 07834**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$7,854.45**

---

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

---

**Part 2:**  **Additional Page**

---

**3.49** **Nonpriority creditor's name and mailing address**

**Elmo Motion Control, Inc.**

**42 Technology Way**

**Nashua, NH 03060**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** — — — —

**As of the petition filing date, the claim is:** $6,405.54
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.50** **Nonpriority creditor's name and mailing address**

**Endeavour Solutions Inc**

**2233 Argentia Road, Suite 300 East Tower,
Mississauga, Ontario L5N 2X7, Canada**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** — — — —

**As of the petition filing date, the claim is:** unknown
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.51** **Nonpriority creditor's name and mailing address**

**Engineered Products, LLC**

**204 Old Piedmont Hwy**

**Greenville, SC 29605**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** — — — —

**As of the petition filing date, the claim is:** $613,792.25
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.52** **Nonpriority creditor's name and mailing address**

**EPLAN Software and Services LLC**

**425 N Martingale Road Suite 470**

**Schaumburg, IL 60173**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** — — — —

**As of the petition filing date, the claim is:** $18,442.05
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

---

Debtor **Slate River Systems, Inc.**                                    Case number *(if known)*     **25-41807-mxm7**
_____
Name

---

**Part 2:**   **Additional Page**

---

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $16,732.50 |
|---|---|---|---|

**Exhibit Marketing Partners, Inc.**

**6317 Snead Court**

**Woodridge, IL 60517**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** — — — —

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $22,090.00 |
|---|---|---|---|

**Fletchline, Inc**

**5480 Lakeview Rd**

**Springfield, TN 37172**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** — — — —

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | unknown |
|---|---|---|---|

**Footlocker**

**330 West 34th Street**

**New York, NY 10001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Client**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** — — — —

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,921,169.22 |
|---|---|---|---|

**Frazier Industrial Company**

**91 Fairview Avenue**

**Long Valley, NJ 07853**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** — — — —

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **Slate River Systems, Inc.**                                    Case number *(if known)*    **25-41807-mxm7**

Name

---

**Part 2:** **Additional Page**

---

**3.57** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**
--- | --- | --- | ---

**Fresh Innovations**

**3810 TX-114**

**Rhome, TX 76078**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Client**

Date or dates debt was incurred

Last 4 digits of account number     — — — —

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.58**    **Nonpriority creditor's name and mailing address**

**Gary K. Munkelt & Associates, LLC**

**121 East Chestnut Street**

**Souderton, PA 18964**

Date or dates debt was incurred

Last 4 digits of account number     — — — —

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$12,500.00**

---

**3.59**    **Nonpriority creditor's name and mailing address**

**Global Industrial**

**11 Harbor Park Drive**

**Port Washington, NY 11050**

Date or dates debt was incurred

Last 4 digits of account number     — — — —

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,024.20**

---

**3.60**    **Nonpriority creditor's name and mailing address**

**Graybar Electric**

**34 N Meramec Ave**

**Clayton, MO 63105**

Date or dates debt was incurred

Last 4 digits of account number     — — — —

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$62.82**

---

Debtor      **Slate River Systems, Inc.**                                      Case number *(if known)*      **25-41807-mxm7**

Name

---

### Part 2: Additional Page

**3.61** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**

**Greater Omaha Packhouse**

**3001 L Street**

**Omaha, NE 68107**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Client**

Date or dates debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.62** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$9,568.10**

**H & J Products, LLC**

**445 Ocean Forest Drive**

**Saint Augustine, FL 32080**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$669.51**

**Hilti, Inc.**

**7250 Dallas Parkway Suite 1000**

**Plano, TX 75024**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.64** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**

**Hobby Lobby**

**7707 SW 44th Street**

**Oklahoma City, OK 73179**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Client**

Date or dates debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

---

<div style="background:black;color:white;">**Part 2:** Additional Page</div>

**3.65**

**Nonpriority creditor's name and mailing address**

**Hubbell**

**40 Waterview Drive**

**Shelton, CT 06484**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Client**

**Is the claim subject to offset?**
☑ No
❑ Yes

**unknown**

---

**3.66**

**Nonpriority creditor's name and mailing address**

**I Got Funded LLC**

**Address not publicly available**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**unknown**

---

**3.67**

**Nonpriority creditor's name and mailing address**

**ICAM**

**Via Madonna di Loreto, 3, 70010 Putignano BA, Italy**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**unknown**

---

**3.68**

**Nonpriority creditor's name and mailing address**

**ID Technology LLC**

**2051 Franklin Drive**

**Fort Worth, TX 76106**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**$2,601.52**

---

Debtor    **Slate River Systems, Inc.**                                    Case number *(if known)*    **25-41807-mxm7**

Name

---

**Part 2:**  **Additional Page**

---

**3.69**  **Nonpriority creditor's name and mailing address**

**InCord**

**226 Upton Road**

**Colchester, CT 06415**

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

$956.30

---

**3.70**  **Nonpriority creditor's name and mailing address**

**Industrial Quick Search, Inc.**

**150 Motor Parkway Suite 401**

**Hauppauge, NY 11788**

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

$2,375.00

---

**3.71**  **Nonpriority creditor's name and mailing address**

**Infor (US), LLC**

**641 Avenue of the Americas**

**New York, NY 10011**

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

$4,000.00

---

**3.72**  **Nonpriority creditor's name and mailing address**

**InstallCo, LLC**

**4324 Poppy Valley Ln**

**Denton, TX 76210**

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Vendor**

**Is the claim subject to offset?**
☑ No
❑ Yes

unknown

---

Debtor **Slate River Systems, Inc.**        Case number *(if known)* **25-41807-mxm7**

    Name

**Part 2:** **Additional Page**

**3.73** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**
--- | --- | --- | ---

**3.73**

**Nonpriority creditor's name and mailing address**

**Integrated Warehouse Solutions, Inc - Bluff**

**651 North Burleson Boulevard**

**Burleson, TX 76028**

Date or dates debt was incurred

Last 4 digits of account number    — — — —

**As of the petition filing date, the claim is:**      **unknown**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim: Vendor**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.74**

**Nonpriority creditor's name and mailing address**

**Intelligent Package Systems**

**2122 113th Street**

**Grand Prairie, TX 75050**

Date or dates debt was incurred

Last 4 digits of account number    — — — —

**As of the petition filing date, the claim is:**      **$2,001.38**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.75**

**Nonpriority creditor's name and mailing address**

**Interlake Mecalux, Inc.**

**1600 N 25th Avenue**

**Melrose Park, IL 60160**

Date or dates debt was incurred

Last 4 digits of account number    — — — —

**As of the petition filing date, the claim is:**      **$626,894.68**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.76**

**Nonpriority creditor's name and mailing address**

**Interroll USA, LLC**

**3000 Corporate Drive**

**Wilmington, NC 28405**

Date or dates debt was incurred

Last 4 digits of account number    — — — —

**As of the petition filing date, the claim is:**      **unknown**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim: Vendor**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor    **Slate River Systems, Inc.**                                    Case number *(if known)*    **25-41807-mxm7**

Name

---

**Part 2:**  **Additional Page**

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $7,360.20 |
|------|---|---|---|

**ITC Manufacturing**

❑ Contingent

**110 South 41st Avenue**

❑ Unliquidated

**Phoenix, AZ 85009**

❑ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred     _____

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number     __ __ __ __

❑ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $382,903.34 |
|------|---|---|---|

**J & L Wire Cloth LLC**

❑ Contingent

**268 Water Street W**

❑ Unliquidated

**St. Paul, MN 55107**

❑ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred     _____

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number     __ __ __ __

❑ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $115,000.00 |
|------|---|---|---|

**Jason Pharmaceuticals, Inc.**

❑ Contingent

**11445 Cronhill Drive**

❑ Unliquidated

**Owings Mills, MD 21117**

❑ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred     _____

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number     __ __ __ __

❑ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,640.00 |
|------|---|---|---|

**JB Conveyors, Inc.**

❑ Contingent

**12655 Imperial Hwy**

❑ Unliquidated

**Santa Fe Springs, CA 90670**

❑ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred     _____

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number     __ __ __ __

❑ Yes

---

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.81** **Nonpriority creditor's name and mailing address**

**JEM Tech Group**

**23537 Lakepointe Drive**

**Clinton Township, MI 48036**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$31,793.00

---

**3.82** **Nonpriority creditor's name and mailing address**

**Johnstone Supply**

**11632 NE Ainsworth Circle**

**Portland, OR 97220**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Client**

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.83** **Nonpriority creditor's name and mailing address**

**Kaeser Compressors, Inc.**

**511 Sigma Drive**

**Fredericksburg, VA 22408**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$8,935.00

---

**3.84** **Nonpriority creditor's name and mailing address**

**Kannon Manufacturing, Inc.**

**5129 Vesta Farley Rd**

**Fort Worth, TX 76119**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,745.00

---

Debtor      **Slate River Systems, Inc.**                                      Case number *(if known)*      **25-41807-mxm7**
　　　　　　Name

---

| **Part 2:** | **Additional Page** |
|---|---|

**3.85** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |

**Nonpriority creditor's name and mailing address**

**Kuehne + Nagel Inc**

**10 Exchange Place 19th Floor**

**Jersey City, NJ 07302**

Date or dates debt was incurred

Last 4 digits of account number　　— — — —

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Client**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.86** **Nonpriority creditor's name and mailing address**

**Ladder Supplies Inc**

**1250 Tamiami Trail N Suite 210**

**Naples, FL 34102**

Date or dates debt was incurred

Last 4 digits of account number　　— — — —

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Vendor**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.87** **Nonpriority creditor's name and mailing address**

**Levi Strauss & Co**

**1155 Battery Street**

**San Francisco, CA 94111**

Date or dates debt was incurred

Last 4 digits of account number　　— — — —

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Client**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.88** **Nonpriority creditor's name and mailing address**

**Lichtgitter Usa, Inc.**

**12818 North Lake Houston Parkway**

**Houston, TX 77044**

Date or dates debt was incurred

Last 4 digits of account number　　— — — —

**As of the petition filing date, the claim is:** **$23,524.00**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

Official Form 206E/F                 **Schedule E/F: Creditors Who Have Unsecured Claims**                 page 43 of 68

Debtor   **Slate River Systems, Inc.**                              Case number *(if known)*   **25-41807-mxm7**

Name

---

**Part 2:**  **Additional Page**

---

**3.89** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**
| | *Check all that apply.* |
| **LifeSceince Logistcis** | ❑ Contingent |
| **3100 Olympus Boulevard Suite 100** | ❑ Unliquidated |
| **Dallas, TX 75019** | ❑ Disputed |
| | **Basis for the claim:** **Client** |
| Date or dates debt was incurred | **Is the claim subject to offset?** |
| Last 4 digits of account number  ___ ___ ___ ___ | ☑ No |
| | ❑ Yes |

---

**3.90** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**
| | *Check all that apply.* |
| **Locke Supply** | ❑ Contingent |
| **1300 SE 82nd Street** | ❑ Unliquidated |
| **Oklahoma City, OK 73149** | ❑ Disputed |
| | **Basis for the claim:** **Client** |
| Date or dates debt was incurred | **Is the claim subject to offset?** |
| Last 4 digits of account number  ___ ___ ___ ___ | ☑ No |
| | ❑ Yes |

---

**3.91** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$305,977.60**
| | *Check all that apply.* |
| **Logitech, Inc.** | ❑ Contingent |
| **6423 Seeds Rd** | ❑ Unliquidated |
| **Grove City, OH 43123** | ❑ Disputed |
| | **Basis for the claim:** |
| Date or dates debt was incurred | **Is the claim subject to offset?** |
| Last 4 digits of account number  ___ ___ ___ ___ | ☑ No |
| | ❑ Yes |

---

**3.92** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**
| | *Check all that apply.* |
| **Mad Enegine** | ❑ Contingent |
| **10525 Vista Sorrento Parkway Suite 200** | ❑ Unliquidated |
| **San Diego, CA 92121** | ❑ Disputed |
| | **Basis for the claim:** **Client** |
| Date or dates debt was incurred | **Is the claim subject to offset?** |
| Last 4 digits of account number  ___ ___ ___ ___ | ☑ No |
| | ❑ Yes |

---

Debtor   **Slate River Systems, Inc.**                                   Case number *(if known)*   **25-41807-mxm7**
   Name

---

**Part 2:** **Additional Page**

---

**3.93** **Nonpriority creditor's name and mailing address**

**Material Handling Industry**

**8720 Red Oak Blvd Suite 201**

**Charlotte, NC 28217**

**Date or dates debt was incurred**

**Last 4 digits of account number**   — — — —

**As of the petition filing date, the claim is:**   $17,995.00
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.94** **Nonpriority creditor's name and mailing address**

**Mechant Services**

**6340 Lake Worth Blvd Suite 268**

**Fort Worth, TX 76135**

**Date or dates debt was incurred**

**Last 4 digits of account number**   — — — —

**As of the petition filing date, the claim is:**   unknown
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** MCA

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.95** **Nonpriority creditor's name and mailing address**

**MechCore, LLC**

**11235 St. Johns Industrial Pkwy N Suite 1**

**Jacksonville, FL 32246**

**Date or dates debt was incurred**

**Last 4 digits of account number**   — — — —

**As of the petition filing date, the claim is:**   $93,846.64
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.96** **Nonpriority creditor's name and mailing address**

**Mega Corp Logistics**

**1011 Ashes Drive**

**Wilmington, NC 28405**

**Date or dates debt was incurred**

**Last 4 digits of account number**   — — — —

**As of the petition filing date, the claim is:**   $120,766.05
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

---

Debtor     **Slate River Systems, Inc.**                                    Case number *(if known)*     **25-41807-mxm7**

Name

---

**Part 2:**   **Additional Page**

---

| 3.97 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $14,965.00 |
|---|---|---|---|

**Mezzanine Safeti-Gates, Inc.**

**174 Western Avenue**

**Essex, MA 01929**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $28,840.00 |
|---|---|---|---|

**MI Consultancy Services Inc.**

**2248 E Gambel Oak Dr**

**Sandy, UT 84092**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | unknown |
|---|---|---|---|

**Microvast**

**12603 Southwest Freeway Suite 300**

**Stafford, TX 77477**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Client**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,047,294.46 |
|---|---|---|---|

**Millennium Material Handling, LLC**

**2741 Doster Road**

**Madison, GA 30650**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   **Slate River Systems, Inc.**                                          Case number *(if known)*   **25-41807-mxm7**
         Name

---

| **Part 2:** | **Additional Page** |
| --- | --- |

---

**3.101** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $37,591.00
| | *Check all that apply.*
| **Motive Energy of Texas** | ☐ Contingent
| | ☐ Unliquidated
| **319 E. 40th Street** | ☐ Disputed
| **Lubbock, TX 79404**
| | **Basis for the claim:** _____
| **Date or dates debt was incurred** _____ | **Is the claim subject to offset?**
| | ☑ No
| **Last 4 digits of account number** __ __ __ __ | ☐ Yes

---

**3.102** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,110.00
| | *Check all that apply.*
| **Nangia Engineering of Texas, Ltd.** | ☐ Contingent
| | ☐ Unliquidated
| **7423 Hollow Ridge Drive** | ☐ Disputed
| **Houston, TX 77095**
| | **Basis for the claim:** _____
| **Date or dates debt was incurred** _____ | **Is the claim subject to offset?**
| | ☑ No
| **Last 4 digits of account number** __ __ __ __ | ☐ Yes

---

**3.103** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | unknown
| | *Check all that apply.*
| **National Beef** | ☐ Contingent
| | ☐ Unliquidated
| **12200 N. Ambassador Drive Suite 500** | ☐ Disputed
| **Kansas City, MO 64163**
| | **Basis for the claim:** **Client**
| **Date or dates debt was incurred** _____ | **Is the claim subject to offset?**
| | ☑ No
| **Last 4 digits of account number** __ __ __ __ | ☐ Yes

---

**3.104** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | unknown
| | *Check all that apply.*
| **National Bolt and Industrial Supply** | ☐ Contingent
| | ☐ Unliquidated
| **391 N Beach Street** | ☐ Disputed
| **Fort Worth, TX 76111**
| | **Basis for the claim:** **Vendor**
| **Date or dates debt was incurred** _____ | **Is the claim subject to offset?**
| | ☑ No
| **Last 4 digits of account number** __ __ __ __ | ☐ Yes

---

Debtor  **Slate River Systems, Inc.**
　　　　Name

Case number *(if known)*  **25-41807-mxm7**

---

**Part 2:** **Additional Page**

| 3.105 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |
|---|---|---|---|

**National Presto**

**3925 North Hastings Way**

**Eau Claire, WI 54703-3703**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Client**

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,689.00** |
|---|---|---|---|

**Nevonen LLC dba Signarama-Grapevine**

**151 S Dooley Street Suite 101**

**Grapevine, TX 76051**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$125,650.00** |
|---|---|---|---|

**New Market Transportation Service, Inc.**

**314 Route 94 South Suite 8**

**Warwick, NY 10990**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |
|---|---|---|---|

**Nextiva**

**9451 East Via de Ventura**

**Scottsdale, AZ 85256**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   **Slate River Systems, Inc.**                                    Case number *(if known)*      **25-41807-mxm7**

Name

| | |
|---|---|

## Part 2:  Additional Page

**3.109**  **Nonpriority creditor's name and mailing address**

**Noble Heights Real Estate Ventures LLC**

**3333 Deposit Drive NE Suite 100**

**Grand Rapids, MI 49546**

**Date or dates debt was incurred**

**Last 4 digits of account number**   — — — — — —

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Lease**

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.110**  **Nonpriority creditor's name and mailing address**

**North Texas Tollway Authority**

**PO Box 660244**

**Dallas, TX 75266**

**Date or dates debt was incurred**

**Last 4 digits of account number**   — — — — — —

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Toll charges**

**Is the claim subject to offset?**
☑ No
☐ Yes

$67.22

---

**3.111**  **Nonpriority creditor's name and mailing address**

**Nu Aura Cleans**

**Date or dates debt was incurred**

**Last 4 digits of account number**   — — — — — —

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.112**  **Nonpriority creditor's name and mailing address**

**Nucor Warehouse Systems, Inc.**

**3851 S Santa Fe Avenue**

**Vernon, CA 90058**

**Date or dates debt was incurred**

**Last 4 digits of account number**   — — — — — —

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,166,463.77

Debtor    **Slate River Systems, Inc.**                                      Case number *(if known)*    **25-41807-mxm7**

Name

---

**Part 2:** **Additional Page**

---

**3.113** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **unknown**

**Oakmont Capital**

**600 Willowbrook Lane Suite 601**

**West Chester, PA 19382**

❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Vehicle Purchase**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**Last 4 digits of account number** __ __ __ __

---

**3.114** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$51,600.00**

**Online Freight Services, Inc**

**2275 Waters Drive**

**Mendota Heights, MN 55120**

❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**Last 4 digits of account number** __ __ __ __

---

**3.115** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,820.00**

**Optonomy Inc.**

**303 Detroit St**

**Ann Arbor, MI 48104**

❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**Last 4 digits of account number** __ __ __ __

---

**3.116** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **unknown**

**Overnight Capital**

**124-17 Metropolitan Avenue**

**Kew Gardens, NY 11415**

❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **MCA**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**Last 4 digits of account number** __ __ __ __

---

Debtor   **Slate River Systems, Inc.**                                    Case number *(if known)*   **25-41807-mxm7**

Name

**Part 2:** **Additional Page**

| 3.117 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |
|---|---|---|---|

**Paradigm Holdings**

**385 W Grove Avenue**

**Orange, CA 92865**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $7,800.00 |
|---|---|---|---|

**Passman & Jones, A Professional Corporation**

**1201 Elm Street Suite 2500**

**Dallas, TX 75270-2599**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $621,931.02 |
|---|---|---|---|

**Pflow Industries Inc**

**6720 N Teutonia Avenue**

**Milwaukee, WI 53209**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $76,807.25 |
|---|---|---|---|

**Precision Metal Fab, LLC a Cadrex LLC Subsidiary**

**2200 N Ash Street**

**Ponca City, OK 74601**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  **Slate River Systems, Inc.**                                    Case number *(if known)*  **25-41807-mxm7**

Name

| Part 2: | Additional Page |
|---|---|

**3.121** | **Nonpriority creditor's name and mailing address**

**Prime Robotics Incorporated**

**1597 Cole Blvd**

**Lakewood, CO 80401**

Date or dates debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Vendor**

**Is the claim subject to offset?**
☑ No
❑ Yes

**unknown**

---

**3.122** | **Nonpriority creditor's name and mailing address**

**Proton PRC, Ltd**

**7301 State Hwy 161 Suite 198**

**Irving, TX 75039**

Date or dates debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Lease**

**Is the claim subject to offset?**
☑ No
❑ Yes

**unknown**

---

**3.123** | **Nonpriority creditor's name and mailing address**

**PTC Inc.**

**121 Seaport Blvd**

**Boston, MA 02210**

Date or dates debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**$2,338.20**

---

**3.124** | **Nonpriority creditor's name and mailing address**

**QTEK Design Ltd**

**441 Industrial Road, London, Ontario N5V 1T6, Canada**

Date or dates debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**unknown**

---

Debtor      **Slate River Systems, Inc.**                                      Case number *(if known)*      **25-41807-mxm7**

Name

---

**Part 2:** **Additional Page**

---

| 3.125 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |
|---|---|---|---|

**Quicktron**

**512 East Dallas Road Suite 200**

**Grapevine, TX 76051**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

---

| 3.126 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |
|---|---|---|---|

**Quicktron Robotic, Inc.**

**512 E Dallas Rd Ste 200**

**Grapevine, TX 76051**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

---

| 3.127 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |
|---|---|---|---|

**RDM Capital Funding, LLC dba Fintap**

**777 Passaic Avenue Suite 375**

**Clifton, NJ 07012**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **MCA**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

---

| 3.128 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |
|---|---|---|---|

**Recaro**

**24801 Capital Blvd**

**Clinton Township, MI 48036**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Client**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

---

Debtor  **Slate River Systems, Inc.**                                                   Case number *(if known)*  **25-41807-mxm7**

Name

---

**Part 2:** **Additional Page**

---

| 3.129 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $34,522.00 |
|---|---|---|---|

**Rock Contracting LLC**

**609 E Georgia Ave**

**Gunnison, CO 81230**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**Last 4 digits of account number** __ __ __ __

---

| 3.130 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $232,390.55 |
|---|---|---|---|

**Royal 4 Systems**

**5000 E. Spring Street Suite 415**

**Long Beach, CA 90815**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**Last 4 digits of account number** __ __ __ __

---

| 3.131 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $22,770.71 |
|---|---|---|---|

**RS Americas, Inc.**

**7151 Jack Newell Blvd S**

**Fort Worth, TX 76118**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**Last 4 digits of account number** __ __ __ __

---

| 3.132 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | unknown |
|---|---|---|---|

**Ruby Receptionist, Inc**

**555 SE MLK Blvd #105**

**Protland, OR 97214**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Vendor**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**Last 4 digits of account number** __ __ __ __

---

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** **Additional Page**

---

**3.133** **Nonpriority creditor's name and mailing address**

**Satair USA**

**525 Westpark Drive Suite 400**

**Peachtree City, GA 30269**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** ___unknown___
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Client**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.134** **Nonpriority creditor's name and mailing address**

**Scholsatic**

**557 Broadway**

**New York, NY 10012**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** ___unknown___
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Client**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.135** **Nonpriority creditor's name and mailing address**

**Serve Electric LLC**

**34000 Mound Road**

**Sterling Heights, MI 48310**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $27,268.00
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.136** **Nonpriority creditor's name and mailing address**

**Sick, Inc.**

**6900 W 110th Street**

**Minneapolis, MN 55438**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $579.54
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

---

Debtor      **Slate River Systems, Inc.**                                      Case number *(if known)*      **25-41807-mxm7**

Name

---

**Part 2:** **Additional Page**

---

| 3.137 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | unknown |
|---|---|---|---|

**Smartsheet, Inc**

**500 108th Avenue NE #200**

**Bellevue, WA 98004**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.138 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | unknown |
|---|---|---|---|

**SMS InfoComm**

**4051 N Highway 121 Suite 100**

**Grapevine, TX 76051**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Client**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.139 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | unknown |
|---|---|---|---|

**Soho Studios Inc**

**15 Hoover Street**

**Inwood, NY 11096**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Client**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,034.74 |
|---|---|---|---|

**Spectrum Charter Communications**

**PO Box 60074**

**City of Industry, CA 91716**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Internet charges**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                page 56 of 68

Debtor **Slate River Systems, Inc.**                                    Case number *(if known)*    **25-41807-mxm7**

Name

---

## Part 2: Additional Page

| 3.141 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,735.00 |
|---|---|---|---|

**SteelPro, LLC**

**120 Wright Road**

**Houston, MS 38851**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.142 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | unknown |
|---|---|---|---|

**STIQ Ltd**

**100 Kingsway, London, England N12 0EQ, United Kingdom**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.143 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $29,899.22 |
|---|---|---|---|

**Streamline Packaging Solutions**

**15124 Grand River Rd Suite 120**

**Fort Worth, TX 76155**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.144 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,773.50 |
|---|---|---|---|

**Terracon Consultants, Inc.**

**10841 S. Ridgeview Road**

**Olathe, KS 66061**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

Debtor    **Slate River Systems, Inc.**                                      Case number *(if known)*    **25-41807-mxm7**
　　　　　Name

| Part 2: | Additional Page |
|---------|-----------------|

| 3.145 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,583.15 |
|---|---|---|---|

**Textrol, Inc.**

**3160 Commonwealth Drive Suites 120 & 122**

**Dallas, TX 75247**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

---

| 3.146 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $75,000.00 |
|---|---|---|---|

**The Fricks Company**

**1401 Ranchers Legacy Trl**

**Fort Worth, TX 76126**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

---

| 3.147 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $27,050.28 |
|---|---|---|---|

**The Kendall Group**

**5101 South Sprinkle Road**

**Portage, MI 49002**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

---

| 3.148 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $8,599.17 |
|---|---|---|---|

**The Receivable Management Services LLC**

**PO Box 5000**

**Fogelsville, PA 18051**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Services**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

---

Debtor   **Slate River Systems, Inc.**                                     Case number *(if known)*   **25-41807-mxm7**
         Name

---

**Part 2:**  **Additional Page**

---

| 3.149 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $55,002.80 |
|---|---|---|---|

**TL Cook Electric, LLC**

**3209 Century Drive Suite A**

**Rowlett, TX 75088**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** — — — —

---

| 3.150 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $33,500.00 |
|---|---|---|---|

**True Line Wire Guidance Installation, Inc.**

**7095 Schaeffer Drive**

**Downs, IL 61736**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** — — — —

---

| 3.151 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | unknown |
|---|---|---|---|

**TS Tech Canada, Inc.**

**17855 Leslie Street, Newmarket, Ontario L3Y 3E3, Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** — — — —

---

| 3.152 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | unknown |
|---|---|---|---|

**TTI**

**100 Innovation Way**

**Anderson, SC 29621**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Client**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** — — — —

---

Debtor   **Slate River Systems, Inc.**
_____   Case number *(if known)*   **25-41807-mxm7**
Name

---

**Part 2:**   **Additional Page**

---

**3.153**   **Nonpriority creditor's name and mailing address**

**TTI - HART**

**100 Innovation Way**

**Anderson, SC 29621**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**   unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Client**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.154**   **Nonpriority creditor's name and mailing address**

**Tyco Installers, LLC**

**417 North Penn Dixie Road**

**Bath, PA 18014**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**   $381,600.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.155**   **Nonpriority creditor's name and mailing address**

**Uline, Inc**

**12575 Uline Drive**

**Pleasant Prairie, WI 53158**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**   $1,009.03
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.156**   **Nonpriority creditor's name and mailing address**

**Under Armour**

**101 Performance Drive**

**Baltimore, MD 21230**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**   unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Client**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Slate River Systems, Inc.** | Case number *(if known)* | **25-41807-mxm7** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** **Additional Page**

---

**3.157** **Nonpriority creditor's name and mailing address**

**Vanguard**

**100 Vanguard Boulevard**

**Malvern, PA 19355-2331**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:** $1,995.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.158** **Nonpriority creditor's name and mailing address**

**Vanguard**

**200 Dryden Road**

**Dresher, PA 19025**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:** unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.159** **Nonpriority creditor's name and mailing address**

**Vela Claims Department**

**Plano, TX 75093**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:** unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.160** **Nonpriority creditor's name and mailing address**

**WDF Services**

**2310 M L King Street**

**Calexico, CA 92231**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:** unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Client**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   **Slate River Systems, Inc.**                                       Case number *(if known)*   **25-41807-mxm7**
         Name

---

**Part 2:**  **Additional Page**

---

**3.161** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,064.00
| **Weber Packaging Solutions, Inc** | *Check all that apply.* |
| | ☐ Contingent |
| **711 West Algonquin Road** | ☐ Unliquidated |
| **Arlington Heights, IL 60005** | ☐ Disputed |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number __ __ __ __ | ☑ No |
| | ☐ Yes |

**3.162** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $36,552.60
| **Welch Equipment Company, Inc.** | *Check all that apply.* |
| | ☐ Contingent |
| **5025 Nome Street** | ☐ Unliquidated |
| **Denver, CO 80239** | ☐ Disputed |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number __ __ __ __ | ☑ No |
| | ☐ Yes |

**3.163** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | unknown
| **Wells Fargo** | *Check all that apply.* |
| | ☐ Contingent |
| **333 Market Street** | ☐ Unliquidated |
| **San Francisco, CA 94105** | ☐ Disputed |
| | **Basis for the claim:** **Bank** |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number __ __ __ __ | ☑ No |
| | ☐ Yes |

**3.164** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6,841.23
| **Wells Fargo** | *Check all that apply.* |
| | ☐ Contingent |
| **Small Business Lending** | ☐ Unliquidated |
| **PO Box 5511** | ☐ Disputed |
| **Sioux Falls, SD 57117** | **Basis for the claim:** **Money Loaned** |
| | **Is the claim subject to offset?** |
| Date or dates debt was incurred _____ | ☑ No |
| Last 4 digits of account number __ __ __ __ | ☐ Yes |

---

Debtor   **Slate River Systems, Inc.**

Name

Case number *(if known)*   **25-41807-mxm7**

---

**Part 2:   Additional Page**

---

| 3.165 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$270,794.26** |
|---|---|---|---|

**Wen-Parker Logistics, Inc.**

**1975 Linden Boulevard Suite 420**

**Elmont, NY 11003**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

---

| 3.166 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$223,715.46** |
|---|---|---|---|

**Western Pacific Storage Solutions, Inc.**

**300 E. Arrow Highway**

**San Dimas, CA 91773**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

---

| 3.167 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |
|---|---|---|---|

**Westwood Funding Solutions, LLC**

**4601 Sheridan St #501**

**Hialeah, FL 33014**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:   MCA**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$464,264.87** |
|---|---|---|---|

**Wildeck West**

**1900 E. North Street**

**Waukesha, WI 53188**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

---

Debtor    **Slate River Systems, Inc.**                                    Case number *(if known)*    **25-41807-mxm7**

Name

---

### Part 2: Additional Page

| 3.169 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | unknown |
|---|---|---|---|

**Winzer Corporation**

**4060 East Plano Parkway**

**Plano, TX 75074**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Client__

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.170 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $45,975.00 |
|---|---|---|---|

**Wirecrafters, LLC**

**6208 Strawberry Lane**

**Louisville, KY 40214**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.171 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | unknown |
|---|---|---|---|

**Worldwide Flight Services**

**222 West Las Colinas Boulevard Suite 1800N**

**Irving, TX 75039**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Client__

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.172 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $18,719.00 |
|---|---|---|---|

**Worldwide Material Handling Products, LLC**

**32 Forestwood Drive**

**Romeoville, IL 60446**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   **Slate River Systems, Inc.**

Name

Case number *(if known)*   **25-41807-mxm7**

| Part 2: | Additional Page |
| --- | --- |

| 3.173 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |
| --- | --- | --- | --- |

**Wynwood Capital Group**

**20200 W Dixie Highway Suite 608**

**Miami, FL 33180**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** MCA

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.174 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |
| --- | --- | --- | --- |

**WYO Complex DBA The Sport Facility Complex**

**WYO Complex PO Box 1907**

**Casper, WY 82602**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.175 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,886.58** |
| --- | --- | --- | --- |

**YellowDog**

**3881 Steele St Ste 1242**

**Denver, CO 80205**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.176 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$89,006.40** |
| --- | --- | --- | --- |

**Zone 4 Systems Integration and Design**

**385 W Grove Avenue**

**Orange, CA 92865**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    **Slate River Systems, Inc.**                                    Case number *(if known)*    **25-41807-mxm7**

Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **BRUNER, POWELL, WALL & MULLINS, LLC** <br> **Attn: Benjamin Bruner** <br> **1735 St. JULIAN PLACE, SUITE 200 (29204)** <br> **Columbia, SC 29260** | Line **3.10** <br><br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2 | **Dickinson Wright PLLC** <br> **Attn: John Nelson** <br> **607 West Third St, Suite 2500** <br> **Austin, TX 78701** | Line **3.105** <br><br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3 | **Frost Brown Todd LLP** <br> **Attn: Jeremey R. Goolsby** <br> **150 3rd Avenue South, Suite 1900** <br> **Nashville, TN 37201** | Line **3.41** <br><br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4 | **HUNTON ANDREWS KURTH LLP** <br> **Attn: Joel Sharp** <br> **1445 Ross Avenue, Suite 3700** <br> **Dallas, TX 75202** | Line **3.151** <br><br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5 | **Kelly, Hart & Hallman, LLP,** <br> **Attn: J. Andrew Rogers** <br> **201 Main Street, Suite 2500** <br> **Fort Worth, TX 76102** | Line **3.1** <br><br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6 | **McAfee & Taft A Professional Corporation** <br> **Attn: Christopher Scaperlanda** <br> **8th Floor, Two Leadership Square** <br> **211 N. Robinson** <br> **Oklahoma City, OK 73102** | Line **3.90** <br><br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7 | **Parkins & Rubiour LLP** <br> **Attn: Lenard Parkins** <br> **708 Main St Fl 10** <br> **Houston, TX 77002-3246** | Line **3.56** <br><br> ☐ Not listed. Explain _____ | __ __ __ __ |

Debtor    **Slate River Systems, Inc.**          Case number *(if known)*    **25-41807-mxm7**

Name

| Part 3: | Additional Page |
| --- | --- |

**4.8**   **Parkins & Rubiour LLP**

**Attn: Lenard Parkins**

**708 Main St Fl 10**

**Houston, TX 77002-3246**

Line **3.91**

❏ Not listed. Explain _____    ___ ___ ___ ___

_____

**4.9**   **Parkins & Rubiour LLP**

**Attn: Lenard Parkins**

**708 Main St Fl 10**

**Houston, TX 77002-3246**

Line **3.100**

❏ Not listed. Explain _____    ___ ___ ___ ___

_____

**4.10**   **PARSONS MCENTIRE MCCLEARY PLLC**

**Attn: Sawnie A. McEntire**

**1700 Pacific Avenue, Suite 4400**

**Dallas, TX 75201**

Line **3.112**

❏ Not listed. Explain _____    ___ ___ ___ ___

_____

**4.11**   **Tydings & Rosenberg**

**Attn: Michael Lentz**

**One East Pratt Street Suite 901**

**Baltimore, MD 21202**

Line **3.156**

❏ Not listed. Explain _____    ___ ___ ___ ___

_____

Debtor      **Slate River Systems, Inc.**                                    Case number *(if known)*      **25-41807-mxm7**
           Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a.   **Total claims from Part 1** | 5a. | $68,657.40 |
| 5b.   **Total claims from Part 2** | 5b.   **+** | $12,178,017.08 |
| 5c.   **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $12,246,674.48 |

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          page 68 of 68