**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:   1

| | |
|---|---|
| **Case No.:** | 25-41478-ELM |
| **Case Name:** | DELGADO, HILDA RODRIGUEZ |
| **For the Period Ending:** | 12/31/2025 |

| | |
|---|---|
| **Trustee Name:** | Behrooz P. Vida |
| **Date Filed (f) or Converted (c):** | 04/29/2025 (f) |
| **§341(a) Meeting Date:** | 06/10/2025 |
| **Claims Bar Date:** | 04/30/2027 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1   Home 6003 Castanada Drive Arlington TX 76018 | $285,210.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:**   Exempt asset. | | | | | |
| 2   Household Goods and Furnishings | $500.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:**   Exempt asset. | | | | | |
| 3   Electronics | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:**   Exempt asset. | | | | | |
| 4   Clothes, Shoes and Accessories | $300.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:**   Exempt asset. | | | | | |
| 5   Jewelry | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:**   Exempt asset. | | | | | |
| 6   Checking account: Chase Account Number: XXXXXXX XXXXXX: 6541 | $3,428.00 | $0.00 | | $0.00 | $3,428.00 |
| **Asset Notes:**   Property of estate. | | | | | |
| 7   Checking account: Chase Account Number: XXXXXXX XXXXXX: 0236 | $0.00 | $0.00 | | $0.00 | $0.00 |
| **Asset Notes:**   Property of estate. | | | | | |
| 8   Savings account: Chase Account Number: XXXXXXX XXXXXX: 9068 | $5,013.08 | $0.00 | | $0.00 | $5,013.08 |
| **Asset Notes:**   Property of estate. | | | | | |
| 9   Debtor was in a car accident last year, and is currently pursuing litigation against Allstate because they are refusing liability. The law firm of DOMINGO GARCIA is handling the case | $0.00 | $1.00 | | $0.00 | $1.00 |
| **Asset Notes:**   Property of estate.  The value assigned to the Bankruptcy Estate's interest in this asset is strictly for the purpose of satisfying the United States Trustee's internal rules and requirements.  The value assigned is not intended in any way to be binding on the Bankruptcy Trustee or the Bankruptcy Estate as a true value. | | | | | |

**Gross Value of Remaining Assets**

**TOTALS (Excluding unknown value)**

| | | | |
|---|---|---|---|
| $294,451.08 | $1.00 | $0.00 | $8,442.08 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 2

| Case No.: | 25-41478-ELM | Trustee Name: | Behrooz P. Vida |
|---|---|---|---|
| Case Name: | DELGADO, HILDA RODRIGUEZ | Date Filed (f) or Converted (c): | 04/29/2025 (f) |
| For the Period Ending: | 12/31/2025 | §341(a) Meeting Date: | 06/10/2025 |
| | | Claims Bar Date: | 04/30/2027 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities affecting case closing:**

| | |
|---|---|
| 04/02/2026 | Trustee still waiting to hear on disposition of the case from the debtor's personal injury attorney. |
| 02/02/2026 | Trustee still waiting to hear on disposition of the case from the debtor's personal injury attorney. |
| 12/02/2025 | Trustee still waiting to hear on disposition of the case from the debtor's personal injury attorney. |
| 10/03/2025 | Trustee waiting to hear on disposition of the case from the debtor's personal injury attorney. |
| 08/04/2025 | Trustee received the relevant state court pleadings on the personal injury claim. |
| 07/17/2025 | Trustee put the personal injury lawyer on notice regarding the bankruptcy. |
| 06/06/2025 | Trustee made inquiry regarding tax return. |

**Initial Projected Date Of Final Report (TFR):**　　　　**Current Projected Date Of Final Report (TFR):**

/s/ BEHROOZ P. VIDA

BEHROOZ P. VIDA