Behrooz P. Vida
SBOT No. 20578040
CHAPTER 7 TRUSTEE
3000 Central Drive
Bedford, Texas 76021
TEL: (817) 358-9977
FAX: (817) 358-9988
behrooz@vidatrustee.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| SLATE RIVER SYSTEMS, INC. | § | Case No. 25-41807-MXM |
| Debtor | § | |

## CERTIFICATE OF NO OBJECTION

I hereby certify that on August 17, 2026, I filed an *Application to Employ Accountant* [ECF No. 107] (the "Application"), which contained twenty-one (24) day negative notice language. The deadline to object to the Application was September 10, 2026. As of today's date, no responses or objections to the Application have been filed.

Respectfully submitted:

By: /s/ Behrooz P. Vida 09/11/2026
Behrooz P. Vida
State Bar No. 20578040
CHAPTER 7 TRUSTEE
3000 Central Drive
Bedford, Texas 76021
TEL: (817) 358-9977
FAX: (817) 358-9988
EMAIL: behrooz@vidatrustee.com